UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CARLOS ABREU

PLAINTIFF

: **14 CV 6599**L

VS.

INMATE CIVIL
RIGHT COMPLAINT
PURSUANT TO
42 USC § 1983

KEVIN J. BROWN,
EDWARD MEYER,
JEFFREY KEENAN,
MICHAEL LUCAS,
Jack MEARA
DANYELLE Hodges,
JOHN LEMPKE,
ELIZABETH Blake
MICHELLE Ambrosoli,
PAULA BOZER.
ROSALYN KILLINGER,
AIFREDO Kua,
STANLEY BUKOWSKI,
NICOLE FINK,
EILEEN FUCINA.
STEVE FURLANI
Sarah GODFREY
TIMOTHY GORNY,
JOEL GRODEN
NICOLE HEARY,
MICHAEL A. HILL
SCOTT LEUTHE,
Jacqueline LEVITT
LESLIE LISSON,
DANIELLE PARKER,
JENNIFER RIVERA,
JENNIFER HAGGERTY.
ARNOLD ROBINSON,

CIVIL NO _____
CASE NO _____

JURY TRIAL
DEMANDED

UNITED STATES DISTRICT COURT
FILED
OCT 20 2014
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

(1)

PAMELA BORDINARO
SUSAN SCHUMACHER
MARGARET STIRK
DEBRA STUBEUSZ
DIANE TOPOREK
DENNIS WAHR
LARRY WZYKOWSKY
STEPHANIE ROMAN
ROBERT SKUBIS
JEFFREY MAYER
LAURA SOWA
DARRIN MCGUIRE
ALAN HERDZIK
TAYLOR ROBERTS
LATASHA JOHNSON
TED JENTZ
DEAN MORRIS ;
LEWIS URBAN
ANTHONY J. ANNUCCI COUNSELOR MR VASQUEZ
JOSEPH BELLNIER DIRECTOR OF NURSE NEAL ;
ALBERT PRACK C.O. SIMMONS
ROBERT HAMILTON C.O WILSON
HOPE OBERTEAN SGT. EVANS
SHAWN HYLAND, STEPHEN ASH
JOHN DOE 1 ; CARL KOENIGSMANN
JOHN DOE 2, AND NURSE VOLLMER
DEFENDANTS

PLAINTIFF, CARLOS ABREU (ABREU OR PLAINTIFF
UPON PERSONAL KNOWLEDGES AS TO HIS ACTIONS
AND UPON INFORMATION AND BELIEF AS TO THE
ACTIONS OF OTHERS AS FOLLOWS FOR HIS COMPLAINT
AGAINST DEFENDANTS:

## PRELIMINARY STATEMENT

1>. This is a CIVIL ACTION FOR DAMAGES FOR MATTERS

1〉

## PARTIES

5> At all time Relevant, CARLOS ABREU was INCORCERATED at WENDE.

6> All the names of Defendants and their titles are to the best of Plaintiff's ability.

Upon information And belief, at all material times, Defendants were:

7> Defendant Kevin J. Brown ("Brown") was a Deputy Superintendent for Security (DSS) at wende C.F.

8> Defendant Edward Meyer ("Meyer") was a Captain (capt.) at wende C.F

9> Defendant Jeffrey Keenan ("Keenan") was a Lieutenant at wende C.F

10> Defendant Michael Lucas ("Lucas") was a Lieutenant at wende C.F

11> Defendant Jack Meara ("Meara") was a Sergeant at wende C.F

12> Defendant Danyelle ("Hodges") was a Sergeant at wende C.F

13> Defendant John Lempke ("Lempke") was a Superintendent at wende C.F

14> Defendant Elizabeth Blake ("Blake") was an Institution Steward at wende

15> Defendant Michelle Ambrosoli ("Ambrosoli") was an Nurse Administrator #1 at wende.

(4 7

16 > DEFENDANT PAULA BOZER ("BOZER")
was an MEDICAL CLINICAL PHYSICIAN #(III)
at WENDE C.F.

17 > DEFENDANT ROSALYN KILLINGER (KILLINGER)
was an DEPUTY SUPERINTENDENT FOR HEALTH
SERVICE OR THE FACILITY HEALTH SERVICE
DIRECTOR ( DSHS OR FHSD ) at WENDE.

18 > DEFENDANT ALFREDO KUA ( KUA )
was an MEDICAL CLINICAL PHYSICIAN (II)#
at WENDE

19 > DEFENDANT STANLEY BUKOWSKI (BUKOWSKI)
was MEDICAL CLINICAL PHYSICIAN # (II)
at WENDE

20 > DEFENDANT NICOLE FINK ( FINK )
was an OCCUPATIONAL THEROPIST at
WENDE

21 > DEFENDANT EILEEN FUCINA (FUCINA)
was an NURSE ADMINISTRATOR #(1) at
WENDE.

22 > DEFENDANT STEVE FURLANI (FURLANI)
Was an Education SUPERVISOR GENERAL
at WENDE C.F.

23 > DEFENDANT SARAH GODFREY (GODFREY)
Was a PHYSICAL THEROPIST at WENDE

24 > DEFENDANT TIMOTHY GORNY ( GORNY )
Was AN NUTRITIONAL SERVICE ADMINISTRATOR
at WENDE C.F.

25 > DEFENDANT JOEL GRODEN ( GRODEN ) was
a SENIOR LIBRARIAN at WENDE C.F.

( 5 )

26> DEFENDANT NICOLE HEARY ("HEARY")
was a Commissioner Hearing officer
at Wende C.F.

27> DEFENDANT Michael A. Hill ("Hill")
was an Assistant Deputy superintendent
PREA Compli. at Wende C.F.

28> DEFENDANT SCOTT LEUTHE ("LEUTHE")
was a nurse Practitioner at Wende

29> DEFENDANT JACQUELINE LEVITT, ("Levitt")
was a medical Clinical Physican #(II)
at Wende C.F.

30> DEFENDANT LESLIE LISSON ("Lisson")
was a Social Worker # II at Wende.

31> DEFENDANT DANIELLE PARKER ("Parker")
was a Physical Therapy Asst. at Wende

32> DEFENDANT JENNIFER RIVERA ("Rivera")
was a Social worker # 2 at Wende

33> DEFENDANT JENNIFER Haggerty ("Haggerty")
was a Social worker # 2 at Wende.

34> DEFENDANT ARNOLD Robinson ("Robinson")
was mental Health nurse Administrator
at Wende C.F.

35> DEFENDANT PAMELA BORDINARO ("BORDINARO")
was a teacher / Tier III assistant at Wende

36> DEFENDANT SUSAN SCHUMACHER ("Shumacher")
was a Deputy superintendent for administration

37> DEFENDANT MARGARET STIRK ("STIRK")
was an facility UNIT Chief OF Mental Health
at Wende C.F.

16)

38) DEFENDANT DEBRA STUBEWS (STUBEWS) was a medical clinical Phisician *(3) at Wende

39) Defendant Diane TOPOREK (TOPOREK) was a nurse administrator *(I) at Wende

40) Defendant Dennis Wahr (Wahr) was a Physical Therapist at Wende

41) Defendant LARRY WYZYKOWSKY (WYZYKOWSKY) was an Optician at Wende C.F

42) Defendant STEPHANIE ROMAN (ROMAN) was a CORRECTION OFFICER at Wende

43) Defendant ROBERT SKUBIS (SKUBIS) was a COUNSELOR at Wende

44) Defendant JEFFREY MAYER (MAYER) was a CORRECTION OFFICER at Wende

45) Defendant Laura Sowa (Sowa) was a LIEUTENANT at Wende C.F

46) Defendant DARRIN McGUIRE (McGUIRE) was a LIEUTENANT at Wende

47) Defendant ALA HERDZIK (HERDZIK) was a CORRECTION Lieutenant at Wende

48) Defendant TAYLOR ROBERTS (ROBERTS) was a SERGEANT at Wende C.F.

49) Defendant Latasha Johnson (JOHNSON) was a CORRECTION OFFICER at Wende

50) Defendant TED JENTZ (JENTZ) was a CORRECTION OFFICER at Wende.

(7)

51.) Defendant DEAN MORRIS ("MORRIS") was a sergeant at Wende C.F

52) Defendant Lewis Urban ("Urban") was a supervisor counselor at Wende

53) Defendant ANTHONY J. Annucci ("Annucci") was an Acting Commissioner of Doccs in Albany.

54) Defendant Joseph Bellnier ("Bellnier") was Deputy Commissioner for Correctional Facilities operations of Doccs in Albany

55) Defendant Albert Prack ("Prack") was the Director of Special Housing / Inmate Disciplinary program of Doccs in Albany.

56) Defendant Robert Hamilton ("Hamilton") was a Correction Officer at Wende.

57) Defendant Shawn Hyland ("Hyland") was a Correction Officer at Wende

58) Defendant Hope Obertean ("Obertean") was a nurse practitioner at Wende

59) Defendant John Doe 1 ("Doe one") was a Correction Officer at Wende

60) Defendant John Doe 2 ("Doe two") was a Correction Officer at Wende.

61) Defendants Carl "Koenigsmann" and Stephen "Ash" are the Chief Medical Officer and the Regional Medical Administrator

62) All the Defendants have acted and continue to act, under Color of State Law at all times to this Complaint.

(8)

- OCCURRING while Plaintiff was incorcerated at Wende Correctional Facility (Wende) under 42 U.S.C. § 1983 alleging, inter alia Deliberate indifference to Plaintiff's Medical and Mental health needs in violation of the eighth and fourteenth Amendments, Physical and Psychological abuse. Violation of Plaintiff's Fourteenth Amendment equal Protection Rights Rooted in Discrimination based on his Mental illness, Race and ethnicity. Violation of Plaintiff's First Amendment Right to Religious belief, Access to the law Library Access to the court and access to Reading materials. Plaintiff also alleges unjustified excessive and improper use of force against him by several Defendants while Plaintiff was confined in the special Housing unit (SHU) and Mental Health and Medical services Denied to Him after the Assaults.

## JURISDICTION

2). This is a civil action Authorized by 42 U.S.C. § 1983 To Redress the Deprivations And assaults listed above under color of State Law, and Rights secured by the Constitution of the United States. The Court has jurisdiction over the Plaintiff's claims under 28 U.S.C §§ 1331 And 1343 (a)(3).

3) The Court has Supplemental jurisdiction over the Plaintiff's State Law claims under 28 U.S.C. § 1367.

## VENUE

4) VENUE is PROPER PURSUANT TO 28 U.S.C. § 1391 (b)

(3)

63 > All Defendants are sued in Their individual
Copacities.

## FACTS

64 > On or about July /15/2014 Abreu was
Transferred to Wende C.F SHU, FROM
Auburn C.F SHU (SHU to SHU Transfer >

65 > Abreu arrived to Wende SHU with a medical
Prescribed Medications of Lipitol/Atorvastatin
For High Cholecterol; Claritin For allergy Problems.
AND a Prescribed Pain killer Medication
Called Nabumetone For his Pain Problems.

66 > Abreu also arrived to Wende SHU with
a Prescribed Asthma Inhaler, Due to his
Chronic Asthma Conditions, That He Suffer.

67 > Abreu was also advised that He was
Prescribed in Auburn C.F SHU Medicine
For Tuberculosis because his T.B Test
Was Positive on 7/9/2014, AND He need
Take T.B. Medications between Nine <9S
Month to one year.

68 > The T.B Medications Consist of INH 900m
AND B6 Vitamins For so, to Avoid That
The T.B. get Active

69 > On 7/17/2014 OTHER T.B. Test was Conducted
AND The T.B. Test was again Positive
The Quantiferon Resulted came Positive, SO
On 7/21/2014 Abreu was Provided INH 900mg
AND B6 150mg For to be Take For 9 Months.

70 > Abreu Suffer of OTHER Serious Medical Conditions
Also, The which Wende Medical Staff is Refused
intentionally To Provide Medical Treatment To Abreu.

19 \

71> Abreu medical Conditions also Consist of Rectal Pain + Bleeding on 4/9/2013 in Green Haven C.F Physicians And Specialists Ordered a Sigmordoscory in Abreu Rectal/ Stool And after of the Examination the Specialist Found Some Problems in Abreu Rectal Orea And Ordered a Surgical Surgery.

72> On or about August 2013 to September 2013 abreu was Subjected to a Surgery in his Anus Rectal Orea/Stool, the which get Some Complications, Such as more Bleeding And Pains And Strangers allergy or Redness And itching on abreu Different ports of the body Such as Stomach groin oreas Legs Buttock And Arms, And others Problems.

73> On November 29, 2013 The Same Specialist/ Surgeon who Conducted Abreu Surgery, In the Montefiore Mount Vernon Hospital on or about 9/13/2013, Ogain Examine Abreu Rectal orea For Look why Abreu Continue Bleeding And Suffering severe Pains after The Surgery. including Complications And Allergies.

74> On November 29, 2013 on Immediate or Emergency Colonoscopy was Ordered by The Specialist in The M. Mount Vernon/Hospital However Has Passed Closed a/one/year And The Docs And Wende C.F Medical Stoff (The Defendants) Have Failed or/And Refused To Conduct The Colonoscopy, And Abreu Continue Bleeding And Suffering Extreme Pains To The Present (oct/2014)

75> On January /17/2012, December /03/2012 And January /24/2013 Abreu Suffer Severe And Serious injuries in his body, Ankles Hands Face back And Head Such as also one of his Eye in Docs Prisons by guords And Supvs. Beating up to Abreu.

/10/

76) The Beating Up, assaults physical and sexual
along with excessive use of force by guards
and supervisors against Abreu Happened
Between Five Points C.F to Upstate C.F

77) While Abreu was in green Haven C.F SHU
From Feb or March 2012 to Jonuary/2014
Abreu Report and complaining of persistents
left ankle pain, lower back pain, and
Right Hand pain.

78) On or about 4/11/2013 to 5/24/2013
The Physician/DR Bentigvene in green Haven
Referreding to Abreu to a specialist
who Examine Abreu left ankle. in the
orthopedist opinio. Abreu left ankle was
Break Between Jonuary /17/2012 to Jonuary/
24/2013 because no medical Treatments
was or were Provided by Doccs Medical Stofk
Abreu ankle Healing in the wrong way and
in the wrong position.

79) The orthopedic specialist inform to Abreu
That there are Two (2) options one is to
Conduct a surgery in Abreu left ankle for
To fix the problem, or Two That Abreu
use a special Boots/orthopedic Boots for
The Rest of his Life.

80) The orthopedist/specialist Recommend to
Abreu to take the option Two. because in
his opinio a surgery will maybe bring more
Complications and pains or Compler Disability
of his left foot if the surgery get wrong
He also Recommend Abreu to use the
special Boots and look if it Help Him to
walk More Better or in least Help Him
Don't Suffer too Much when He walk, and
if the Boots Don't work so He will to Try
the Surgery but to the End That Abreu
need wear the Medical Boots only way

(11)

81) ON OR about 8/29/2013 Abreu was Scheduled to see Other Specialist / "PROS. Clinic"/ who will to Make the special Medical Boots For Abreu. She also Examine Abreu Left Ankle And 'Ogreed with the Orthopedic Specialist that Abreu need an Orthopedic Medical Boots, And that she will to Deliver it Boots to Abreu in a week because He was in need of it immediatly.

82) ON OR about 9/15/2013 the PROS. Clinic to Delivered to Abreu his special Medical Boots For to be used in the special Housing Unit cells, For When He walk outside of his cell, For to use it also in Medical Call-out, Medical Oppointments Outside Medical Trips, Court Trips And/or Tronsfers Trips.

83) the special Boots Has inside also a Lateral Malleous Disposed With a "U" Pod. Also an Innersole Was Obbed to Abreu Medical Boots For to increase height of Foot. No-Chorge. The Which the Information was also placed in Abreu Medical Records on 9/12/2013.

84) the Physician Report to the PROS. Clinic Specialist that the 'U' Pod Moved of it Position When Abreu walk, that Evaluate And Odjust as necessary, And Other Problems With it.

85) ON 9/19/2013 the PROS. Clinic Specialist Observe the Problems With the 'U' Pod And Fixed the Problem, Resolved the Problem Odded More glues to the 'U' Pod, So She Wrote that No Longer Medically necessary. "Problem Resolved When See by Prosthetic Clinic on 9/19/2013" See also Record on 12/26/2013

86) When the PROS. Clinic Wrote No Longer Medically necessary Problem Resolve. Mean that She Resolve the Problem With the 'U' Pod, So a New 'U' Pod No Was necessary.

87) ON January/09/2014 AND Jan/23/2014 the Pros. Clinic was in need again to Fix Abreu Medical Boots because a Guard AND a Sgt. in a Transfer Trip REMOVED The "U" Pod without MEDICAL Doctor/ AND specialist authorizations so, a new "U" Pod was again Placed in Abreu Medical Boots. AND Problem Resolved; The 'U' Pod was Placed in Abreu Left side Boot for That his Left Ankle Fill inside of it, So when Abreu Walk He will not Feel so much Pains. so The special boots AND 'U' Pod DECREASED Pains in Walk.

88) Abreu Conditions in Left Ankle was so Serious That still physical therapy was ORDERED For his Left Ankle, at green Haven.

89) Abreu Right Hand was also examined by both a Physician AND a Specialist, The Which Found That Abreu Suffer serious Conditions in his Right Hand, including Persistence Pains AND Problem For write Well OR/and Hold a Pen.

90) Abreu Was Prescribed a Hand WRIST SPLIRT type Brace For his Right Hand ON OR about 7/25/2013, So, He will Feel Less Pains AND Can to write Better OR Can to Hold a Pen in a Correct Position; With his Right Hand. and After of Few Examinations by a Specialist Abreu Was Diagnose of Suffering Carpal Tunnel Synd in Right Hand in need of an Immediate Surgery. The Last ORDER was Made in January 2014, but Has Passed 10 TO 11 Months AND No Surgery For Abreu Carpal Tunnel Have Yet Conducted BY Docs and Wande C.F Medical Staff (the Defendants) So, Abreu is Suffering Extreme Pains in his Hand.

91) Abreu was also Prescribed in green Haven C.F SHu by The Physician Bentigreve a Back Brace/ Lumba-Support Due To Abreu Back Problems And Pains

( 13 )

92> The Doctor Bentignene also ordered that Abreu receive physical therapy for his back conditions, And that if the back brace and physical therapy don't work a MRI rather that a X-Ray will be ordered for Abreu or in alternative an Electrodiagnostic test will be ordered

93> Abreu pain chronic conditions are so serious that Abreu in green haven c f stu was prescribed multiply pain medications such as Voltaren 75 mg. Tylenol Non 3 650 mg. Nabumetone 1000 mg. Nabumetone 500 mg. Mobic 75 mg. Neloxican 7.5. mg. Triamcinalone. Nystatin. And Neurontin 300mg All in less of 10 months.

94> Abreu digestive system have been in troubles or problems due to the multiply impossions of inadequate restricted diets called (Loafs) that the Docts have forced to Abreu to eat in excess from 2011 to 2013 provoked that Abreu was prescribed Mg. Citrates. And fiber powders therefore the inadequate Docts loofs have injuried Abreu digestive system including severe stomach pains Abdominals pains, continue bleedings And pains problems to use the toilet constipations And other problems

95) Abreu have been also prescribed in green haven c f stu Cloritin 20 mg And Triamcinolone Acetonide sprays for each nostril daily for allergy conditions, the which Abreu suffer And that provoke respiratory problems And sinus or sneezings, so, Abreu is in need of his med. & nasal sprays.

96> Abreu arrived to wende c f stu And the medical stoff (the defendant have discontinue Abreu medications And all medical devices, too-

114

97). ON OR ABOUT MORCH /03/2014 ABREU HOND (Right HOND') WAS BROKEN ON MORCH /11/2014 AN EMERGENCY SURGERY WAS CONDUCTED IN ABREU HOND DUE TO A BOXER FRACTURE, THE WHICH THE SURGEON SPECIALIST WHO CONDUCT THE SURGERY CLASIFIED IT FRACTURE SUCH AS VERY SERIOUS FOR THE WHICH ABREU WILL NEED STRONG PAIN MEDS. FOR THE REST OF HIS LIKE, DUE TO THE PAINS THAT HE WILL JO TO SUFFER ALL HIS LIKE.

98 > THE ORTHOPEDIC SPECIALIST DR. BITATT ORDERED TO ABREU TO KEEP ON THE SOFT CAST AND ACES BANDAGES FOR APPROX BETWEEN 10 TO 12 MONTHS AND RECOMMEND TO ABREU TO TAKEN OUT THE SORT CAST AND BANDAGES DAILY FOR 10 MINUTS AND MAKE EXERCISE, AND PUT IT BACK ON HIS RIGHT HOND.

99) ON APRIL 24, 2014 ABREU WAS SENTING TO A MEDICAL TRIP FROM AUBURN C.F TO THE WASH HOSPITAL TO A CONSULTATION WITH THE DR BHATT. THE DR BHATT WAS WHO CONDUCTED THE SURGERY IN ABREU HOND ON 3/11/2014 IN THE ROME MEMORIAL HOSPITAL

100 > ON 4/24/2014 ABREU REPORT TO THE DR. BHATT THAT HE IS EXPERIENCED ALOT OF PAINS IN HIS RIGHT HOND, PROBLEMS FOR OPEN AND CLOSE RIGHT HOND AND SENSATIONS OF NOT FEELING HIS HOND WORK LIKE BEFORE.

101 > DR BHATT ORDERED THAT (1) ABREU RECEIVE PROPER PAIN MEDICATIONS FOR HIS HOND, (2) THAT ABREU RECEIVE IN FOUR (4) WEEKS A X-RAY IN HIS RIGHT HOND FOR LOOK IF THE HOND IS HEALING WELL OR IF HE IS IN NEED OF OTHER SURGERY (3) HE RECOMMEND PHYSICAL THEROPY FOR ABREU HOND, FOR SO, AVOID THAT ABREU SUFFER A PERMONENT DISABILITY IN HIS RIGHT HOND AND TRY TO RESTORE HIS RIGHT HOND FUNCTIONS TOO.

(15)

102) ADDITIONALLY ABREU WOULD LIKE TO REPORT
THAT WHEN HE WAS IN GREEN HAVEN C.F STILL
THE DR BONTIVEGNA, PROVIDED ABREU E-
LOTIONS, AND HYDROCERIN CREAMS FOR
ABREU SKIN DRYING, AND THAT ABREU WAS
SCHEDULED FOR A CONSULTATION WITH A DEMA-
TOLOGIST IN JANUARY/2014 DUE THE RASH
AND ALLERGY AND REDNESS THAT HE SUFFER
AFTER OF HIS ANUS RECTAL SURGERY. AND THE
DEMATOLOGIST/SPECIALIST ORDERED THAT ABREU
RECEIVE ANTIBACTERIAL SOAPS, AND SPECIAL CREAMS
AND THAT BE RE-SCHEDULED TO OTHER VISIT WITH
HIM IF THE PROBLEMS CONTINUE FOR TRY OTHERS
TREATMENTS AND EXAMINATIONS.

103) IN AUBURN C.F STILL ABREU WAS ALSO RECEIVED
E-LOTIONS FOR HIS SKIN PROBLEMS OR ISSUES.

104) ON OR ABOUT 4/27/2014 ABREU FILED A
FACILITY CLAIM REPORTING THAT HIS PRESCRIBED
EYEGLASSES WITH TRAYS SV LENSES-TINTED GLASSES
ARE MISSING/LOST BY GUORDS IN AUBURN C.F SHU.
ON OR ABOUT MAY/07/2014 ABREU RECEIVED
A FACILITY CLAIM # 010-0119-14

105) ON OR ABOUT 6/20/2014 THE FACILITY
SUPERINTENDENT MR GRALTAM IN AUBURN C.F
APPROVED ABREU CLAIM # 010-0119-14 ORDERING
THAT ABREU RECEIVE THE TRAYS SV LENSES THROUGH
THE MEDICAL HEALTH SERVICES.

106) ON 7/15/2014 ABREU WAS TRANSFERRED TO THE
FACILITY OF WENDE SHU AND ABREU DON'T HAVE
RECEIVED YET HIS EYEGLASSES WITH TRAYS SV. LENSES
THROUGH THE MEDICAL HEALTH SERVICES IN WENDE C.F

107) ABREU HAS FILED APPROX. BETWEEN 30 TO
40 SICK. CALL SLIP REQUEST FROM JULY/16/2014
TO THE PRESENT OCTUBER 2014 IN WENDE C.F SHU
REPORTING HIS MEDICAL CONDITIONS PROBLEMS AND NEEDS
(16)

108) Abreu from July/16/2014 to Oct/2014 Have Reported that He need his medical boots, his Hand splint his cast and bandages for his Right Hand. That He need his back brace. That He need his eye glasses, That He need his E-lotions and creams. That He need his medical permits for the devices ect. but Abreu Have been ignored by the medical staff / personnel (the Defendants) in each and all Abreu medical complaints of a form deliberate and indifferente to Abreu medical needs, pains, and sufferings.

109) Abreu Have Reported to the Defendant Vollmer and other many medical nurses during Sick. Call and in PHU Rounds That He is Bleeding from his anus Rectal That He Have pain in his anus Rectal That He need a colonoscopy, That He is in need of see a Doctor and specialist. but Abreu Have been ignored to this request.

110) Abreu Have Reported chronic and Severe pains in his Right Hand Problems for open and close Right Hand, Problems for can to do Daily activities, and Problems for con to write well; Abreu Have asked and Required for a X-Rays for a MRI. for proper pain medications asked and Required to see a specialist or to see the orthopedic specialist who conducted Abreu surgery on March/11/2014 in his Right Hand and Abreu asked and Required Phisical therapy to Hand

111) Abreu Have also Reported Severe back pains He Have asked for his back brace, proper pain medications and Phisical Therapist, and That a specialist conduct an examination and a MRI or in least a Sigmordoscopy test However Abreu Don't Have yet Receive none of this request

117)

112> Abreu Have Reported Strong Heodaches Stomach Pains AND Hearing problems AND Pains in his Right AND Left Ear, but Mainly in Left Ear.

113> Abreu was sit Down on his Bed Reading in the Shu and Several Minuts of taken a medications for Antidiarrheal That Has Provided The nurse Vollmer Abreu Hear a Strong Hearing Ringing in his Left ear and after a 'Pop' 'Pop' 'Pop' in his Left ear AND The Hearing of his Left ear Left, so Abreu Cannot Listen or Heard well from his Right ear and Left ear but Left ear was worse in The Following Days alot of Yellow or Brown Liquids Starting to Coming out from Abreu Left ear, AND Pain increased too.

113> Abreu File Sick Call Request in sept/2014 Reporting The Hearing problems pains waters color Yellow or Brown color, AND The Ringings AND POP, POP, POP That He Heard before all The problems with his Left ear started.

114> The nurse vollmer without to Examine to Abreu only Provided an Ear Drops only for Earwax Removal Aid, The which is not for 'Pain', 'Hearing problems' or 'pop' issues.

115> However Abreu used the Ear Drops for earwax Removal Aid only for few weeks AND The problems were worses in my Left ear.

116> Abreu Filed Sick Call slip again Reporting all This and asked AND required That He wish AND need to see an specialist for ear <an ENT specialist>. However nurse vollmer after many complaints AND sick-call slips Reporting all This He agreed with allow Abreu see a facility Physician.
118 >

117> Abreu also Report to nurse Vollmer that He Have Read the instructions of the medications for ontidiarrheals that He provided to Him And that it say that the medication will provoke Hearing Problems, And Ringings And still loss Hearings in some People, that if this occurred that Immediatly get medical assistances.

118> The nurse Vollmer alleged Abreu that He Have a further Knowledges that that medication will cause that classes of Problems, but that it is what Docs provide to Him for gave to the Shu prisoners.

119> In September/2014 Abreu saw to the Physician Jacqueline Levitt, And Abreu to Explain to She all the Problem, How this to "start ect. The physician Levitt told Abreu "I Don't care what Happened to Your left Ear I Don't will go let to you to see a ENT specialist for a text or examination Do you Understand me eh" I will go only to Provide you an Ear Drop for Earwax Removal Aid that it, maybe you Don't take showers And you Don't clear your Ears. And She left., However after that Abreu complainting about the Unprofessional misconducts of the Doctor Levitt, she agreed to exam Abreu left ear Against her wish And Desires., Fews Days after.

120> When the Doctor Levitt took Abreu left ear was of a form Brutal with exagged force with Bad attitudes cause Pains' in Abreu ear trying to Humiliate Abreu in front of 3 male guards present in the Shu Room, And Abreu complain about all this And She get mad And upset smoked Abreu of a form improper or inappropriate, She yelled in Abreu saying "I told you you Don't take showers you Have a big, big Ball of Ear wax in your left Ear.
119>

121) Abreu Replied to the DR Levitt, this
is impossible Because I clean mine Ears every
Days plus I use the Ear Drops Earwax
Removal Aid Daily Twice to the Day That
gave me the Nurse Vollmer, And I always
Take showers such as showing by the SHU log
books Records of the SHU.

122) She told Abreu shut up, You Fucking
Mouth, You Do What Ever to Tell you to do
OK, You are a simply Prisoner, and You
need to follow My Orders and keep quiets
When I Talk OK, Listen I Will go to go
to You only other Eor Drops Earwax Removal
aid That it, I know that you Have Already
one in Your cell gave to you for nurse Vollmer
but I Will go to give other Bottle, this is the
only Treatment That I Will go to gave to you.

123) Abreu Complainting about Pain in his left
Ear She say Earwax Don't give paits to no
one And when Abreu try to explain about
other Medical Conditions she told to him that
She only Came to the SHU to Talk about his
Eor Problems That it, That I Continue File
Sick-call slips And she Smiled and Loughted
with the C.O.S (guords) Hamilton And Mayer
Present in the Room too, And she left, acted
of a form Discriminatory Retaliatory And
Open Deliberate Indifference to Abreu serious
Medical Conditions,

124) Abreu Continue to the Present Suffering
of Earing And Pain Problems in left Eor
Without Receive any Proper Medical Care and
Attentions to his medical needs.

125) From the 30 to 40 Times That Abreu Have
Filed Sick-call slips explained his medical Problems
only 3 time Abreu Have saw the DR Levitt in SHU

126) The First Time Defendant Levitt Came Front Abreu cell in The Shu To advice Him That He is a T.B. Positive, That The Central office Docus Division of Health Services DR. Koenigsmann The which is The Chief Medical officer, at Albany State wide Have approved The medications for Tuberculosis The which Abreu Need To Take Between 9 Months To one year Completly or That He will get very sik And get active T.B. And still Die, if the medication is provided of a Form improper To me. And She Asked Abreu if He wont To Take The T.B. meds, Abreu Say yes.

127) The Defendant Levitt Refuse to address or Listen or Hear only other medical Complaints or Pains, or Bleeding or Devices ect. That Abreu was Trying To Report To she, And She Only of a Form Deliberate and indifferent Told Abreu Continue Filed Sick. call slips, And She left Front abreu cell.

128) The DR Levitt also Violated Abreu medical Privacy And Confidentialism when she Disclosed Abreu T.B. Conditions And Medications, in Front of The Shu c.05 /guard Mayer, And To The Shu Inmates located near of Abreu cell location who were Listern The Conversations

129) The DR Levitt was supposed To Call To Abreu To a Privacy Room in The Shu, or To call To Him in a Medical Call out To The Facility infirmory And advice To Him his Diagnorric And plan For Him about The Medications And Treatments For his Tuberculosis Conditions.

130) The Sick. call Services in Wende C.F Shu is provided To The Shu Inmates in 5:00 AM To 6:30 AM Front Inmates Cell side Doors. There are not any Physical Contacts Between Medical nurses or The Shu Inmates

131> The Sith Cell Has a steel Mesh on the Cell
Door Bars, AND a Plexiglass Shield on the
Left Side of the Bars, but not steel Mesh
but the Cell Door Bar Don't Have Plexiglasses
So, that is the only way/place that air came
inside the Cell, and where we can talk, only.

132> So, there are not any class of Physical
Examinations or touch between Medical store/And
/or Inmates. So, Abreu can put sick. Call
100 time explained only kind of Medical Problems
or conditions and the only things that will go
to happen is a nurse came front his cell
with his sick. Call Slips And Medical Records
on his or her Hands to ask Abreu what is going
on when Abreu Explain his Medical Problems
Bleeding, Pains And/or injuries ect. The nurses
Will go to put it on Abreu Medical Records or
They will go only write in the Medical Records
what they wont to write and that it, they
Will walk away, And This is the Medical Treat-
-Ment provided to Abreu, and After They allege
That They Have addressed all and each of my Medical
Complaints.

133> However no because a nurse standing front
Abreu Cell Door Coming 30 time front His
Cell Door (outside of Abreu Cell Door) And
write some Things in Abreu Medical Records
That No Mean That Abreu Medical Conditions
Have Been addressed or Proper Medical Treatments
Have been Provided to Him in the Sith by the
Medical store or Personnel.

134> In The General Population is Very Different
Inmates in The G.P. Sign up for Sick-Call, They are
Coming to The Facility Infirmory where they Has Direct
Contact with The nurses And Doctors, And Can to
Examine to They Immediatly And The Sick. Call is Conduct
In a Privacy Room, without Guards Present.

135) Additionally PRISONER in the G.P. are provided immediately, any devices and medications available in that moment and/or prescribe the medications the which regularly are provided to they next day. While the SHU prisoners need to way longer weeks or months for con to see a doctor and waits others more weeks for con receive any prescribed medications if any and plus others several weeks or months for con to see on specialist, the which show clearly that all this is made in bad faith and intentionally against the SHU inmates the which is the unwritten policy of Docs and Wende CF in treated to the SHU prisoners. acted of a form deliberate and indifferent to serious medical needs of the SHU prisoners.

136) The purpose (the evil purpose) of all this is to make sure that the SHU prisoners to suffer all the possible in the SHU including pains torture physical and psychological and injuries.

137) The second time that Abreu saw to the DR. Levitt was in august 2014 (the first time was in july/2014). In the second time DR. Levitt came again front Abreu cell. Abreu try to address all and each of his medical conditions, to the DR. Levitt Abreu his pain in his right hand problems moving his right hand, bleeding and pains from rectal area, the need of his medical boots problems in his lower back, the need of a back brace pain medications the need of a colonoscopy a X-ray and MRI in right hand and lower back to see specialists, and receive physical therapist.

138) While Abreu was talking with she, she starting to yell to Abreu "stop stop stop", doing you thinking that I will go to sit down to review your medical records for one hour, and after too. spend other hour in re-prescribed all this? The answer is No.

123)

139> The DR Levitt Moving FRONT/FROM abreu Cell
AND Walk away, WITHOUT TO PROVIDE ABREU
ony Examinations WITHOUT LOOK OR Check ABREU
MEDICAL RECORDS AND REFUSED TO address ony
OF ABREU MEDICAL CARE, NEEDS, CONDITIONS OR COMPLAINTS.

140) RATHER THE DR Levitt WROTE THAT ABREU
adviced TO she That his MEDICAL BOOTS back
DRACE, Hond SPLIRT, Hond CAST, Lotions AND
MEDICAL CREAMS WERE IN Auburn C.F SHH bogs
WAITING TO BE TRANSFERRED TO WENDE C.F SHH
AND THAT she adviced Him THAT When THE medical
DEVICES ARRIVE TO WENDE C.F she WILL sign THE
PROPER MEDICAL PERMIT AND He receive all it
PRESCRIBED MEDICAL DEVICES AND ITEMS bY DOCTORS
AND MEDICAL SPECIALISTS BETWEEN GREEN HAVEN C.F SHH
TO AUBURN C.F SHH, UNDER DOCS.

141> However ABREU PROPERTY bogs ARRIVED TO
WENDE C.F SHH but all THE MEDICAL DEVICES
AND MEDICAL ITEMS, INCLUDING ABREU MEDICAL
BOOTS, WRIST SPLIRT, Hond CAST, AND BACK brace
WERE all missing/Lost, THE DR. Levitt, was
adviced OF all THIS and now she is REFUSED TO
RE-PRESCRIBE OR RE-ORDER THE MEDICAL boots
WRIST SPLIRT, Hond CAST AND BACK brace alleged
THAT it MEDICAL ITEMS/DEVICES are not MEDICALLY
NECESSARIES FOR ABREU.

142> DR Levitt MISCONDUCTS ARE A CLEAR EVIDENCE OF
DELIBERATE INDIFFERENCE TO ABREU MEDICAL SERIOUS
CONDITIONS because ABREU WITHOUT his MEDICAL BOOTS
HE CANNOT WALK WELL, He CANNOT WALK Longer DIS-
-TANCES, He CANNOT WALK TO THE FACILITY INFIRMORY
FOR CALL-OUT because THE SHH AND THE INFIRMARY IS
OPPROX. ONE MILL OF DISTANCE bETWEEN both BUILDINGS
ABREU is IN PAIN INSIDE OF cell AND OUTSIDE OF THE
Cell when He DON'T WEAR it SPECIAL BOOTS, He is also
IN PAINS IN his RIGHT Hond, WRIST, AND BACK, AND HE
WILL SUFFER PERMANENT DISABILITY IN his Hond & WRIST.

(24)

143) No MEDICAL SPECIALIST, NO ORTHOPEDIC-SPECIALIST, NO PHYSICAL THERAPIST. AND NO PROS CLINIC SPECIALIST HAVE TOLD TO THE DR. LEVITT, THAT ABREU DON'T NEED SUCH MEDICAL DEVICES. AL CONTRARY OF DR LEVITT ALLEGATIONS THE PHYSICIAN'S SPECIALIST AND PROS. CLINIC HAVE STORTED THAT ABREU NEED TO USE IT ITEMS/DEVICES FOR THE REST OF HIS LIFE, AND THAT IF HE NOT USE IT DEVICES IN THE FORM PRESCRIBED HE WILL SUFFER PERMANENT INJURIES/DISABILITIES AND SUFFER THE DOUBLE OF PAINS OF THE WHICH HE IS SUFFERING IN THIS MOMENT.

144) THE PROBLEM OF THE DOCCS AND THIS MEDICAL DEFENDANTS IS THAT THEY SPEND $1000S OF DOLLARS SENTING TO PRISONERS TO SEE SPECIALISTS THEN WHEN THE SPECIALIST TO ORDER, REQUEST, OR TO RECOMMEND A TYPE OF MEDITATIONS OR A TYPE OF MEDICAL DEVICES NOW THIS PRISON DOCTORS AND DOCCS DON'T WONT TO PRESCRIBE OR PROVIDE THAT MEDITATIONS AND MEDICAL DEVICES, OND EVEN IF THEY OPPROVE IT, WHEN THE INMATE, IS TRANS--FERRED TO OTHER FACILITY, THE PHYSICIANS OR NURSE DON'T WONT TO PROVIDE BACK THAT MEDICAL DEVICES OR MEDICATIONS THAT OTHERS PHYSICIAN OR/OND SPECIALISTS PRESCRIBED ALREADY. THEN THEY STEAL IT MEDICAL ITEMS AND DON'T ALLOW TO THE PRISONER TO SEND IT TO HOME OR FAMILY NEITHER,

145) SO, ABREU QUESTION IS IF THEY DON'T WILL GO TO OPPROVE OR PROVIDE OR TO ORDER A SPECIFIC MEDICATIONS OR/AND DEVICES PRESCRIBED BY AN OUT-SIDE SPECIALIST/DOCTOR, SO, WHY THE INMATES ARE SENTING TO SEE THAT SPECIALISTS/DOCTOR TO THE STREET? IF TO THE END THE DEVICES AND MEDS WILL GO BE TAKE BY THIS PRISON DOCTORS, THAT WORK FOR DOCCS IN PRISONS?

146) HOWEVER IN ABREU SPECIFIC CASE THE MISCONDUCTS OF THE DOCTOR LEVITT AND THE DEFENDANTS ORE IN BAD FAITH AND INTENTIONALLY AGAINST ABREU, IN REPRISALS.

/25)

147> The Third Time That Abrou Saw Doctor Levitt
was in or about Between August and Sept 2014
and This was for supposed to Exam. Only Abrou
For Conditions Explained already above. after
That The Dr Levitt Have Refused to see Abrou
Again. The which show clearly Discriminations
And Retaliations And Deliberate indifference
To Abrou Serious Medical needs.

148> Abrou Don't Have been Provided yet any
Reasons Why Wende (.F medical staff ( The
Defendants ) is Refused to Follow The specialist
Orders And Prescriptions in Schedule Abrou for
a Colonoscopy, a X Ray or mrI, Abrou exe
Issue with The St Trays lents Approved already
By Auburn C.F Superintendent before Abrou
Be Transferred To Wende no Reasons for To
Denial Abrou Physical therapy for Hand/Wrist
And Lower back, No Reasons for To Denial
Abrou his Proper Pain Medizations No Reason
For To Denial Abrou to see the Orthopedists
Specialists, And No Reasons for To allow Abrou
to see an ENT Specialist And Dermatologist, as
also No Reasons For To Denial Abrou his E—
Lotions, Creams And anti-bacterial Soaps Prescribe
by Doctors And specialists

149> All And each of This Medical Devices And
medical Items And Required appointments were
Prescribed by Physicians And specialists With Experiences
That after of Examine Abrou Found That Abrou
Suffer of This Serious Medical Conditions, Abrou
Case, is not like of Those Inmates That go
10 (Ten) Time where a Medical specialist, find nothing
Wrong was Find of Found, In Abrou Particular
The specialist with Experiences Have Found Abrou
Suffering of Different Serious medical conditions,
Karpal Tunnel, Broken Hand, Anus Rectal Problems
Surgeries necessary, a Broken Ankle Healing in wrong,
Way, Exe Conditions, Asthma, Rash, Allergy, Bleeding ect
126 \

150) So, This is not of a case About Abreu wont, This that those these ect, no This is a case where specialist with years of medical experiences and where they wont to Be fair And Due them Job Duty in on Professional Manner without Discriminations say Abreu need This, That Those, These ect So This is the unique that Abreu Has Complaining to Wende C.F medical staff (Defendonts) That He need back all And each of his pres- cribed And ordered medical Devices / Items. including to Re-schedule to Abreu to the medical Appointments That Abreu was scheduled for to see the specialists And Colonoscopy ect The which wende is Refused to do even they Having Further Knowledges That Abreu need all This exams And Appointments, So The Defendonts are interferenced with medical orders and Prescriptions Already ordered by the medical specialists And Docu Doctors inside And Outside The Prisons.

151) Abreu Has Filed multiply grievances And Letter of Complaints Against The Defendonts Bozer, Killinger, Levitt, Leuthe, Kua, Bukowski, Ambrosoli, Fucina, Stubusz, Toporek, Obertean And Vollmen The which are The medical staff / Personel of wende C.F And Responsibles of The medical Care of Prisoners, Inmates And offenders in Wende C.F

152) This Defendonts in Respond to Abreu grievances. And Complaints They in Reprisals / Retaliations Has
(1) Discontinue All Lipitol medication for High cholecterol.
(2) Discontinue All Claritin medication for Allergy Problems.
(3) Discontinue All Pain medications And Treatments.
(4) Discontinue all T.B. medications for tuberculosis.
(5) Refused see, examine Talk with Abreu in All Time
(6) Refused To Respond To Abreu Letters And
(7) Denied Abreu Asthma inhaler for his Asthma Problems.

153 > Abreu is Facing an serious Imminent
Donger of serious Phisical injuries And irre-
-parable Harm in Wende C.F. site.

154 > Abreu without his Lipitol meditation He
will suffer a Heart Attack or stroke if
He Cholecterol get too High And his veins
are Covered And Closed with Cholectrol Doaked
The Blood That pass into to the Heart And
or Brain Through the veins.

155 > Abreu Receive Lipitol for High Cholecterol
From 1998 to 2014 after Was Discovered
in new York City Jails in 1998 that He suffer
of High Cholecterol, on 1999 He was Transferred
to the State prison And the Treatment Continued.

156 ) Abreu Lipitol Was Discontinue in the past
in 2012 in Upstate C.F site, in August/2012
in Fe6/2013 a Cholecterol Test was Conducted
And his Cholecterol Was too High That the
Doctors Between Auburn C.F And green Haven C.F
get very Alarmed That This was necessary to
prescribe Abreu the Double of Doct of Lipitol
From 10 mg to 20 mg, So, The Docis Was increased.

157 > Every time Abreu Lipitol meds. is Discontinue
his High Cholecterol get Two (2) time More
worser And When Abreu Receive his Lipitol
his Cholecterol is Controlled to nearing Normal
so, Discontinue Abreu Lipitol in This time to
increase the Risk of More Worse High Cholecterol
And potential Heart Attack or stroke.

158 > Abreu Family Closed members such as his
Father And grand mother Suffer Of High -
Cholecterol, And She Suffered 3 Mini-stroker
And Two (2) Mini- Heart Attack, When she stopped
Take her Lipitol Medications For High Cholecterol
Abreu Father is also under Lipitol Medication.

/28 )