UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

—— × —— × —— × —— × —— ×

CARLOS ABREU
# 99A3027

— PLAINTIFF —

UNITED STATES DISTRICT COURT
FILED
MAR 18 2015
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

— AGAINST —

PRISONER CIVIL
Right COMPLAINT
42 U.S.C. § 1983

ROBERT HAMILTON;
JAN SZABLICK ;
JEFFREY MAYER,
BENJAMIN WILSON;
PATRICK CONNOLLY;
KAREN CROWLEY;
BRIAN FREEMAN ;
MICHAEL A. HILL;
JOEL GRODE,
PAUL REID ;
MARGARET STIRK,
DIANE TOPOREK,
LARRY WYZYKOWSKI,
DANYELLE Hodges;
ROSALYN KILLINGER;
JOYCE KRYGIER ,
ROBERT SKUBIS ;
SUSAN SCHUMACHER;
JACK MEARA;
LAURA SOWA ;
CURTIS SNOWDEN
CURTIS SNOWDEN JR.
MICHAEL HERBISON,
JACQUELINE LEVITT;
HENRY MAGYAR;
DONNA REINHARDT

CIVIL NO.

JURY TRIAL
DEMANDED

TAYLOR ROBERTS;
William Gregoire;
Elizabeth Blake;
Michael Lucas;
Steve Furlani;
Mary Geary;
Nicole Fink;
Eileen Fucina;
Cindy Ferron;
Jeffrey Heif;
Leslie Lisson;
Lisa La Penna;
Edward Meyer;
Tamara Davis;
Randall Labedz;
Sergio Vasquez;
Jane John 1;
Jane John 2;
Jane John 3;
Marylisa Hayden;
Jeffrey Keenan;
John Lempke
Kevin J. Brown;
Maureen Boll;
Carl J. Koenigsmann;
Joseph F. Bellnier;
Jeff McKoy
Doris Ramirez- Romero;
Karen Bellamy;
Albert Prack / D. Venettozzi;
Stephen M. Ash;
Chief Inspector General;
Emmanuel Powell / Mendez;
Doe Johns/ Kevin Rosplock;
Jill Grant; / L.T. R. Fischer;
Debra Menning,
Maureen Bosco,
OMH Commissioner
New York State
Office of Mental Health
N.Y.S Department of Correction and Commissioner A. Annucci.

— + ——— Defendants —————— + ——— x—

#(2)

INTRODUCTION

This is a civil Rights action Filed by CARLos
ABREU, a State PRISONER, FOR Damages
AND injunctive Relief Under 42 U.S.C.
§ 1983, alleging violations of his 1st, 4th,
5th, 8th, AND 14th Amendment TO THE UNITED
States Constitution, Alleging excessive Confi-
-Nement in special Housing unit. Violations
of The Due Process in several Disciplinary
Hearings Horsh Conditions of confinements
That Placed his safety, Health AND wellbeing
in an Imminent Danger of serious physical
AND psychological, injuries. Denial of Proper
AND adequated medical AND Mental Health Core.
Violations of his Religious meals/Belief. ConsARancy
AND Retaliations From several Persons/
Stasse/officials. Discriminations Sexual Horass-
-ments, Threats of Physical assaults Denial
of FOIL Request. False Reports Damages
of legal Materials. Violations of the ADA
AND Rehabilitation Act violations of the
APA. Denial of Court Access/Law Library
Photocopy/Access To Law Library services.
Interferring with actives, pendent AND
Future Lawsuits/Cases/actions/Proceedings
AND Claims. Denial of Access To The
Facility Inmate Claims. interferring with
grievance complaints AND Invostigations.
Deliberate indifference and intentional
misconducts of Defendants, Physical assaults
with Hot waters Provoked injuries, Denial of
Foods AND others many Misconducts AND abuses
made by the Defendants in violation of The Constitution
Human Rights International Law Federal, AND
State Laws, Regulations, Directives, AND Policies.
The Plaintiff also alleges the Torts of assault
AND battery, AND negligence AND malpractices
under state Law Clains. see 28 U.S.C § 1367
of the which This Court Has Jurisdiction
To Hear.

#(3)

## Jurisdiction

1). The Court has Jurisdiction over the Plaintiff's Claims of Violation of Federal Constitutional Rights under 42 U.S.C § 1331(1), And 1343.

2) The Court has Supplemental Jurisdiction over the Plaintiff's State Law Tort Claims under 28 U.S.C § 1367

## Parties

3) The Plaintiff Carlos Abreu, i's incorcerated at Wende Correctional Facility < Wende > or (Wende SHU) During The events Described in This Complaint

4) Defendants Hamilton, Szablick, Powell, Mendez, Maxer, Reid, Herbison, Wilson, Rosplock, And Magyar are Correctional Officers employed at Wende/SHU they are sued in their individual Capacities.

5) Defendants Connolly, Freemon, Hodges, Meora, Gregoire, Roberts are Sgts/Sergeants (Correctional Sergeants) employed at Wende/SHU they are Sued in their OFFICIAL And individual Capacities

6) Defendant #1 Karen Crowley is the Deputy Superintendent for Program Services employed at Wende. She is Sued in her official And individual Capacities

7) Defendant Michael Hill is the Assistant of the Deputy Supt for program/PREA Complin He is Sued in his official And individual Capacities #14,

8> Defendant Joel Groden is the Senior Librarian employed at Wende. He is sued in his individual capacity

9> Defendant Margoret Stirk is the OMH Unit Chief employed at Wende. She is sued in her individual capacity

10> Defendant Dione Toporek is the Nurse Administrator employed at Wende. She is sued in her individual capacity.

11> Defendant Larry Wyzykowski is the Optician employed at Wende. He is sued in his individual capacity.

12> Defendant Donyelle Hodges is the Sergeant employed at Wende SHU. She is sued in her individual capacity

13> Defendant Rosalyn Killinger is the Deputy Superintendent of Health employed at Wende. She is sued in her individual and official capacities.

14> Defendant Joyce Krygier is the FOIL Request Officer/Inmate Records Coordinator II employed at Wende. She is sued in her individual capacity

15> Defendant Robert Skubis is the SHU Correction Counselor employed at Wende. He is sued in his individual capacity

16> Defendant Susan Schumacher is the Deputy Superintendent for Administration employed at Wende. She is sued in her individual capacity

#(5)

17) Defendants Laura Sowa, Michael
Lucas, Randall Labedz, and Fischer,
(And) Jeffrey Keenan are a Lieutenants
( Correctional Lieutenants ) in charge
of the Administrative Segregation/ Shu
Employed at Wende They are Sued in their
individual And Official Capacities.

18) Defendants Curtis Snowden And
Curtis Snowden Jr are the Recreation
Program Leader I, And Leader II.
Employed at Wende C.F They are Sued
in their individual Capacities,

19) Defendant(s) Jacqueline Levitt is
The Facility Health Services Director/
And Physician Employed at Wende.
at Wende she is Sued in her Official
And individual Capacities.

20) Defendant Elizabeth Blake is the
Facility Institution Steward
Employed at Wende, she is Sued in
her individual And Official Capacities.

21) Defendant Steve Furlani is the
Education Supervisor Employed at Wende
He is Sued in his individual Capacity

22) Defendant Mory Geary, Lisa La Penna,
Tamara Davis, Marylisa Hayden,
Jane John 1, Jane John 2, And
Jane John 3 are nurses (Correctional
nurses) Employed at Wende They
are Sued in their individual Capacity

23) Defendant Nicole Fink is the Occupational
Therapist Employed at Wende she is Sued
it her individual Capacity.

#161

24 > Defendant EILEEN Fucina is the nurse administrator Employed in Wende She is sued in her individual Capacity

25 > Defendant Cindy Ferron is the assistant Inmate grievance program at Wende She is sued in her individual Capacity.

26 > Defendant JEFFREY Heif is the Supervising offender Rehabilitativ/ Supervisor Counselor Employee at Wende, he is sued in his individual Capacity.

27 > Defendant Leslie Lisson is the OMH/Mental Health Social Worker II Employed at Wende She is sued in her individual Capacity

28 > Defendant EDWARD Mexer is the Captain (Correctional Captain) at Wende, He is sued in his individual Capacity AND official Capacity

29 > Defendant Sergio Vasquez is a Correctional Counselor / Counselor / Employed at Wende He is sued in his individual Capacity

30 > Defendant JEFFREY Keenan is a L.T. Employed at Wende he is sued in his individual Capacity.

31 > Defendant John Lempke is the Facility Superintendent Employed at Wende He is sued in his individual and official Capacities.

#7 ,

32) Defendant KEVIN J. BROWN, is the Deputy Superintendent for Security employed at Wende. he is sued in his individual, and official Capacities.

33) Defendant MAUREEN BOLL is the Deputy Commissioner and Counsel employed at the N.Y.S. Department of Corrections and Community Supervision. She is sued in her individual and official Capacities.

34) Defendant CARL J. Koenigsmann is the Deputy Commissioner and Medical Chief MEDICAL OFFICER employed at the N.Y.S. Department of Corrections and Community Supervision. he is sued in his individual and official Capacities.

35) Defendant JOSEPH F. BELLNIER i's the Deputy Commissioner FOR Correctional Facilities, employed at the N.Y.S. Department of Corrections and Community Supervision. he is sued in his individual and official Capacities.

36) Defendant JEFF MCKOY is the Deputy Commissioner for Program Services employed at the N.Y.S. Department of Corrections and Community Supervision. he is sued in his individual and official Capacities.

37) Defendant DORIS RAMIREZ-ROMERO is the Director of Mental Health services employed at the N.Y.S. Department of Corrections and Community Supervision. She is sued in her individual and official Capacities.

38> Defendant Karen Bellamy is the Director of the Inmate Grievance Program Services employed at the New York State Department of Corrections and Community Supervision. She is sued in her individual and official capacities

39> Defendant Albert Prack is the Director of the Special Housing Unit/ Inmate Disciplinary Program employed at the Department of Corrections and Community Supervision. He is sued in his individual and official capacities

40> Defendant Stephen M. Ash is the Regional Health Service Director employed at the N.Y.S Department of Corrections and Community Supervision He is sued individual and official capacities.

41> Defendant Chief Inspector Generals/ Deputy Commissioner is employed in the N.Y.S. Department of Corrections and Community Supervision and He/She is sued individual and official capacities.

42> Defendant Emmonuel Powell is the Correction officer assigned in the MHU Observation Cell employed at Wende. He is sued in his individual capacity.

42> Defendant Doe John is a Correction Sgt/Supervisor employed at Wende. He is sued in his individual capacity.

43> Defendants Jill Grant and Debra Menning are the Risk Management Specialists employed at in the N.Y.S. office of Mental Health / Central N.Y. Psychiatric Center sued individuals capacities

# 19,

44) Defendant Maureen Bosco is the Executive Director of the Central N.Y. Psychiatric Center / OMH. And she is sued in her individual capacity.

45) Defendant OMH Commissioner is the Commissioner of the N.Y.S. office of Mental Health. He or she is sued in his/her official and individual capacity

46) Defendant New York State is the State of New York of the United States of America, and the State is sued in his individual, and official capacities.

47) Defendant Office of Mental Health is the New York State office of Mental Health of the State of New York of the United States of America and is sued in this individual and official capacities.

48) Defendant N.Y.S Department of Correction is the N.Y.S. DOCCS of the State of New York of the United States of America and is sued in this individual and official capacities.

49) Defendant Donna Reinhardt is the Secretary of the Disciplinary Program or the office Disciplinary and is a Keyboard Specialist / employed at WNDE she is sued in her Official and individual capacities.

50) Defendant Anthony Annucci is the N.Y.S. DOCCS Acting Commissioner, employed in the Docs. He is sued in his official and individual capacities.

# (10)

51) All The Defendants have acted and Continue to act, under Color of State Law at all times relevant to this Complaint.

"FACTS"

52) ON OR about January /08/2015 plaintiff (ABREU) was Returned to Wende C.F. SHU from a Court Trip And From The mental Health Unit (MHU) Observation Cell in Downstate C.F. To Wende C.F.

53) In his arrive plaintiff/Abreu was informed that He will be suffered to The same Harsh Conditions of Confinements the which He was before his Court Trip. In Wende C.F. SHU. The which was Continue Be Placed behind a Double Plexiglasses/Cell Shields wear a Special Suit, Don't Have any Contact From he Cell with any Prison Civilions eg Counselors. Social Workers. Nurses. Clinicians Physicians. Doctors, assistants, ect. He only will Have Contacts From his Cell with Prison Uniformeds.

54) Abreu was in Downstate C.F. MHU Obs. Cells. From November 04 2014 To January /08/2015 For Two months InDownstate C.F. Prison Doctors Has Prescribed To him back his Tuberculosis(T.B) Medications. Lipitol For High Cholecterol Claritin For Onergy, a Nasal Sprays For Onergy. Treatments For Hemorrhoids. a Plan For a Colonoscopy. a Plan For See a qualified Orthopedic specialist. a Plan For Receive his Trays, sv. Dents/Eyeglasses, with Trays sv.l. Prescribed Proper Pain Medications, For his Chronic Pains that Abreu suffer in his Hand. Lower back And Left Ankle, And a Plan For a Hand Surgery Due To Carpal Tunnel And a Plan For Physical Therapy, The which Abreu need.

# 1111

55) However once time Abreu arrived back to whide C.F. SHU the Dr. Levitt to discontinue all and each medical treatments prescribed and recommended to Abreu in Downstate. she discontinue all this of a form deliberate and indifferent to Abreu Health care wellbeing and safety, placed to Abreu to suffer imminent dongers.

56) The Defendants Killinger, Schumacher, Koenigsmann, Ash and Lempke along with Annucci, supported Defendant Levitt Decisions or Determinations Against me, and ignored all and each of Abreu medical complaints and misconducts of the Dr. Levitt Against Abreu. so, they were also Deliberate and indifferent to Abreu Health care, wellbeing and safety, placed him also in on imminent dongers.

57) From February 2015 to the present March 2015 Abreu Has Filed Sick-Call regularly near to Daily reporting Chronic pains in right Hond, lower back, and left Ankle reporting problems for walk without his Orthopedic boots prescribed to Him in green Haven C.F SHU for Doccs Doctors and specialists inside and out side the prison system reporting back problems in need of his back supports/brace. Reporting the need of his Hond brace prescribed also in green Haven C.F. SHU. by Doccs prison Doctors and specialists reporting the needed of his prescribed Eye glasses with sr. trays lents.

58) However Defendant Levitt Has ignored Abreu medical complaints of a form Deliberate ond indifferent and Encouraged to the medical nurses to do the same to Abreu
# 121

59 > Abreu Has also Nearing To Daily Reporting
That He need his Pain Prescribed Medications
his Lipitol For High Cholecterol his Claritin
Meditations For allergy, his Nasal Sprays.
his Medical Boots, Hand braces And back
Braces

60 > Abreu Continues Reporting The need of
a Hand Surgery For his Right Hand,
The which was Refferenced in Jan/22/2014
in Green Haven C.F. For Carpal Tunnel.
The need For a Colonoscopy, Refferenced
also in Green Haven C.F. by Doctors And
Specialists. but Defendant Levitt Has
ignored all This Medical Complaints of a
Form Deliberate And indifferent To
Abreu Health Core, wellbeing And Safety
Placing To Abreu in an Imminent Danger

61 > Abreu Nearing To Daily Has Reporting
also, Bleeding From his Noses Spitting
Blood Bleeding And Chronic Pains From
his Anus Rectal / Stool, Dizziness Feeling
Weakness, Blurred Visions, Severe Stronges
Headaches, Severe Stomach Pains, Chills.
Feeling Very Sick, but Defendant Levitt
along with The Defendants Toporek.
Killinger, Schumacher. Glory. Fucina.
Ferrow. La Penna. Davis. Jone Johns
1, 2, 3. Hayden. Koenigsmann. Ask.
Lempke, Stirk And Brown, Has openly
ignored Abreu Serious Medical Conditions
And Symptoms, when Abreu Has Reporting
To all they Via Sick-Call Requests, Via
Letters, And Personally when Several of
This Defendants Making Rounds in The Site
but Plaintiff Abreu Has only Received an
Open Deliberate indifference To all his Complaints
Verbal or in Written, or even Presented Evidences
To they Such as alot of Blood on Sheet or Papers.
# (13)

62) Defendants Lempke, Brown, Killinger, Schumacher, Stirk, and Maxer, make Rounds in the situ in whole of every each week, once time in the week or some time twice in the week. From January 2015 to the present march/2015 Abreu has and have reporting to they the Defendant Levitt and nurses misconducts against Abreu and reporting many time his pains, his sufferings his breeding his symptoms the needs of his medical devices but they has only ignored multiply time Abreu complaints of a form deliberate and indifferent.

63) The Defendants, Brown, Lempke, Killinger Schumacher, Stirk, and Maxer don't allow to the Dr. Levitt to arrive front Abreu cell, don't allow to nurses to arrive front Abreu cell don't matter which is the emergency, they has places Abreu under this classes of disprivations, the which are completly unconstitutionals.

64) The Defendant Levitt making Rounds in the situ once time in the week, the facility administration placed Abreu in the last cell of the gallery 42. the which has 17 cells. Abreu was placed in 17 cell Dr. Levitt and nurses are allowed only to walk from cells 1 to cell 16. that it even if Abreu call to they asked for Help, assistance, Emergency sick-call, sick-call they don't arrive or walk front Abreu cell, no talking to Abreu in all and don't allowed to nurses to delivery any medications to Abreu front his cell location.

65) Dr. Levitt also don't send to any C-os to verify if Abreu is fine or ok and don't send to they to ask if Abreu want or need see the Doctor
# 14 7

66> The DR. Levitt AND nurses Making Rounds
in The SHu in weande C.F., because Doctors
AND nurses are allowed to talk and speak
with SHu Prisoners Front Their Cell, AND
are allowed to Examine Prisoners Front The
Cells AND allowed also to Delivery Prisoners
Medications Front They Cells.

67> However Abreu is Treated Of a Form
Very Different to Others Prisoners Placed
in Similar Situations, in Other Words Abreu
is Completly Discriminated by The Defenbants
AND an Opon Deliberate indifferences To
a Point That no matter which are or The
Abreu Medical Conditions, be This Serious or
not He is Denied Of all Proper, And
Adequated Medical Care to his Medical needs
That Has Placing Abreu' Health Care Will being
AND Safett in an Imminant Danger

68> For Abreu Con get or Obtain Some Contact
with Medical staff and Other Civilians He
need Be Escorted out of his cell by Two a)
Correctional officers, Along with a SHu Supervisor
to a Frisk Room to put on a special
Suit with a Lock AND a Belt AND keep
Him Completly Handcuffed Like a Dog or
Animal, And Be Humiliated And
Emborrassment Like He Don't Have any Civic
or Constitutional Rights From The Civilians

69> When The Civilians Saw Abreu with The special
Suits on or wearing it The Civilians authomatic
Discriminate Abreu with Racial Slud, And
or Treat Abreu Very Different, Talking Him
without any Respect, AND Still a nurse to
Spit inside of Abreu Cup water Provided Abreu
For He Con taken a Medication, The nurse Spit
it in Front Of SHu Cameras, in Front of security
AND Abreu, Like Abreu is a Dog or Animal.
#(15)

70) The special suit the which Abreu is forced to wear any time he get out of the SHU from October 2014 to the present March 2015 has provoked that Abreu receive more tickets reports, more retaliations, more abuses, more attacks, more discriminations, more humiliations, more harsh SHU sentences, and a form of depreciations from all civilians staffs and many uniformeds who see Abreu wearing it so the suit rather than help Abreu, has provoked more problems to Abreu, and rather than avoid incidents has provoked more incidents, between Abreu and staffs.

71) The defendant Roberts told to medical staffs and to the administration that Abreu is not refused to take his medications or receive sick call services, etc, he alleged that techniquelly Abreu only have refused to put on the suit in the frisk room, due to feeling of humiliations rather than refuse services, the which he interpreted that it is not the same that refuse services, that Abreu only refused to put on the suit that is very different to refuse services or meds or sick-call etc.

72) Abreu agree with defendant Roberts he don't have refused nothing in worde c.f. he don't have refused only services in all neither Abreu only have refused to wear the suit or put it suit on, because others prisoners in similar situations don't are forced to wear the special suit in worde c.f / SHU.

73) Between 600 to 1000 prisoners confined between general population and SHU, Abreu is the only and unique prisoner forced to wear a special suit with a lock on it, a belt, and handcuffed, in all time out of cell and in one room.

#116/

74 > The Defendants Lemke, Brown, Crowley,
Stirk, Toporek, Killinger, Schumacher,
Levitt, Hill, Bosco, Prack, Bellamy,
Ramirez-Romero, Bellnier, Koenigsmann, Lisson,
Boll, Keenan, Lucas, Sowa, Labedz, OMH,
Meyer, Gregoire, Roberts, Chief Inspector
General, Hodges, Freeman AND Meara. Docs
Has Further Knowledges About all this They
Has Further knowledges of all this Problems,
They Has Further knowledges Regarding Such
Conditions AND his Confinements, but They Has
ignored Abreu Complaints (verbal And in written)
of a Form Deliberate And indifferent To
Abreu Health, Care, Wellbeing AND Safety,
Placing Abreu To Suffer Imminent Dangers.

75 > Abreu Has Written multiply letters of
Complaints AND Reporting his Conditions of
Confinements in Wende of Such From July/
2014 To March 2015 To The Defendants
Lemke; Brown, Crowley, Stirk, Toporek,
Killinger, Fucina, Prack, Bellamy, Ramirez-
Romero, Bellnier, Koenigsmann, Asti, Annucci,
Chief Inspector General; Bosco, OMH Commissioner,
Docs, Bosco AND Schumacher, and McKoy
Reporting To They all and each of this violations.

76 > Abreu Has Written multiply grievances AND
Complaints Reporting The Same, This Complaints
are Senting To Defendants Lemke, Stirk, Brown,
Mayer, Keenan, Lucas, Killinger, Fucina —
Toporek, Labedz, Sowa, Gregoire, Hodges,
Meara, Crowley, Schumacher, Freeman,
Roberts, Levitt, Hill, Blake, Furlani, Lisson,
AND N.Ys Docs/CORC AND This Authorities
all AND each of They Has Refused AND
Failed To Resolve the Problems, Refused To
Provide Abreu any Relief, Refused To Conduct
a Proper And Adequated Investigations, AND also
Refused To Stop Staff Misconducts AND They Own Misconducts Too
# (17)

77) Abreu is placed behind plexiglasses / double cell shields with lack of ventilations, with lack of air, and with lack of heatings. Abreu has one cell shield placed at his cell door, one cell shield placed on his cell bar, and two placed behind his cell door and bars, the which are special shields that don't allow to no one to see Abreu half body.

78) Abreu is under this plexiglasses / cell shield from August 2013 to the present March 2015, with the special shield, and with the regular shield from October 2014 to the present March 2015.

79) Abreu has suffering asthmas attack, respira-tory problems problems for breathing onexido / lack of oxigens experienced constants bleeding from his nose and mouth extreme headaches feeling week the cell get extremelly cold mainly in night time and sorely in the morning the double plexiglasses don't allow the heating come inside of Abreu cell neither and Abreu has deprived of proper or adequated winter clothers. And Abreu have been denied long johns top/bottom for the extremes cold conditions. And denied opincy of all proper and adequated medical care attentions and treatments to his experienced symptoms and injuries

80) The plexiglasses / glasses tops/bottoms has get alot of dusts blocked abreu visions out of his cell and provoked pains and discomfort in Abreu eyes when he try to look throught it outside of his cell. Abreu is unable con clean it from inside of his cell due to the bars and wires/heavyn wires mesh placed on it doors.

# (18)

81> Please Be advised, That Anexido / Onorexia
is when a person suffer of lack of oxygens.
That can provoke serious symptoms in a person
such as Bleeding Conausions. Weakness, Heabaches,
Dizziness Traumas. Psychologic injuries, Visions
Ict Due to that The Brains Do'not receive
The proper amount of air - oxygens. Anorexia
can provoke also that a person act of a form
violent. Ogainst his or her wish or Desire

82> Regulorcly Federal Courts Has Found That
one or two weeks of Be placed Behind
a Plexiglass / cell shields possibly Don't violate
The Constitution, but when it is placed for
longer months, or years, front a prisoner
cell. The court Has found constitutional
Violations under the 8th Amend. The which
Prohibit cruel And unusual Punishment, Because
it Plexiglasses severely restricts ventilation.
The which is an atypical And significant
Horoship., if the plexiglasses continued for most
Than a week or two week Because The Can
Require To prison oficiacls Provide a reasonably
Safe Living conditions because unsofe conditions
in a prisoner cell violate the eighth Amend, too.

83> Abreu Has be placed under this conditions
Behind a cell shield (Double plexiglasses), not
one or two weeks, but "Seven Months", and
all oppeor that if this court Don't take
actions immediatly, Abreu will be under
this unconstitutional And horsh conditions
for one intireo year or still for years
in Dangerous And unsofe conditions that clearly
place his life, Safety, care, well being, Health,
welfare in an imminent Donger

84> The plexiglasses placed front Abreu cell bords
And Door Don't Have any classes of Holes
in it, when it is supposed to Have Holes in it.
#119 1

85 > In others SHU(s) the plexiglasses regularly has small holes in the port below of the plexiglasses, for provide some ventilations / air to the prisoner, who are placed behind it.

86 > In Wende C.F. SHU the plexiglasses placed on Abreu cell door and bars, don't have any holes in all, and Abreu cell bars/ door has doubles cell shield not one.

87 > This is very clear that docs make holes in those plexiglasses in other SHU(s) because they know perfectly that it plexiglasses extremelly limit air oxygen and ventilations including heating in winter time. The heating are placed outside the cell, in the gallery/compony, not inside of the cell so, in other for Abreu can get proper and adequated heating in his cell the plexiglasses will be removed.

88 > Moreover if any civilians are allowed to talk with Abreu in side cell door, or walk near or front of Abreu cell and where he is placed in the last cell so, which is the purposes of have it cell shields? also if he need to go out of his cell for any contacts with civilians, and put on a special suit with a lock in it, plus be with a belt and handcuff placed to his both wrist so, which are the purposes of continue having a double regular and special shield, placed on all Abreu door and bars?

89 > Many staff incluse say Abreu that defendant Brown and Lempke, orders, and Abreu conditions of confinements don't have any sense in all and don't have any real purposes in all because that don't stop nothing in all.

#(20)

90) All Look That The ONLY AND UNIQUE PURPOSES OF THE DEFENDANTS BROWN AND LEMPKE IS TO HARM ABREU, IS TO Place HIM in UNSAFE CELL CONDITIONS, IS TO PROVOKE that ABREU SUFFER injuries, That **ABREU** KILL HIM OWN SELF, DUE TO HARSH AND EXTREMECLY BAD CONDITIONS OF CONFINEMENT That ABREU SUFFER PSYCHOLOGICAL DAMAGES AND That ABREU, SUFFER TORTURES PHYSICAL AND MENTAL.

91) The DEFENDANTS (all) HAS FURTHER KNOWLEDGES OF ABREU CRUEL AND UNUSUALS PUNISHMENTS, Has FURTHER KNOWLEDGES OF ABREU SUFFERINGS, OF ABREU MULTIPLY LETTERS, COM-PLAINTS, AND GRIEVANCES REPORTING his UNSAFE AND CRUEL, AND UNUSUALS PUNISHMENTS and OF THE EXTREMES HARSH AND BAD CONDITIONS OF CONFINEMENTS in WENDE C.F SITE.

92) WHEN ABREU SAY all MEAN all and EACH STAFF, EMPLOYEES, CIVILIANS and UNIFORMEDS MENTIONEDS IN THIS COMPLAINT FROM WENDE C.F TO DOCCS in ALBANY FROM DOCCS TO CNYPC. AND FROM CNYPC TO OMH in ALBANY. SO all AND EACH OF THEY Has PERSONAL KNOWLEDGES OF all this and ARE INVOLVED THEREFORE IN THE VIOLATIONS OF ABREU RIGHTS.

93) The SPECIAL SUIT IS COMPLETLY UNCONSTITUTIONAL VIOLATE The CONSTITUTION CLEARLY THE EX POST FACTO LAWS, under ARTICLE I § 9 And ARTICLE I § 10 OF THE U.S. CONSTITUTION AND VIOLATE THE DOUBLE JEOPARDY under The FIFTH AMENDMENT RIGHTS.

94) The SPECIAL SUIT WITH a LOCK AND BELT in THIS ATTACHED SUCH as IF INMATE (ABREU) IS A DOG OR ANIMAL VIOLATE THE 1ST, 8TH, AND 14TH AMENDMENT RIGHTS.

#(21)

95> Additionally, the special suit violate the state law, Doccs own regulations Chapter V, Chapter VI (4th) AND Doccs Directives' 4932 AND 4933.

96> The Regulations under NYCRR, Chapters 5 AND 4 explain clearly to the punish- ments OR dicipline that on inmate can receive while is confined in the SHU AND when he receive a disposition in the I, II, OR III dicipilinory hearings

97> The Doccs Directive # 4932 explain clearly the only AND unique dicipilinory that on inmate can receive eg keeplock/SHU sentences, loss good time, loss commissaries loss use of phone, loss TV/Radios visits ect, This Don't mention nothing about on inmate be dicipilinory with be forced to wear a special suit, lock, ect.

98> AND all punishments OR discipline is limited, all has a limit, the SHU Directive 4933 also explain the only punishments or discipline that on inmate can be subjected to the SHU., limited restricted diet, limited use of cell shield limited deprivations orders AND limited restrained orders, subjected to limitations of use of an maximum of seven (7) Days

99> From seven (7) Days Abreu Has be subject to all this deprivations, restrained AND cell shield for a period all ready of 7 (seven) months not seven Days, AND the months continued runned and the diciplines AND cruel AND unusual punishment continue to the present of this complaint approve by the Defendants Brown, Lempke Annucci, Bellnier, Meyer, Kernan, Lucas & Supervisors.
#(22)

100) When Abreu is subjected to special cell shield / plexiglasses and special suits not listed in Doccs Regulations Chapter V and VI, or in Doccs Directives 4932 and 4933 that governing the disciplinary punishments, and the SHU disciplinary / or punishments sentences any extra discipline or punishments not listed in such Regulations or Directives is Double Jeopardy and a violations of the Ex Post Facto Laws.

101) Because the extra punishments and discipline and sentences are made based in the same offenses, and the punishment and discipline, or sentences are increases based in the same offenses.

102) Example, if Abreu is placed behind a regular plexiglass / cell shield, Due to alleged lewd conducts and sentence in a disciplinary Hearing to an entired year (365 / one year) in the SHU, the punishment / discipline is now increased to a special cell shield, plus to wear a special suit.

103) When the punishment of the regular cell shield is supposed to be of only seven days the punishment of the special cell shield is of 30 days. So, increased the punishment for the same offenses to 3 time the ~~Double~~ triple of the original punishment and they renewal it unlimited. When all is supposed to have a limit, so, Abreu, is re-sentence, or re-disciplined, or re-punished over and over for the same offenses.

104) is this Double Jeopardy? Is this a violation of the Ex Post Facto Laws and Due Process Rights? Yes is a clear violations of the Constitution.

# (23)

105 ) UPON INFORMATION AND belief THE SPECIAL SUITS AND SPECIAL CELL SHIELD/ PLEXIGLASSES PUNISHMENTS HAVE NOT BEEN YET BE APPROVED BY THE N.Y.S. SECRETARY OF STATE, THE N.Y.S. GOVERNOR AND, THE N.Y.S Congress / OR BY THE Legislative OR ASSEMBLY.

106 ) THE SPECIAL SUIT AND PLEXIGLASS glasses IS also a DISCIBRIMINATORY AND a RETALIATORY PUNISHMENT IN REPRISALS TO abREU alleged LEWD CONDUCTS.

107 ) THE SUIT AND PLEXIGLASSES ARE PLACEDS before ONY DISCIPLINARY HEARINGS, CONDUCTED BY A HEARING OFFICER.

108 ) EXAMPLE IF A C.O OR CIVILION be MALE OR FEMALE, TO ACCUSE ABREU OF LEWD CONDUCT IN REPRISALS OR IN RETALIATIONS BY PRIORS grEILVANCES, OR COMPLAINTS OR LAWSUITS AGAINST THAT C.O OR CIVILION, AND THEY WROTE A TICKET REPORT, AND ABREU HEARING IS PENDENT AND HE CLAIM TO BE INNOCENT OF THE TICKET OR CHARGES, THE SPEEIAL SUITS OR / AND PLEXIGLASSES ARE PLACED ONY THAT ON ABREU CELL, ALONG, WITH SIgn THAT CLAIM THAT HE IS AN EXPOSER "

109 ) ABREU IS allegedly DISCIPLINATE FOR 30 DAYS FORCED TO WEAR A SPECIAL SUIT A SIgn EXPOSER, AND A SPECIAL CELL SHIELD. NOW ABREU go OR ATTEND TO HIS DISCIPLINARY HEARING WEARING THE SPECIAL SUIT, LOCK, SIgn EXPOSER, BELT, AND HANDCUFF,

110 ) HE PLEAD NO GUILTY TO THE CHARGES. HOWEVER HE HAS ALREADY TO BE PUNISHED WITH 30 DAYS. SO, NOW THE HEARING OFFICER OBSERVED ABREU WEARING THE SUIT AND ALL THIS, AUTHOMAUTIC FEEL OR FOUND THAT ABREU IS GUILTY OF ALL CHARGES. THIS IS CALLED PRE-JUDGED.

111) Now no matter How many Abreu claim
innocence no matter How many explainations
He provide or give to the Hearing officer,
no matter How many witnesses He call
and no matter if the Video tape show
that He is not Liable the Hearing officer
will go to Found Him guilty only way.
With a Sentence disproportioned to
any offenses of one to two years
or Situ because the Deputy Superintendent
For Security and the Superintendent
to Found and Placed Him guilty already
when He was Sentenced to 30 days or
more ( Renew of the 30 days unlimited ) to
wear the Special suit Special plexyglass
Lock Belt Handcuffs and sign
"exposer" so, the Hearing officers Don't
will go, go against his or her own Bosses.

112) The Hearing officers in Prisons are
Regulorey assigned by the facility Superin-
-tendent to conduct Hearings in facility
Levels not by Doccs in Albany, This
Hearing officers are Regulorly the civilions
Uniformeds or own Superintendent Team

113) So, there are no way in all that they
will not Put or Place Abreu not guilty
of the allegeas Chorges or tickets because
in Port the Superintendent and Doc Has
already Found Abreu guilty without even He
Have attended to his Diciplinory Hearing
so, this is a clear and open violation of
the Due Process under 14th and 5th Amend.

114) In the Outside Community This is Similor if
on Inmate testify front a greand Jury in a Court
about a criminal chorges wearing Handcuffs shackles
and uniform Have been Found to be unconstitutional.
and Courts of oppeals Has Dismissed the Ind. in this issues too.
#(25)

115 > The Appellate Courts And Court of Appeals Has found or observed that force on Inmate to testify from a Judge, or Civilians (grand Jury) completly Honocuffed, shackles. And used on uniform incluse in Trials, is a Prejudged issues by the Judge or Juries that this Inmate is guilty of the Charges or OFFENSES. SO, Discriminate to him based in his Status And Conditions. issues that the Court of Appeals Has found to be unconstitutional, And throwing the Ind. completly.

116 > The Same Happen Here, the wear a special suit, Like Abreu is from other planet. or universe, with a special lock belt And wearing a pair of Handcuff only to thinking in this picture Mentally is very clear for on person Intelligent And open Mind that Abreu will go suffer Prejudge And Discriminations with a Verdict of guilty

117 > Abreu Has observed the face of SURPRISE of the Hearing Officers And Civilians when they observe to Abreu wearing the special suits. SOME of they still make comments that Docs Has go to for forced to human being to use that classes of unhuman And humiliate suit that Embarrasment all Dignity of a Human being in Prison.

118 > SO, this Court will find also, the suit, placoard /sign, Exposer And special plexiglasses with a colored sign Odviced to others prisoners Stoff And Civilians that the Inmate allegedcy is an Exposer or a Rope, or a Flashed placed to that Inmate Life, Health, Security And wellbeing /wellbeing or welfare / to suffer physical attacks, violents Assaults Discrminations abuses Reprisal Retaliations And Prejudges is completly unConstitutional ond that Docs And Prison officials Has go to for too.

# ( 26 )

119> BECAUSE THE Eighth AMENDMENT TO THE UNITED STATES CONSTITUTION GUARANTEES THAT NO PRISONER SHALL BE SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENT. THE CONSTITU-TIONAL PROHIBITION Against CRUEL And unusual PUNISHMENT NOT ONLY PROHIBITS CERTAIN KINDS OF PHYSICAL PUNISHMENT, SUCH AS TORTURE but EMBODIES bROAD And idealistic of Dignity, CIVILIZED STANDARDS humanity, And DECENCY.

120> THE Eighth AMENDMENT REQUIRES CONDUCT COMPATIBLE WITH THE EVOLVING STANDARDS THAT MARK THE PROGRESS OF A MATURING SOCIETY. AND THAT PRISON OFFICIALS MUST NOT bE DELIBERATELY INDIFFERENT TO A PRISONER UNSAFE CONDITIONS OF CONFINEMENTS OR SUBJECTED TO CRUEL AND UNUSUAL PUNISHMENTS OR SUBJECTED TO HUMILIATIONS IN FRONT OF OTHERS.

121> UNDER THE EQUAL PROTECTION Clause OF THE FOURTEENTH AMENDMENT, all PERSON IN THE UNITED States, including PRISONERS ARE GUARANTEED, "THE Equal PROTECTION OF THE LAWS. THIS MEANS THAT THE STATE MAY NOT TREAT ABREU DIFFERENTLY OR DISCRIMINATE against HIM bECAUSE HE bELONG TO A PARTICULAR gROUP OR Class OF PEOPLE.

123> ABREU IS TREATED DIFFERENTLY FROM OTHER PRISONERS WHO WERE IN A SIMILAR SITUATION OR SIMILAR CIRCUMSTANCES. AND ABREU IS RECEIVED UNEQUAL TREATMENTS RESULTED FROM INTENTIONAL OR PURPOSEFUL DISCRIMINATIONS. IN DISCIPLINARY HEARINGS, IN APPEALS, IN MEDICAL AND MENTAL HEALTH CARE, IN SICK. Call SERVICES, IN COUNSELOR, AND MENTAL HEALTH SERVICES IN DENTAL REQUEST, IN DISPOSITIONS ORDERS, DISCIPLINE, Library, LawLIBRARY, And IN THE SHU,

#(27)

124). The Defendant Hamilton Have Sexually Horassed to Abreu, from Jonvory 2015 to March 2015 Called to Abreu his Mammi his Bitch his little girl, And asked to Abreu to Suck his Dick (penis)

125) He Recently Have touched Abreu Buttock saying it is my big butt. Abreu Filed a grievance Reporting C.O. Hamilton Sexual Misconduct, And writing a Formal Complaint with the Office of Investigations/Inspector General Office Ogainst Defendant Hamilton.

126) On March/04/2015 The Inspector General Investigator And the Sgt. Meora to Interviewed Abreu Regarding sexual Misconducts/Horassments by C.O. Hamilton And Defendant Skubis.

127) Abreu Explained to both the I.G. Investigator And to Sgt. Meora, the Hoppened to Him And where/when The Sexual Misconducts storted along with Multiply Horassments.

128) After of the Interview, Abreu was Placed Back in his Cell in the SHU, Located in 42.17 Cell in Wende.

129) Oppoximately, Between 20 to 30 Minuts The C.O. Hamilton walked Abreu back Cell Wall where Are Placed the Connections of the Sink-Toilet And He storted to Kicking the wall of Abreu, yelling "I will go kill you bitch" Fucking Bitch, I Catch you, Fucking Homo Then Abreu Listen/Heard alot of strongers noices And Sound from His sink, Like Some one was Doing something, then alot of cold waters storted to coming out from Abreu sink in a High Pressured, for several minuts into Abreu Cell.

#(28)

130) Abreu Hear the voice of C.O. Hamilton said yes bitch taken it. After Fews minuts after He walk front Abreu cell, to Look if He Has Flooded the cell sufficiently with waters.

131) He Looked all Abreu cell wet, Legal papers bed blaket sheets legal books ect all were wet, He smiled.

132) He walked again back behind Abreu cell And He again did the same things, with the water. putting more waters into Abreu cell, And belonging properties.

133) On March/05/2015 Early in the morning approx. betweet 6:30ᴬᴹ to 7:30ᴬᴹ, while Abreu was sleeping/Resting on his bed, alot of Hot waters started to caming from Abreu sink, burned Abreu different part of his body, And Provoked injuries.

134) When C.O Hamilton Listen Abreu crying Due to the Pains that it Provoked, He Jelling "yeah bitch cry like a bitch" And He Left.

135) Abreu bed sheets blakets were full of waters all wet, papers books ect all was/were also wet.

136) Approx. Between 15 to 30 minuts after it Incident, the C.O. Hamilton And C.O. Szablick were Delivered/served the breakfast trays. when they gave Abreu trays And cups. And Abreu opened it the trays And cups were Full of alot of wet toilet papers no foods in all was inside of the trays, they also smiled when they saw Abreu face.

#(29)

137> The Sgt Meora and the L.T. Keenan were making shu rounds in 42 gallery where Abreu is Housed / confined approx 25 minuts after C.O. Hamilton denied Abreu foods. Along with C.O. Szablick.

138> Abreu reporting the misconducts of C.O. Hamilton and Szablick to Sgt Meora and L.T. Keenan, and showed to they evidence that his cell was all wet, including his legal papers, books, sheets, bed blakets ect and Abreu showing to thor his injuries Due to the hot waters or provoked by the hot water used by C.O. Hamilton, they only smiled about all this and of a form deliberate and indifferent to Abreu conditions they continued walking.

139> When C.F shu has a sink and toicet the which ore mode of metal it sink and toicet are together in a piece the sink Has cold and hot water the hot water is extremelly hot, it is so hot that Abreu. cannot keep one finger under the hot water even for one or two second or minuts because Abreu feel it burn his skin, or putting it so red and feeling painfull so you con assume if it is keeping on for several minuts, hot waters coming from the sink like the water coming from the shower or rain there are not only escapetory ond the cell is very small there ore not no room for walk or run the only that Abreu con Do in such situations is try to cover up him self with the blaket or mattress or block the water with a cell plastic bucket, that it

140> C.O. Hamilton know perfecty all this, He have made the same to others inmates in the past in wende shu.

#(30)

141) ON 3/5/2015 in Lunch time the C.O. Hamilton AND C.O Szablick Ogain DID The Same things with Abreu 'Foods they only Served wet toiler Popers, no Foods in all was inside the trays and they smiled Ogain when Abreu opened the trays for find only wet toiler

142) ON 3/5/2015 Abreu report all this Misconducts AND Behaviors mode by C.O.S Hamilton AND Szablick to to the SHu sgt Hodges And L.T. Lucas when they were making rounds in the SHu in the Ortternoon ofter the next Shift (3:00 pm to 11:00 pm shift.)

143) The Sgt. Hodges get mod/ongry because Abreu stopped to the L.T. Lucas, And She yelled in Abreu too.

144) both L.T. Lucas And sgt. Hodges Saw all Abreu Popers, Bed Sheets Bloket ect wet but they also Refused And Failed to Provide new Mattress Sheets Clothers, And Blakets, or to Exchange it.

145) Approximately between 10 to 17 minuts That Abreu Talk And Report the Incidents with C.O Hamilton And C.O Szablick And his injuries And Pains, The C.O Rosplock, Knock Abreu wall And Say, oh you Like Talk with L.T.s? Fucking you, Suck my Dick Abreu Kill your Self, or we will go Kill to you. ect.

146) C.O. Rosplock Say And C.O. Hamilton, Skewis And Sgt Hodges Send you this And Olot of Hot waters Storted to coming out from Abreu Sink, And the Keep it on For a Long Period of time.

#(31)

147 > Abreu was yelling, stop stop stop please, you are burned me with hot waters stop stop, but Abreu only hoard "suck my ditié Bitch, Die", Abreu Jell Jou will go go to Jail for this He Respond I am Ready to go to Prison, "Ha, Ha, Ha. And He Left.

148 > This c.o. Rosplock Poss all the night from oppox 6:00 pm to 10:45 Burned Abreu with Hot waters over And over more, And more, Keeping it on for a long time, from 5 to ten (10) minuts or more, every time He come, He came oppox 10 time over a period of four to five Hours only with the purpose of Burn Abreu with Hot Waters.

149 > Abreu Suffering injuries on his Face, Neck, Chest Horms on his Arms And Hands, (in Different Ports of his Body ?.

150 > Abreu asked by medical attentions but He was Denied This, or ignored of a form Deliberate And indifferent. And the Sgt Hodges Refused to make more Rounds That Night, or come front Abreu cell.

151> Abreu Filed Sick-call Request Reporting his Injuries And The Incidents And also Reporting That c.o. Homilton was Denied Foods.

152> On 3/06/2015 early in the morning The nurse Glory Along with c.o. Hamilton Arrived front Abreu cell for the Sick-call because Abreu was placed of all out side cell, in a Deprivation order. So He was Deprived of all out cell activities, so under this circumstances, He Don't wont Required wear the suits.

#(32)

153) Abreu showing his injuries to the nurse Geory, but CO Hamilton make sign to she to ignore Abreu, or not provide nothing Abreu. The nurse Geory Refuse to see or check or examine Abreu neck, chest, Arms and face alleged that she cannot see him well due to the plexiglasses placed front Abreu cell doors/bord.

154) Abreu was only ables to show to nurse Geory his Hand; Red And injured Due to the Hot waters, she Refuse send out to the facility infirmory or allow Him see a Doctor or send him to on' outside Hospital, And also Refused to Examine Abreu in a Room where she can see Abreu complet body (example the situ has an examination Room, but she Refused to use that Room.

155) Nurse Geory Refused to provide Abreu with any medical Care Treatments Attentions in all, And Abreu is not sure if she Report the Incident/injuries but Abreu keep one copy of the sick call And filed grievances And Complaints Regarding all this.

156) Per Laws, Directives And Regulations or Policy of Doccs when an inmate claims That a CO Has assaulted him or Received Excessive use force (forces) or be physically injured by a CO. or staff or civilician, The medical nurses should notify of all this to watch Command Captain office the DSS or Superintendent. For that Immediately Photos of the injuries be taken, and all Inmate injuries Reports be filed in Records along with the Photos. However nurse Geory for try to cover up CO Hamilton And Cos Rospack And szablick she Refused to do & failed to do her Job and Duty.

# (33)

157) Abreu Has continued filed Sick. Call
Reporting This Injuries And Pains And Others
Medical Problems And Symptoms, but Abreu
Has been Denied of Sick. Call services
And the medical nurses now are not
Allowed again to walk or stop front
Abreu cell or near to his cell by order
of Defendants Drake Brown Meyer. Lucas,
Keenon. Hodges Meora, And Roberts

158) This is very clear That They are trying
To cover up This Incidents, Therefore
Abreu is facing Imminent Danger, in
This moments in where C.F. Stuff in the
Hands of This Defendants And Medical stuff

158) The misconducts of all This Defendants
above clearly violated Abreu 1st 8th.
And 14th Amend Rights, And Violated
The Federal And State Laws.

159) Plaintiff Abreu Religion is Jewish, He
Receive Kosher Meals/CAD The Violations of
his Religious Meals on 3/4/2015, And 3/05/15
by C.O. Hamilton And Szablitk Allowed also
by Sgt Meora And L.T Keenon is a clear
violations of Abreu First Amend. Rights. And
a violation of the, RFRA/RLUIPA (Standards
for Religious Freedom (Claims)

160) On 3/3/2015 The C.O J. Maker, try
to Physically assault Abreu in a Tier III
Hearing Front The Defendants MR Hill, MR.
Skubis And C.O Sontiago. He used Excessive
Force in Abreu Right Arm pulled in back
along with the Belt attached to the Handcuff
of Form completely violent, provoke pains in
Abreu both Hand of wrist, And verbally abused
Abreu with Threats Abreu Told Him Clearly That
He is not his Son or a Child for He Talk Him in that way

# (34)

161> C.O. Mayer Continue Threating Abreu And Horrassed Him all the Trip From the Tier III Room to the Frisk Room, Where Abreu was Placed For Take Out the Sut. bar Abreu Saw to C.O. Mayer Acted too Violent Abreu Asked And Required to Talk with The Watch Commond, also For Report That C.O. Mayer And C.O. Hamilton Has go Inside of Abreu cell And Took / Taken his writing Pen, For Avoid That Abreu Can Continue writing complaints or grievances Against Window Staffs

162> Abreu was Denied of Talk with the Watch Commond, The Sgt/Survivor Morris Orrived From the Frisk cell Abreu Reporting Him the Incidents, And the need of a writing Pen Explained Him that He need To do his Legal works.

163> Abreu was Adviced that He will Receive a writing Pen However Once Time Abreu Orrived to his cell And Placed inside of his cell He was adviced that He will Receive No Pen in all, They Smiled with a Malitious And Sadistical Smile, of or From Evil People

164> On 3/4/2015 Abreu Received a False misbehavior Report Completery Manipulate written by C.O. Mayer with Charges 106.10 Direct order, And 107.10 Interference. The Report was Completery written in Retaliations / Reprisals And For also To Can cover up the Incidents That C.O. Mayer Storted not Abreu

165> The misconducts of C.O. Mayer And C.O. Hamilton of Took Abreu Pen Intentionally f in bad Faith For Avoid that Abreu Can write Violate also Abreu 1st Amend.

# (35)

166> ON 3/10/2015 THE Captain Meyer
CONDUCTED THE DISCIPLINARY HEARING
REGARDING C.O MAYER TICKET REPORT
THE HEARING WAS CONDUCTED OUTSIDE OF
ABREU PRESENCE because C.O MAXER
Alleged ON 3/10/2015 That Abreu Have
REFUSED TO attend TO his HEARING when
NONE OF this is TRUE, IN NO TIME HAVE
ABREU REFUSED TO attend TO his HEARING
And IN NO TIME HAVE ABREU Signed a
REFUSAL FORM And IN NO TIME THE
HEARING OFFICER VERIFIED with ABREU
IF HE HAS REFUSED TO attend TO THE
DISCIPLINARY HEARING ON 3/10/2015.

167> THE RECORD indicated THAT C.O. MEYER
alleged THAT ABREU REFUSED TO attend
THE HEARING. THE C.O MEYER WAS THE
SAME AUTOR OF THE TICKET REPORT SO
HE DON'T ALLOW TO ABREU TO attend
TO THE HEARING intentionally, And in
BAD FAITH.

168> SO, ABREU DUE PROCESS RIGHTS
And his Constitutional Rights WERE
Violated by This DEFENDANTS. under
THE 1ST, 5TH, And 14TH Amend' Rights

169> THE DEFENDANT WILSON HAS STARTED
TO DENIAL ABREU ACCESS TO THE COURTS
And Access TO THE LAW LIBRARY all
INTENTIONALLY ALONG and together with
THE DEFENDANTS CONNOLLY, CROWLEY, HILL,
LEMPKE, BOLL, ANNUCCI, AND BELLNIER

170> THE DEFENDANTS WILSON, CROWLEY, HILL,
CONNOLLY, LEMPKE, BOLL, ANNUCCI, AND BELLNIER
HAS STARTED to DENIAL Legal COPIES
TO ABREU AND TYPING SERVICES, IN BAD Faith.

# 176 /

171 > AFTER ABREU WAS RETURNED FROM
THE COURT TRIP/MHU OBS. CELL FROM
DOWNSTATE C.F. IN JANUARY 2015 THE
DEFENDANTS HAS ENGAGED IN AN OPEN
CONSPIRANCY AND RETALIATIONS IN
DENIED ABREU LEGAL COPIES AND TYPING
SERVICES EVEN WITH COURT ORDERS, LEGAL
DESK LINE, AND STATUTES OF LIMITATIONS

172 > THIS VIOLATIONS CONSTITUTIONALS HAS ALREADY
TWO (2) MONTHS FROM JANUARY 2015 TO
THE PRESENT MORCH 2015.

173 > THE DEFENDANTS WILSON CONNOLLY CROWLEY
HILL AND LEMPKE HAS CONFISCATED FOUR
(4) MANILA ENVELOPES THAT ABREU SENT TO
THE LAW LIBRARY IN WENDE C.F. FULL
OF THE LEGAL DOCUMENTS ASKED AND
REQUIRED LEGAL COPIES THEY HAS HOLD/
CONFISCATEDS THIS LEGAL DOCUMENTS ALREADY
FOR AN INTIRED MONTH, REFUSED TO PROVIDE
ABREU LEGAL COPIES TYPING SERVICES, AND
RETURN IT BACK TO ABREU.

174 > ABREU HAS FILED ALOT OF LETTERS, AND
COMPLAINTS TO CONNOLLY CROWLEY HILL
LEMPKE, ANNUCCI, DOLL BRUNELL, AND
LUCAS, ASKED TO THEY WHAT IS GOING
ON WITH THE LEGAL COPIES THE TYPING
SERVICES OR ABREU LEGAL DOCUMENTS AND
ASKED TO THEY TO RETURN IMMEDIATELY ALL
ABREU LEGAL DOCUMENTS, THE WHICH HE IS IN
NEED.

175 > THE DEFENDANTS ABOVE, HAS REFUSED AND
FAILED INTENTIONALLY AND IN BAD FAITH
TO RESPOND OR ANSWER TO ABREU LETTERS
AND COMPLAINTS. AND THE LAW LIBRARY
STAFF HAS DID THE SAME ABREU FROM
FEBREARY 2015 TO THE PRESENT MORCH/2015.

176 > Abreu Has Filed multiply grievance
Complaints Regarding all This Too but
Still The Inmate grievance program
not want to Assist or help Abreu
in This issues or Matters alleged that
The Legal Documents are Held /confiscatted
Due To Investigations in what Abreu
is Trying To do with his Legal Documents

177 > This Defendants are Reading Confidential
Legal Documents between Abreu The
Courts Legal Organizations And Attorneys
Violated clearly Abreu Constitutional
Rights, And Attorney Privilegious

178 > The Defendants Are Doing all This
Without Abreu Consents And Without
Abreu Permits.

179 > This Defendants Has Confisscoted
Legal Documents And Poper Works
in The Past. Between January /Feb
2015 without Abreu Consents And Permits
And Refused To The Present To Return
back This Documents To Abreu.

180 > This Defendants Has Sourched Abreu
Legal Documents And Poper works
in Violation of the 1st, 4th, And
14th Amend. Rights.

181 > The D.efendants Continues with the
Same Misconducts To The Present, And
This Refused Or Foiled To Stop This
Unconstitutional Violations And Practices

182 > This Defendants Continue To The Present
interferenced /interfering with Abreu Consti -
- tutional Right of Access To The Courts
And of access to the Legal System.
        # (38)

183 > The Defendants Continue Denied Abreu
access to the Law Library, Typing Legal
Copy Machine, And Legal Assistance And
To Legal Supplies eg Pen, Writing papers,
Carbon papers, Envelopes And others forms.

184 > Upon information And Belief, The
Defendants Has Started This Misconducts
Ogainst Abreu in Retaliations / Reprisals
Because Abreu Has Filed Multiple grievances
And Complaints Against They And The
Law Library. And are Trying To interfeer
With already active open Cases Actions
Proceedings or Claims.

185 > The Defendants Misconducts in Violated
Abreu Constitutional Rights Has increased
The Defendants Lempke, Crowley, Hill,
Lucas, Sowa, Hodges, Meara, Gregoire,
Brown, Keenan, Schumacher, Roberts,
Freeman And Mexeo Making Rounds
Regularly in The SHU, Abreu Has an
Entired Month Regularly Spoked with
They Regarding C.O Wilson Misconducts The
Sgt Connolly Misconducts Regarding The
Legal Copies Legal Supplies Typing Services
And Abreu Legal Documents, but They
Only Have Told Abreu Personally Face
To Face Front Abreu cell That They Don't
Will go be Involved Between The Problems
Of Sgt Connolly And C.O. Wilson Against
Abreu And That They Don't Will go To
Interfeer in The Decisions or Determinations
Of Sgt Connolly And C.O. Wilson. Ogainst Abreu
neither. The which Show clearly The Conspirations.

186 >, The Inmate grievance Program (IGRC members)
influenced by The Administration Has Determined
Similar Decisions About all This Along with The
Facility Superintendent.

# (39)

187) The Central Office Authorities from The Doccs such as Defendents Annucci, Boll, Boinder Mckoy. Inspector general office Counsel's office ect Has be Jicented, About all And each of this misconducts From Law Library Stoff eg C.O Wilson, Sgt Connolly The Facility Obminstration eg Supt Empke Dss Broan. Cont. Meyer. DSP Crower, DSA Jchmacker. ADSP Hill L.T Lucas, L.T. Sowa. And Shtu Supervisors, Against Abreu.

188) Abreu Has written to Central Office Authorities in Doccs Albany, Appox More of 10 Letters Of Complaints Reporting all This Misconducts in Whole C.F / Shtu Ogainst Abreu, and Abreu Has also written Several Time To The Doccs Director Librorion Service, For Two Entired Months but They Has intentionally And in bob Faith Refused To Respond or Answer To Abreu Letters of Complaint.

189) The Correction Law 112 Dirett And Mondated To The Doccs Commissioner And his Odministrative Teams To Investigate And Respond To Prisoners Complaints And Letters Of Problems And Incidents Hoppened in Facility Levels. And not Only That They Has Further' Knowledges That Abreu Has Treoted or Tryed From all The Resource Of Resolve The problems in The Facility Level before To Write To They To Albony, but this Don't Has worked in all. Showing Clearly The Open Conspironcy And Deliberate indifference From this Defenbonts To Abreu Complaints. Rights And Laws Of The United States And now York Stote. 2nd Of his Rights Of Access To The Courts.

190) The Doccr Directive 0700, Mondate to they olso Investigate Complaints.
# (40)

191) SO THE DEFENDANTS ARE OPENLY REFUSED TO FOLLOW THE LAWS, THE CONSTITUTIONS AND THEIR OWN DIRECTIVES OR POLICY.

192> ABREU HAS been injuried IN his CLAIMS. ABREU HAS FOR EXAMPLE THAT FILE 7 (SEVEN) ARTICLE 78 PETITIONS AND Exhibits Attacked TO THIS ART. 78 PETITIONS THE WHICH also are CALLED SUPPORTING DOCUMENTS.

193> DUE TO THE DEFENDANTS MISCONDUCTS IN DENIAL ABREU legal COPIES AND HOLDING AND CONFISCATED ARBITRARILY AND CAPRICIOUS legal DOCUMENTS ABREU MISSED THE Statutes OF LIMITATIONS, FOR He can FILE his ARTICLE 78 CHALLENGED THE MISBEHAVIOR REPORTS, AND DISCIPLINARY HEARING.

194> ABREU HAS MISSED also THE STATUTES OF LIMITATIONS IN ARTICLE 78 PETITIONS FOR CHALLENGE THE CONDITIONS OF his CONFI- -NEMENTS IN WENDE C.F, AND FROM CORC DECISIONS FROM Albany.

195> ABREU HAS MISSED also OTHERS SEVERAL STATUTES OF LIMITATIONS FOR He can FILE COURT OF CLAIMS IN THE COURT OF CLAIMS REGARDING OR ABOUT LOSS PROPERTIES MISSING belonging PERSONAL PROPERTIES. DAMAGES OF belonging PERSONAL PROPERTIES AND OTHERS CLAIMS REGARDING his CONDITIONS OF CONFINEMENTS IN WENDE C.F STATE. e.g MEDICAL negligence, MALPRACTICES AND MENTAL HEALTH negligences, assaults, batteries. ect.

196> ABREU HAS AND CONTINUE EXPLAINED TO THE DEFENDANTS OF THE STATUTES OF LIMITATIONS OF THE need OF COPIES, OF THE need OF a EXHIBITS AND SUPPORTING DOCUMENTS to his petitions. AND CLAIMS, but THEY INTENTIONALLY HAVE ignored ABREU
#(41)

197) Abreu also has explained multiple
time, and showed to the Defendants
evidences and proofs that he need also
copies for his Habeas Corpus petitions
and this exhibits and supporting documents
that he need to attach to this petitions
the which are original documents, the
which Abreu cannot to attach it original
documents, only copies, he will to attach.

198) Abreu have explained to the Defendants
verbally and in written, that the courts
from Supreme Court to Federal Courts
and clerk and Judges from courts
that he cannot to attach originals documents
to his pleadings, eg Complaints/petitions
claims ect because the courts/they don't
will go to return it back to him and will
not provide him free copies of this original
documents, that he can only attach, enclose
or send "copies", not original documents.

199) The courts has also explained clearly
to Mr Abreu that it is his responsibilities
to keep one copy for his records of/from
all petitions exhibits claims complaints
letters documents supporting papers ect
that he submit to the courts.

200) However the Defendants refused to
accept, or consider or follow, or
respect, this court orders or explanation
of/from courts Judges clerks of courts
and court rules even plaintiff Abreu
show copies of this letters in the past to
this Defendants and even Abreu attaches
copies of it court orders or letters from
courts in his grievance complaints. However the
Defendants continue to the present with this misconducts
# (4) )

201) Recently the Court of Claim in Albany has ordered to Abreu and to the Attorney General office, to exchange documents each others and to start discovery in four (4) pendent claims.

202) The Defendants Crowley Wilson Hill Connolly and Lempke has refused to grant Abreu request for copies of the documents papers medical records mental health records grievances letters ect. that Abreu has that sent to the Attorney General office, even they reading and saw with they own eyes the court orders.

203) Abreu, recently also received two (2) court orders from the Seneca Supreme Court and Cayuga Supreme Court ordered Abreu to serve copies of the complaint exhibits and all supporting documents, upon the Defendants and upon the Attorney General office.

204) However the same Defendants above refused to provide Abreu with the legal copies of the complaints exhibits and supporting documents even Abreu showing to they the court orders in them own in the SHU even Abreu senting letters to they explained all this, and the deadlines but still they refused provide Abreu with the necessaries copies. And failed or refused to allow that it go out via certified mail return receipt such as the court has also ordered.

205) Abreu has also received two (2) article 78 petitions, exhibits and supporting papers, along with a court order from Albany Supreme Court ordered Abreu the services of all this documents

* ( 43 )

206) The Order to Show Cause Ordered that
Abreu serve all this Petitions, And Documents
Upon Jack Defendants And Upon the Attorney
General office., but the Defendants Has
ignored the Court Orders, ignored Abreu
Request For legal copies And Regularly
Returned all this to Abreu back without
any Explanations in all without any Reasons
For the Denial, or Disapprove.

207) The Article 78 Petitions are about
Abreu Challenged his Post Release Supervision
alleged Violations And a Tier III Hearing
Along with a grievance complaint Challenges
Staff misconducts.

208) The Defendants Has Stopped also to Keep
Hold And Confiscated the originals Court
Orders that Abreu Sent To They For Review
And Verifications of the Court Orders.
Refused to Provide it Orders / Court
Orders Back to Abreu, Abreu is Forced
To Sent to They the original Court Orders
because They are Refused to Provide copies
to Abreu.

209) Abreu Has Senting And Forwarded Court
Orders From the Third Department And
Fourth Departments Appellate Divisions
Ordered Abreu to File with the Courts,
Typewritten Briefs, Plus the necessaries
Copies of the Briefs with one Copy
of the Briefs Forwarded Upon the Attorney
General office. However the Defendants
Has Refused to Provide Abreu the Typewritten
Briefs, And the Legal copies also.

210) Even the Court Rules, And CPLR 1102 (B)
Require Per Law And Statutes the Typewritten
Briefs in Appeals the Defendants Refused to Followed all this.

# (44)

211 > Abren, Has written multiply time over
And over to the Doccs Commissioner
Annucci, Deputy Commissioner And Counsel
M.S. Boll to the Counsel Office to the
Deputy Commissioner for Correctional Services
State wide Mr Bellnier to the Docus
Law Library Coordinator, Explained all
This And Senting the Court Orders to
They attached to Abren Complaints And
Letters, but they Simply Has ignored Abren
And his Multiply Complaints of a form
Deliberate And inbifference, To Abren U.S/
N.Y Constitutional Rights of Access to Courts.
And of Access to the Legal System And of
Access to the Law Library Services.

212 > Recently the Defenbonts in whose c.f
Has Started to Telling Abren For
First Time that the Reasons Why they
are Denied Abren, Legal Copies And
To Mail out his Legal Documents are
because, Has a Debt to the State of
$1,000 Dollars in alleged Legal Copies
And a Debt to the State of $500 Dollars
in Legal Postages, in Advances Request
For Legal Copies And Legal Postages
And That Abren Don't Have No Money in
his account For to Pay all This.

213 > So now the Defenbonts admit That
They are intentionally Denied Abren access
to the Courts now they admit That
they are interferring with Abren access
to the Courts And Law Library, Now they
Admit That they are Doing So Simply because
Abren is a Poor Person, with cero Money
in his account, For can Pay Legal Copies And
Legal Postages. Now They admit That They are
Openly Discriminated Abren For The Simply
mode That He is a Poor Person in Prison.

# (45)

214 ) However there are other problems why
Has they hold, and confiscated Abreu
court orders ? why they has hold, and
confiscated Abreu legal documents for
month(s) waiting still the statutes of limitations
or dead line expired ? why they refused
to respond or answer or reply in written
the reasons for the denial or legal copies ?
And why they to the present continue of
a form arbitrary capricious, and or abuse
of discretions or of a form intentional
and in bad faith interferring with Abreu
court orders from court with state laws ?
with the constitutions ? with the court rules ?
and with Abreu right of access to courts and
law library services ?

215 ) The defendants has further knowledge
that the attorney general office or the
state of new york is who represent the
interest of the state and docts and prisons
and this staff employees civilions and
uniformeds, who also represent to they in
the courts, lawsuits claims and petitions
filing by an inmate(s) against they. So
why they continue denied copies of documents
petitions exhibits complaints claims ect that
Abreu need mandatory for court orders
court rules, and N.Y statutes or laws
to serve upon the attorney general office
such copies, not only when the process of
litigation start but also in all summission
of pleading motions documents, papers, ect
that Abreu sent to the courts need to serve
all all this upon the attorney general office
including in discovery process, or summary judgments

216) So this is hard to believe that all this is based
only in debts to the state, this is based in a
clear and open retaliations and intentional interference
# ( 46 )

217 > There are PRISONERS in the State PRISON That Has a DEBT OF NOT ONLY 1,000 DOLLARS, but Still of 10,000 DOLLARS OR MORE IN Legal COPIES AND Legal POSTAGES AND Still THE State DON'T INTERFER WITH ACCESS TO THE COURTS' IN all, And CONTINUE PROVIDED TO THEY Legal COPIES AND Legal POSTAGES. e.g. INMATES SUCH AS MITCHELL J. Kolwasinski # 82A-4795 AND INMATES, SUCH AS e.g. MR Injah TAFARI, e.c.t.

218) So THE EXCUSES OF THE DEFENDANTS DON'T HAVE ANY SENSES OR MERITS IN all, AND ARE WITHOUT MERITS. BECAUSE 1,000 DOLLARS REALLY is NOTHING., ABREU will go TO PUT A good EXAMPLE IN 2011 ABREU HAS A DEBT OF $9,500.00 DOLLARS TO THE State BETWEEN Legal COPIES POSTAGES COURT FEES e.c.t. PLAINTIFF RECEIVE A CHECK OF 12,000 DOLLARS FROM A COURT SETTLEMENT, ABREU PAY COMPLETELY THE $9,500.00 DOLLARS IN COPIES, POSTAGES AND FEES TO THE State DOCCS, AND TO THE CORTS.

219 ) RECENTLY THE FEDERAL COURT JUDGE FROM THE U.S. DISTRICT COURT SOUTHERN DISTRICT HON. PAUL G. GARDEPHE CASE # 11CIV-5204 ABREU v. CITY OF NEW YORK ET AL, COURT ORDER OF MARCH/2015. He gave TO ABREU CREDITS THAT ABREU HAS PAY $9,000.00 TO THE State AND DOCCS AND COURTS, IN COPIES FEES AND POSTAGES. He DENIED DEFENDANTS MOTION TO DISMISS THE CASE AND SCHEDULED THE CASE FOR A HEARING, FOR POSSIBLE SETTLEMENTS OR CONTINUE THE DISCOVERY PROCESS AND GO TO TRIAL.

220 > SO, THIS IS VERY CLEAR ABREU ALWAYS PAY HIS DEBTS TO State DOCCS AND COURTS. SO, THERE is NO NEED OF WENDE C.F. AND DOCCS AND THE DEFENDANTS IN DENIAL ABREU Legal COPIES.

# (47)

231) MOREOVER ABREU BELIEVE THAT THE LAC
Library HAS INCREASED THE AMOUNT OF
MONEY ALLEGED IN DEBT BY ABREU. THEY
HAS DENIED ABREU TO SHOW COPIES' OF
all AND each OF THE Advance Request
FORMS THAT HE ALLEGED HAS FILED AND
Signed AUTHORIZED THE Advance FOR legal
COPIES. FOR AFTER TO BE COLLECTED BACK
WHEN 'ABREU RECEIVE ONLY MONEY IN his INMATE
ACCOUNT.

222) THE ONLY WAY THAT PRISON OFFICIALS CAN
COLLECT ANY MONEY IN Legal COPIES IS IF
ABREU SIGN AND FILL IN Advance Request
FORM' FOR Legal COPIES AUTHORIZED TO
PRISON OFFICIALS/LAW Library TO COLLECT
SUCH MONEY AND DEDUCT THE AMOUNT IN
ANY FUTURE INCOMING., WITHOUT THIS AUTHORIZE.
THEY CANNOT TO DO SO.

223) HOWEVER DEFENDANTS HAS REFUSED TO ALLOW
ABREU RECEIVE OR REVIEW SUCH Advance Request
FORMS COPIES WITH his SIGNED ATTACHED TO
IT. THEY ONLY ALLEGED IT IS WHAT THE
COMPUTER AND RECORDS SAY. ABREU TO
DISAGREE BECAUSE COMPUTER AND RECORDS
THE WHICH DON'T HAVE ANY OF ABREU SIGNATURES,
CAN BE EASY MANIPULATED. AND/OR OVERSTATED.
THE ISSUES HERE IS THAT THEY NEED TO SHOW COPIES
OF all and each Advance Request FORMS WITH
ABREU SIGNATURE OPPROVE THE AMOUNT OF $ FOR
Legal COPIES IN each Request. IF THE DEFENDANTS
IS UNABLE CAN SHOW THAT 'COPIES OF THE
Advance Request FORMS WITH ABREU SIGNATURE
THEN THE AMOUNT IN THE COMPUTER, AND
RECORDS IS COMPLETELY INVALID AND OVERSTATED.
by THE DEFENDANTS MALICIOUSLY IN BAD FAITH
AND INTENTIONALLY AGAINST ABREU. ABOUT
THE ALLEGED $1,000 DOLLORS ONLY IN Legal COPIES
THAT THEY ALLEGED THAT ABREU DEBT TO THE State
# (48,

224 > The Defendants are also interfering
with 14 Pendents Appeals that Abreu
Has Pendent in the N.Y.S. Supreme Court
Third Department Appellate Division, And
Others Pendents cases, actions Claims And
Petitions/ Proceedings That Abreu Has actives
And Open in Other Courts.

225 > The Defendants Has Further Knowledges
About all this because Abreu Has Provided
To they the Lists of Actives Cases And/
OR Open Cases the Counsel Office, Has
also the Computers And Records, And
Informations Regarding Those Open And
actives Cases Claims, actions Proceedings
Complaints And Petitions That Abreu Has
in Courts in Civic And Criminal Courts.

226 > So, Docks, Unde (F. law Library and
This Defendants Cannot To allege or
Excuses That They Don't Has any knowledges
Of Such Cases That Abreu is Litigated.
And Those That Abreu need To Litigate
And Those That The Attorney General Who
Represent To The Defendants Has knowledges also
of all this.

227 > All And Each Past, Present And
Future Cases That Be Dismissed or That
are Dismissed or That The Statute of
Limitations And Those The Which Dead Line
Has Expired The Defendants will be Liable
Of all this. Each And all Cases That Abreu
Has Mentioned And Not mentioned Has
Merits And are good And Meritorious
Claims, including Those Claims in Courts or
Those That Abreu is trying to file For To
Release From Prison or Reverse Those Tickets
For To Release From The SHU To General
Population, Has also merits And good Cases.

# (49)

228 > THE FIRST AMENDMENT guarantees THE RIGHT "TO PETITION THE GOVERNMENT FOR a REDRESS OF grievances". PRISONERS have a constitutional RIGHT TO FILE PETITIONS WITH THE COURTS INCLUDING APPEALS POST-CONVICTIONS APPEALS habeas CORPUS PETITIONS TO ATTACK THEIR SENTENCES DIRECTLY OR COLLATERALLY, and IN ORDER TO CHALLENGE THEIR CONDITIONS OF CONFINEMENT, AND FILE CIVIL RIGHTS LAWSUITS.

229 > THE SUPREME COURT HAS HELD That THE RIGHTS OF access TO COURTS is a VERY IMPORTANT RIGHT SINCE IT THEORETICALLY PROTECT all PRISONER RIGHTS. AND That THIS RIGHT EXTENDS TO all CATEGORIES OF PRISONERS and it is SUPPOSED TO be adequate, effective AND Meaningful.

230 > THE SUPREME COURT HELD IN Bounds V. SMITH That PRISON AUTHORITIES, have an AFFIRMATIVE OBLIGATION TO "ASSIST" INMATES in the PREPARATION and FILING OF MEANINGFUL LEGAL PAPERS by PROVIDING PRISONERS WITH adequate Law LIBRARIES OR adequate ASSISTANCE FROM PERSONS TRAINED IN THE LAWS. IT has also HELD That indigent INMATES must be PROVIDED at "STATE EXPENSE" WITH PAPER and PEN TO DRAFT LEGAL DOCUMENTS WITH NOTARIAL SERVICES TO AUTHENTICATE them, and WITH STAMPS TO MAIL THEM"

231 > MANY OTHERS COURTS IN THIS DISTRICT, AND OTHER DISTRICT COURTS HAS also HELD That PRISON OFFICIALS CANNOT OBSTRUCT CLAIMS OR LAWSUITS CANNOT TO RETALIATE Against PRISONERS WHO FILE THEM, CANNOT TO FRUSTRATE OR IMPEDE LAWSUITS CLAIMS OR PETITIONS FILED OR ALREADY FILED IN THE COURTS, AND HOLD That THE RIGHTS TO COURT access DOES NOT STOP WHEN a PRISONER FILE a COMPLAINT, CLAIM, OR PETITION.

232> This Courts And Districts has also held
That State, Government And Prison officials
are Prohibited From interfering with
people's And/or Prisoners efforts to
use the 'Courts'. That Prisoner has a Right
to Be Free From Interference with Court
Access

233> And That Prison officials may not
Retaliate Against Prisoners for using the
Courts or trying to do So. Because The
Prisoners Has a 'Right' to Be From Reta-
Liation or Reprisals for using The Court
System or The grievance System, The Supreme
Court has explained 'The Reason' why such Reta-
Liation Offends The Constitution is that it
Threatens To inhibit exercise of The Protected
Right... Retaliation is Thus akin to an
Unconstitutional Condition' Demanded for The
Receipt of a government-Provided benefit.

234> Additionally It is Indisputable That indigent
inmates must be Provided at State expense
with Free Postage, Legal Copies, And Legal
Materials Such as Papers And Pen too.
And Prison officials must provide a means
For Prisoners To make Sufficient Legal Copies
of Papers To Comply with Court Rules, Court
Orders, And Statutes see eg Collins v. Good 438
F Supp. 2d 399, 417 (S.D.N.Y. 2006) Canell v.
Multnomah County, 141 F Supp. 2d 1046, 1056 (D.OR.
2001), Harrington v. Holshouser, 741, F 2d.
66, 69, (4th Cir 1984)

235 > And That if Court Rules or Statutes Requires
appeals/Briefs or Documents To be Typewritten
The Denial of such Services by Prison officials
To Typewriter services Would Deny Court access
see eg Johnston v. Lehman, 609 A. 2d 880, 883
( P.a. Cmwlth. 1992).

* (51)

236 > FOR LOST ABOUT THIS CLAIM OF LAW LIBRARY
AND DEFENDANTS MISCONDUCTS REGARDING ACCESS
TO THE COURTS IS THAT THE DEFENDANTS HAS
ALLEGED THAT 'ONLY COURT ORDERS THAT PASS
THE 120 DAYS. THAT DON'T WILL GO TO PROVIDE
ABREU LEGAL 'COPIES' OR LEGAL SERVICES,
AND THEY DON'T WILL GO TO MAIL IT TO THE
COURTS, OR ONLY DEFENDANTS OR ATTORNEY
GENERAL OFFICE

237 > THIS ORDER WRITTEN BY THE DEFENDANTS
ARE COMPLETLY ARBITRARY, CAPRICIOUS, AN ABUSE
OF DISCRETIONS. AND A CLEAR PROOFS, AND
EVIDENCE FOR THIS COURT THAT THE DEFENDANTS
ARE INTERFERING WITH ABREU ACCESS TO COURTS
AND INTERFERING, WITH OPEN AND ACTIVES
CASES.

238 ) FIRSTLY COURTS DON'T PROVIDE COURT ORDERS
LIKE THAT, JUDGES ARE VERY BUSY IN COURTS
WITH 100'S OF OTHERS CASES THAT HELD
OR HEAR. SO, ASK TO A JUDGE OR JUDGES
FOR MULTIPLY COURT ORDERS; STILL THE
DEFENDANTS FEEL SATIFIED IS ARBITRARY
AND CAPRICIOUS., AND WITHOUT ANY SENSE.

239 > SOME COURTS AND APPELLATE DIVISIONS HAS
FURTHER KNOWLEDGES OF THE PROBLEMS THAT ABREU
HAS FACED FOR GET LEGAL COPIES OR TYPEWRITTEN
BRIEFS THAT THEY HAS STOPPED TO PUT IN
THIS COURT ORDERS ANY LEGAL DEADLINES, EVEN
IF THIS VIOLATED THEY OWN COURT RULES, OR
STATUTES, COURTS HAS POWER TO WAIVER RULES
AND TOLL STATUTES OF LIMITATIONS FOR THE
SUBMITTRATIONS OF DOCUMENT IF PRISONERS SHOW
A GOOD CAUSES THE WHITE ABREU HAS SHOWED
ALSO THE JUDGES 'HAS FURTHER KNOWLEDGES THAT
ABREU HAS MULTIPLY OTHER OPEN CASES, THAT ABREU
ALSO NEED TO LITIGATE, SO, WHEN THEY DON'T PROVIDE TO
ABREU IS DEADLINES THIS IS A LOSS FOR FOR ABREU

# (52)

240) Because the court order without a deadline attached it, let Abreu the open door or file the briefs, or popers ect, when he have the time to do so.

241) However the defendants don't understand this and ore acted like the lawyers or attorneys of all the defendants state wide, when only the attorney general office con to do so pursuant to the correction law § 24 not the defendants they connot to attach only other requirements that the court orders not has attached to it orders, or that the judges not has ordered neither

242) Example if the court ordered to Abreu to serve the petition or complaint or claim upon each defendants or respondents and upon attorney general office and don't require only deadline for to do so why the defendants (prison officials) will go to attach to it order a deadline?

243) Other example if Abreu need to file 14 appilant's brief in the appellate division. but they in considerations don't place a dead line in this orders, for provide Abreu all the time necessaries for he file the 14 II when he wont to do so so why the prison officials need or wont to attach a deadline to it? and allege of that order is old it has passed 120 days already, you not will to get copies, or tipe services or egal poringes for send it to the courts. when the court don't have alleged only deadline in the orders. Morlover, this ore defenses, or objections that the attorney general office, need bring to the court/judge, not the prison officials, that also ore not defendants example in that porticulor case.

#153)

244) So, This is VERY clear That The Defendants in this case are intentionally interferring with Abreu access to the Courts acted without or with any jurisdictions in attack extra Requirements to The Court Orders signed by Judges. When They also has check in The Legal computer That it cases continue open and actives in the Carts and That The courts Don't has Dismissed it, Due to alleged 120 Days.

245) Federal Cases Claims and now still article 78 Petitions take years, and years for Litigate still a finish Decision, Order, or Judgment example Abreu has a Federal case in The Southern District Cart Open From The Year 2004 (11 years already) The case is Abreu v Nicholis The Which Abreu and Defendant ###) in Abreu v. Nicholis continue Litigated. So, Thinking of Abreu asked to The Court in Nicholis' for a Court Order every time He need Send Legal Documents or Copies upon The Attorney General. For He can Litigate his case for 11 years? If Abreu Do, so This Judge Don't will go Have only time for other cases, Rather That for Abreu only Case. i

246) Abreu Believe That He is in need only of show to Prison Officials That The Case or action or Proceeding OR Claim continue open or active. The which He continue Litigate, and That He is in need of Send always a copy upon Attorney General Office and keep one Copy for his own Records of all Documents Papers, Briefs, Motions Ect That He submit to The Courts. not that He need on update Court Order every time He is in need of Send to The courts and Attorney General office, a Motions, Pleadings Amended complaints, Briefs, Documents Papers; Discovery, or others informations, Moreover even with a court orders, They wont to Desire & Determiner what Abreu can send or not send or copies That They want only Copies

#154)

247) The Defendants wont only provide Abren Copies of only of the documents That They wont not The documents than The court Has ordered Abren serve in each Defendants / Response example if Abren file an article 78 And attached 100 pages of exhibits Example grievances appeals core decisions superintendent determinations, IGRC Decisions The letters provided from the responses and all other documents that support the petition. The Court make an order to show cause ordered That Abren shall serve the order to show cause the petition and all Affidavits papers Exhibiting And supporting documents upon each Responses / And upon A.G. office

248) The Defendants even Has The court order They wont only provide Abren Copies' of the order of show cause And maybe the petition, but not of the 100 Exhibits, And supporting documents because The court Dont specified which are the Exhibits and supporting documents. or because the court Dont specific that There were 100 pages of exhibits, and which are the pages that The court need to be copied from it 100 pages.

249) Thinking of a Judge so, But such as They are, in mentioned in an order, page by page of any Exhibits and supporting documents and what They are, grievances, letters, decisions ect. now Abren is unable can serve the Exhibits upon respondents or A.G. And only for this small failured The court dismiss The petition all This Has Happened Abren in the past even with meritorious cause of action and good claims, because courts are very strict in They orders. even Abren explained to They the problems. So, Abren is denied Access to court by Defendants.
# (55)

250> This Court will also note that in new
York City prisons and jails. such
as Rikers Island correctional facility
where pass every years 1,000 and 1,000
of prisoners all the legal copies from the
law library are completely free of cost
for indigents persons/prisoners. Because
they don't found any difference in provided
free papers, pen and corbon papers and
then refused to provide legal copies?
Example they believe that they loss less
money in provided legal copies free of
copies that provided 100 or 1,000 of
corbon papers, where the corbon papers
are more expensive that the own inks used
by the photocopy machines, So they allow to
prisoner to desire corbon papers or legal
copies? The which will be free of cost any way.

251> In Downstate Corr. facility, the
which is a state prison under Doccs.
They provide unlimited postages for legal
mails and personal mail, free of
cost to all inmates, while an inmate
is in Downstate c.f, all and each legal
or personal correspondences is free of
cost, no matter if the inmate is there
one week, one month, six month, or one
year or years, all postages are free for
inmates.

252> The more interezent of all this that this
include personal correspondence, The inmate
don't need to sgn ony advonce request forms
ony disbursement and no matter how much money
He have in their account The inmate need only
place/put the mail in the mail box and that
it, this service include to shu inmates so even inmate
no indights get this free postages/services, in Downstate
1,000 & 1,000 of inmates pass every each years for Downstate.

253 > So, this is very clear when the defendants don't wont to deniac access to the courts to inmates they con to do, and when they don't wont to limit to prisoners contact with them family loved one, or with access to the outside worlds they con do so if they wont to do so, all that free postages in Downstates c.f is paying by the state not by Docks or Downstate c.f obminstration, and all that free copies provided to prisoner upon request for legal copies and access to the courts ore paying by the New York City not by Riker Island c.f

254 > The same opply to Wende c.f all this obvonce request for legal copies and legal postages ore pay by the state not by Wende c.f or by Albony, However the copies and postages for legal copies really, are not free in all inmates need to pay for all this copies and legal postages ony way. Every time they recive ony money into they count in ony state prison, state wide so there really is nothing free in state expensive we pay for all this. Ony way. Our family pay for all this also. And when we get money in ony lowsuits or settlements we need still to pay all this copies and postages, so what is free here?

255 > So, there ore not need of defendants in Wende c.f or Docks/Albony, Deniac or continue denied to Abreu legal copies or legal postages or denied access to courts or interfering with court orders or court rules. Some courts and some oppelont's divisions or court of oppeals still don't accept corbon papers copies. So, even if they accept eg. a brief written in hondwritten, they will not accept the copies made in corbon papers.

#(57)

256 > However The Defendants even Has Further Knowledges of all This, They Still Denial Abreu The Proper Amount of Copies or not copies in all. Trying to force to Abreu mode e.g. copies Mode in Corbon Papers, That Still The Court Don't accept.

257 > also, There are Deadline That is Complet Impossible for Abreu to Re-written a Petition of a Complaint of 50 or 100 Pages, That he is in Nule to Serve in 25 or 50 Defendants or Respondents So, when The Defendants Denial copies under This Circumstances is clearly Denied Access also to The court's because The Court Will to Dismiss The Complaint or Petition. And even extended The Time, that Will be Impossible for Abreu to do so. because There are Enough Medical Records That show That Abreu Has serious Problems in his Right Hand, Nearing to a Disability, He Receive Surgery To his Right Hand, He need other Surgery To his Right Hand Due also To Carpal tunner, Plus He is in need a Hand brace, And Physical Therapy too, (Defendants Has knowledges of all this)

258 > So, Abreu Disabilities, Don't allow Him To do Many copies written in Hand Written such as He with To do, if He will Do so but He it Unable Con To do so Due To his Hand Disabilities, And Problems Still For Write, Well without a Hand brace.

259 > So, Defendants Deliberate indifference To Abreu Medical Conditions, Disabilities And access To The court's is a clear Proofs And Evidences Of Violations of his 1st, 8th, And 14th Amend Rights Plus a violations of The ADA And Rehabilitation Acts, And others Rights & Laws.

#(58)

260 > ON NOVEMBER 04 2014 ABREU WAS
TRANSPORTED TO DOWNSTATE C.F
BY THE SGT. FREEMAN AND TWO (2)
ESCORT OFFICERS THIS DEFENDANT FAIL
AND REFUSE PROVIDE ABREU, WITH
HIS KOSHER MEALS. VIOLATE ABREU FIRST
AMEND RIGHTS AND RFRA AND RLUIPA

261 > DEFENDANT FREEMAN HAS FURTHER
KNOWLEDGE THAT ABREU RECEIVE KOSHER
MEAL / RELIGIOUS MEALS BECAUSE HE
REGULARLY WORK IN SHU, AND ABREU
ALSO ASKED HIM PERSONALLY ABOUT
HIS KOSHER MEAL, BUT HE IGNORED
ABREU REQUEST AND COMPLAINT, OF
A FORM DELIBERATE AND INDIFFERENT
ABROU RIGHTS, AND ABREU RELIGIOUS BELIEF.

262 > DEFENDANT HILL, IS THE RESPONSIBLE
OF THE PRISON RAPE ELIMINATION ACT
< PREA > COMPLIANCE IN WENDE. BUT
HE INTENTIONALLY REFUSE AND FAIL
TO COMPLI. WITH THIS STANDARD., COVERED
UP STAFF MISCONDUCTS.

263 > ABREU HAS REPORTED PERSONALLY AND
IN WRITTEN TO DEFENDANT HILL, THE
SEXUAL HARASSMENTS THAT HE HAVE SUFFERED
IN THE HANDS OF C.O. MAYER. C.O. S
HAMILTON. C.O ROSPLOCK AND COUNSELOR MR
SKUBIS., HOWEVER HE PERSONALLY HAVE INVES-
- TIGATED THIS INCIDENTS, HE HAVE REFUSED AND
FAILED TO CALL TO LAW ENFORCEMENTS, AND TO
REPORT TO THE LAW ENFORCEMENTS, SUCH AS TO
THE INSPECTOR GENERAL OFFICE / OFFICE OF IN-
- VESTIGATIONS OR BCI / STATE POLICE OR ERIE
COUNTY DISTRICT ATTORNEY, THIS STAFF MISCONDUCTS.
RATHER HE HAVE COVERED ALL AND EACH OF THE SEXUAL
HARASSMENTS, EVEN HE LEARNED THIS VIOLATIONS THROUGH
THE GRIEVANCE PROGRAM IN WENDE, HE COVERED ALL THIS.
# (59)

264) Defendant Hill Has Placed Abreu Safety, Health, And Well being in an Imminent Danger. And He Have Failed And Refused To Remove To This Staff From The Site. Or Recommend To do so. Even He Personally Observed That Abreu Continue Suffering Horassment And Retaliations From This Staff.

265) On March/03/2015 In The afternoon He Observed To C.O Maxer, Horassed Abreu Verbally in The Site Tier III Disciplinary Room (Tier Room). And Used a type of Excessive use of force He Fail And Refuse To Stop The Incident He Only Was There Standing Looking And Listen The Incident, Where C.O Maxer Still Threat Abreu Saying " I Fuck up you in Big Butt if I Want To do so." And MR Hill Only Smiled about This Sexual Comment.

266) after in a Hearing, He Testify in Behalf Of C.O Maxer, alleged That Abreu Started The Incident, when the Site Video Camera Record/Tape will Clearly Show That C.O Maxer Started The Incident Completely not Abreu. but This one the Classes Of Cover up, That Made Defendant Hill Regularly in wende Covered up always This classes or Incidents From Staff To Inmates Abuses Sexual Horassments, Assaults And False Reports.

267) Defendant Hill Has also interferering with Abreu access To The Courts Refused To allow Abreu To Comply with Court Orders in Mailed Copies of the Complaint And Summons To Defendant And Has Denied Abreu Send Letters Of complaints To OMH Commissioner in Albony

#(60)

268) ON 3/03/2015 DEFENDANT HILL VIOLATED ABREU DUE PROCESS RIGHTS IN A TIER III DISCIPLINARY HEARING THAT HE STARTED ON JANUARY /13 /2015 REGARDING ON INCIDENT ALLEGEDLY HAPPEN ON 12/09 /2014 WITH A CORRECTION OFFICER

269) DEFENDANT HIM AFTER TWO MONTHS REQUIRES AND ASKED BY ARBITRARY AND CAPRICIOUS EXTENSION OF TIMES. THE WHICH MANY OF THEY WERE ASKED AND REQUIRED OF A FORM FALSES AND MANIPULATES IN BAD FAITH AND INTENTIONALLY AGAINST ABREU HE FOUND ABREU GUILTY OF THE CHARGES SENTENCE TO ABREU TO AN UNLAWFUL AND DISPROPORTIONED SENTENCES OF 365 DAYS / ONE YEAR — — OR 12 MONTHS / OF SHU WITH /ALONG LOSS OF RECREATION, PACKAGE, COMMISSARY AND PHONE.

270) DEFENDANT HILL DENIED ABREU ALOT OF POTENTIALS WITNESSES, INMATES AND TWO CORRECTION OFFICERS WHO WERE PRESENTS IN THE MOMENT OF THE ALLEGED INCIDENTS AND EVEN OTHER WITNESSES TESTIFIED THAT THEY DON'T SEE ABREU DOING NOTHING WRONG, AND OTHERS EMPLOYEES REFUSED TO TESTIFY REGARD THAT INCIDENT AND EVEN TWO EMPLOYEES (A NURSE AND A C.O.) WERE SUPPOSED TO TESTIFY TOO REGARDING THAT ALLEGED INCIDENT MR HILL FOUND ABREU GUILTY OF ALL CHARGES. PLUS THE SENTENCE (EXAGGE)/DISPROPORTIONED. SHOW CLEARLY THE INTENTIONS OF MR HILL IN TRYING TO COVER UP C-O-S MISCONDUCTS AGAINST INMATES IN PRISON. HE HAS A FAVORITISM IN BEHOLD OF C.O.S. HE IS OF THOSE EMPLOYEES/HEARING OFFICE WHO BELIEVE ONLY IN C-O-S STATEMENTS, NOT IN PRISONER STATEMENTS EVEN IF THE RECORDS SHOW THAT C-O REPORTS ARE FALSES

271> Defendant Hill violate Abreu the 1st 5th, 8th, and 14th Amend. Rights US. Const.

272> Defendant Hill continue with his misconducts to the present and on 3/03/2015 the Defendant Hill threat verbally also to Abreu outside the hearing room, alleged that Abreu will no receive legal copies from the law library because allegedly Abreu sent a dirties letters to an employee in Wende C.F. who is friend of Mr Hill. He told Abreu also, that due to that letters that were the reasons that he placed Abreu guilty in the hearing.

273> Also, this corrupt employee/Defendant Hill told to Abreu that he is doing all those things against Abreu due to Abreu continues multiply grievances and complaints against staff in Wende C.F.

274> So, now Abreu is received also open retaliations, and reprisals, from Mr Hill, only because Abreu is exercises his rights in freedom of speech. And to petition the government for a redress of grievances.

275> This comments and threats from the Defendant Mr Hill the which he is part of the administration in Wende show clearly to this court the conspiracy and intentional interference of Abreu access to courts and to out side world and access to the law library copies and typing services & supplies.

276> So, Abreu is also receive retaliations and reprisals for freedom of speech. for grievances, for complaints in the hearings, tickets law library ect all this actions and misconducts are unconstitutional.

# (62)

277) The Defendant Grode He is the senior and Supervisor of the General Library in Wende C.F. He is refused, and failed to provide Abreu with spanish magazines and spanish newspapers. The which Abreu is entitled to receive per Correction Law, and Docus Directives and Regulations Governing the SHU in least once time to the week

278) Abreu Has written many time to the Defendant Grode And Filed several grievances And Complaints Reporting Defendant Grode Misconducts, and open Discriminations Against Abreu. Due to his Race (Spanish/Latino) And Treated Abreu Differents that to other Inmates in Same And Similar Misconducts.

279) Other SHU Inmates in Wende Mr. Grode Delivery or Provide or Sent a Lot of English newspapers and magazines every each week less to Abreu, He refused And Failed to Provide Abreu Such Spanish Magazines And newspapers. Even He alleged in Prior grievances that He Receive Regularly Such Publications in Spanish Lenguages, He Provided it only to Spanish/Latino in general Populations not in the SHU.

280) The Defendant Crowley who is also Responsible of Such Spanish Materials And Responsible That Sufficients of it Materials be Distributed or Delivered to The SHU Spanish/Latinos Prisoners She Has Failed And Refused to Resolve The Problems, The which to the Present Continue (From 2014 to 2015). all This is on open Discrimina- tions, in violations of the 14th Amend Rights of state laws.

#(63)

281 > DEFENDANTS PAUL REID, HERBISON AND
Hodges Has an OPEN DISCRIMINATIONS
OGAINST ABREU AND REGUBART TO
RETALIATE OGAINST ABREU, WHEN ABREU
FILE OR MAKE COMPLAINTS AGAINST THEY.

282) THIS DEFENDANTS WORK IN THE SHU FROM
3-11 PM SHIFT THEY INTENTIONALLY TO
PROVIDE ABREU COLD WATERS RATHER THAT
HOT WATERS FOR his KOSHER MEALS VIOLATED
SO, ABREU CONSTITUTIONAL RIGHTS, under
THE 1ST AND 14TH AMEND RIGHTS AND
THE RFRA AND RLUIPA, about RELIGIOUS MEALS.

283 > THIS VIOLATIONS ARE based, TO THAT ABREU
RELIGION is JEWISH, SO, ABREU RECEIVE THE
KOSHER MEALS IN LUNCH TIME ABREU
RECEIVE A SOUP, COLD SALAMI, OR COLD
BOLOGNE, AND A PACKET OF TEA.

284 > IN OTHER FOR ABREU CON COOK, his
KOSHER MEALS INCLUDING THE SOUP HE need
HOT WATER. THE SOUP KETTLE METHOD
FOR CON ROOK' THE SOUP SAY CLEARLY THAT
ABREU need TO Odd 'boiling water' TO
FILL LINE. Ond allow TO STAND FOR TWO (2)
MINUTS, OR FOUR (4) MINUTS.

285 > iF THE WATER is not IN boiling water
ABREU con TO eat his foods / SOUP ond
ABREU is not allowed TO keep THE SOUP
neither HE is FORCED TO THROW iT IN THE
GORBOGE' WHEN HE is UNABLE CON eat his SOUP.
DUE TO COLD WATER

286 > ABREU is also unable CON MAKE his
TEAS WITH COLD WATER, ABREU DON'T RECEIVE
JUICES, THE TEAS is HIS JUICE, SO, WITHOUT
HOT WATER ABREU is UNABLE CON DRINK
his TEAS, SO, HE IS also FORCED TO THROW iT

287 ) In other words Abreu is unable con eat his meals in dinner time every each night, in violation of his religion and in violation of his right to eat the 2,000 daily calories that a person need for con to be healthy.

288 ) The Doccs policy about kosher meals clearly say that prisoners received kosher/CAD meals are entitleds to hot waters for that they con to eat them foods, and preparate their meals.

289 ) Abreu has filed and complaining verbally about all this in grievance complaints, to the defenbonts Reid, Holge, Lucas, Herbison, Lempke, Schumacher, Crowley, Hill, Brown, Meyer, Sowa, Freemon, and Gregoire, who are responsible of the situ and the foods delivered to prisoners in the situ, but they hos ignore Abreu complaints of a form deliberate and indifferent.

290 ) They wont Abreu drink the hot waters from his cell sink but it waters are polluted waters, and drink waters (hot waters) from the cell sink is very dangerous to health, and hazord to health. And high in radium levels, and federal environmental protention agency and the state EPA don't recommend to prisoners drink hot waters from cell sink or top, or from pipes.

291 ) This cell hot water has provoked strong stomach pains, diorreheors, vomits and other syptoms. Every time Abreu use or drink it in sours coffees or teas.

# ( 65 )

292) UPON INFORMATION AND BELIEF THE
Defendants Has FURTHER KNOWLEDGE OF
THE Danger OF DRINK HOT WATERS FROM
THE SINK AND THAT THIS WILL DO to HEALTH
OF PRISONERS, Who DRINK IT Classes OF
WATERS, FOR THIS REASONS THEY PROVIDE
Separated HOT WATERS, HEATING BY THE
MESS-Hall HEAT, OR MICROWAVE

293) ONE OF THE PROBLEMS ARE THAT ONCE
TIME THE WATER ARRIVE TO SHU IT IS
Cold already, OR SHU stores waiting
A long Period OF TIME FOR SERVE THE
Kosher MEALS AND THIS HOT WATERS,
AND THEY REFUSE TO RE-HEAT IT, when
THE WATER get Cold Even THEY Having
microwaves IN THE SHU.

294) IN OTHER SHU(S, THE WATER HEAT
IS IN THE SHU(S, Not IN THE ME-SS-Hall
So, Cos/SHU stores PROVIDE HOT WATERS
IN OTHER SHU TO PRISONERS Who RECEIVE
KOSHER MEALS but Cense Defendants
HAS FAILED OR REFUSED TO So. OR/ONE
REFUSED/FAILED TO RESOLVE THE PROBLEMS.
AND TO THE PRESENT THIS PROBLEMS CONTINUE
VIOLATED So, ABREU RIGHTS AND his RELIGION
AND RELIGIOUS BELIEF TOO.

295) THE Defendants REID AND HERBISON
Regularly AND Discriminate ABREU WITH
his SPANISH music When SPANISH music
ARE Playing IN THE CELL WALL RADIO POT
HOURS OF THE SHU, IN THE afternoon THE
Defendants, Call to THE Defendants CURTIS
SNOWDENS, TO Change THE RADIO STATION
TO English music ONLY OR TO English
SPORT ONLY, THEY Doing So IN RETALIATIONS
AND DISCRIMINATIONS because ABREU HAS FILED
GRIEVANCES AND COMPLAINTS AGAINST THEY & STAFF
#(66)

296 > The Defendants Hodges, Lucas, Curtis Snowdens Crowley, Hill Lempke, Freeman, And Gregoire Has Further Knowledges Of The Harassments Discriminations And Retaliations with the Spanish Music That is Supposedly, OR monbared To be Played in The SHU. For Spanish Prisoners Placed in the SHU.

295 > The Defendants Meyers And Brown Has also Further Knowledges about all This Misconducts, but They Simply Has Refuse ignored OR Refused OR Failed To Resolve all This Problems.

296 > There Are 3 Holes in The Cells of The SHU Radio Pots/Stations Two (2) English Musics are Playing Daily, and One English T.V. Station is Played Daily. When Abreu arrive to wense C.F SHU, No Spanish Music Were Played.

297 > Abreu wrote a grievance complaint Challenges That Spanish Music will Be Played Daily in one of The Holes Because it is a Discriminations That Only English Musics And English TV Channel Be Played Only Daily in The SHU.

298 > Then Spanish Music was Starred to be Played Four Time in The Week Wednesday Friday Saturday And Sundays, Only For Several Hours in Holes No. 1 of The SHU Cell Radio Pot, & English in Holes *2 & *3.

299 > However For Feb/2015 The C.O. Reid And Herbison Starred To Called To Snowden To Change The Spanish Music To other Station. Interferring with Abreu Spanish Music Programmations

#(67)

300) Abreu filed a grievance complaints Challenged C.O.'s Reid and Herbison misconducts on or about Feb/14/2015

301) The grievances/complaints was investigate by Captain Meyer And Sgt Hodges. The C.O.'s Reid And Herbison Has advices to other SHU inmates that Abreu Has written complaints against they Regarding Spanish music station, they changed it, So, they cannot to change it again or call to staff for change it, no more.

302) However C.O.'s Reid And Sgt Hodges Threated Abreu that He will go pay the consequence of filing grievances against they Regarding the Spanish station. Two (2) weeks after of Abreu complaint The Spanish music in the SHU was redu- from four (4) time to the week now to only one time in the week (only Saturday for several hours that it)

303) They Sgt Hodges And C.O. Reid Told Abreu, Do you see we Have alot of power Here And alot of Friends, for change the scheduled or musics And programmations, now you only can Listern Spanish music once time in the week And if you again to wrote a grievance again us now you Don't will go Listen No Spanish music in all "Do you understand this? And they Left

304) To the present only Saturday Spanish music from the Spanish station called "CALIENTE" from Rocherter or Buffalo N.Y is played now in the SHU, only once time in week
# 168)

305 > The Defendants Crowley, Hill, Lempke, Schumacher, Meyer, Brown, Lucas, Annucci, Bellnier, Chief Inspector general, Mckoy. And Prack / D. Venettozzi, Has allowed That This Discriminations And Retaliations and Reprisals continue Happen to Abreu in Wende C.F SHU, And CORC Has also Failed to Resolve all this violations.

306 > The Defendant abuses Discriminations and Retaliations and Deliberate indifference To Abreu Constitutional Rights, and Then Continues Unconstitutional Policy of Cover Up Staff Misconducts, violate The 1st 8th And 14th Amend. Rights us const. And Violated state law, And Federal Laws.

307 > The Defendant Stirk. Lisson; BROWN; Crowley, along with Defendants Lempke, Bosco; Grant; Bosco; OMH Commissioner Annucci, Ramirez. Romero, Koenigsmann. Prack; Venettozzi; N.YS. Doccs; N.YS. OMH, And New York State, are Denied all Proper And Mental Health Services in The SHU, to MR Abreu. From September 2014 To The Present March 2015, They Has Denied Abreu Mental Health Care, Treatments Meditations Programs and Services in Wende C.F SHU

308 > The Defendant Lisson is assigned to SHU in Wende, For Provide Mental Health Services TO The SHU Prisoners, Daily From Monday to FRIDAY in Side Cell Doors, And Every Two Weeks in Privacy Room.

309 > However she Deprived Abreu of this Mental Health Services, in SHU she walk only From Cell 1 to Cell 16, Abreu is Confined in Cell 42. 17 Cell (Last cell of 42 gallery)

310) The Defendant Lisson, Refuse to Talk
with Abreu, Refuse to Provide Him Treatments
Care, Refused to check How Abreu is
in his cell she in Retaliations Has Spoked
AND Provided bob AND Monipulate, Confidential
Testimony in Hearings tapes Against Abreu
along with Defendant Stirk The which in
Bad Faith AND Monipulate Confidential
Testimony Against Abreu in his Disciplinary
Hearing Has Hormed AND injuries in his
Defenses.

311) This Defendants Has Discriminated AND
Abused to Abreu From The First Time
Abreu Meeting with that Defendants in
The SHU in Sept/2014. Where Abreu
Has Written against Defendants Lisson
AND Stirk Multiply Grielvonces AND Complaints

312) After This grielvonces AND Complaints
Against Defendant Lisson, She started
to write Abreu multiply Tickets, Falses
AND Monipulate in Reprisals AND in
Retaliations. Against Abreu. AND Between
3 to 4 of This Ticket Reports, were
Reversed by Doccs.

313) However Defendant Lisson continue with
her Misconducts against Abreu Until the
Present, On Jan/13/2015 she again
in Retaliations wrote a False Ticker
Report to Abreu. On Feb/2015 The Ticket
Report was Expunged From Abreu Record
AND Dismissed in Facility Level by Supt
Lempke.

314) But The Misconducts or Defendant Lisson
Continue including her Open Discriminations
AND Retalacations against Abreu including
Threatings AND Differents Treatments.

#/70/

315 > So, we cannot say under this circumstance that the testimony provided by She or Stick were in good faith in the hearings. This is very clear that were made in bad faith and with the only purpose of harm and injuries to Abreu in his hearings

316 ) Abreu is a Mental Health Level One by OMH/CNYPC Classification and Due to this Level all and each Hearing officers are required and monitored by Laws. Doccs Directives and Doccs/OMH Policies to consider Abreu mental states in the moment of the alleged incidents/Hearings and mental Health states in such case the Defendants Lisson and Stirk are required and monitored also to provide a confidential Tape to each Disciplinary Hearing officers of any Report/Ticket that be written against Abreu. So, this Defendants write tickets and also provide to the same time the confidential tape regarding Abreu mental state. Has this any sense in all ?

317 ) The Defendants Stirk Has Covered up each all misconducts of Defendant Lisson against Abreu. The Defendants Stirk; Lempke; Crowley; Hill; Bosco; OMH Commissioner; Annucci; N.Y.S; Grant; Manning; Prack; Venettozzi, Ramirez- Romero; Koenigsmann; Brown; McKoy; and Brown Has Failed to Resolve any of this problems Has Failed and Refused to Remove to Defendant Lisson of the Shu even they Has Further knowledges that the problems continue to the present; They Has Failed and Refused to Provide other Social worker/Therapist/Clinician to Abreu who can Have a better Relation Between patient and Therapist or who can treat Abreu with Respect, and considerations.

318) IN THE SEVERAL PRIVACY INTERVIEW That ABREN Has Have WITH LISON IN THE POST, SHE ONLY Has PASSED ALL THE interview Threating ABREN, Yelling TO HIM OBSCENITIES TREATED HIM VERY DIFFERENTS TO OTHERS INMATES IN Same OR SIMILAR SITUATIONS OR SIMILAR CIRCUMSTANCES.

319) SHE AND STIRK WERE IN PORT Who PROVOKED That ABREN be PLACED BEHIND Double CELL SHIELDS / PLEXYGLASSES AND That ABREN WEAR a SPECIAL SUIT TOO.

320) HOWEVER THEY DENIAL all THIS alleged That That DETERMINATIONS AND DECISIONS were Made by SECURITY STAFF (DST BROWN Corrain Meyer AND L.T. KEENAN) not by OMH OR THEY. HOWEVER THE RECORDS Say OTHER Things, and all THIS was Made IN REPRISALS RETALIATIONS AND DISCRIMINATIONS AFTER ABREN MULTIPLE grievances AND COMPLAINTS Against THIS DEFENDANTS.

321) ON Jonvory/08/2015 ABREN ARRIVE TO WENDE CF FROM DOWNSTATE C.F MHU OBS CELL. WHERE ABREN was RECEIVED MENTAL HEALTH MEDICATIONS, but APPROX. TWO (2) WEEKS AFTER ABREN ARRIVED TO WENDE CF IN Jan/2015 his MENTAL HEALTH MEDICATIONS FOR DEPRESSIONS AND MOOD Change WERE DISCONTINUED by DEFENDANTS STIRK, LISON AND DOCTOR OF a FORM DELIBERATE INDIFFERENCE TO ABREN MENTAL HEALTH CONDITIONS. Even THEY Has FURTHER KNOWLEDGES That ABREN is IN need OF his MENTAL HEALTH MEDICATIONS.

322) ABREN IN NO TIME IN all Has REFUSED ONY OF his MENTAL HEALTH MEDICATIONS, but THE MEDICATIONS WERE COMPLETLY DISCONTINUEDS.

323 > Abreu Has Written multiple letter
of complaints To The Defendants Bosco.
OMH Commissioner; N.Y.S OMH; Ramirez-
Romero; Zwiner; Annucci; Lempke; And
Crowley Reporting all This Misconducts Abuses
Retaliations, Discriminations, Reprisals Denial
Of Medications And Proper And Adequated
Mental Health services from Defendants
Litson And Stirk but The Defendants
Above Has Failed, OR Refused to assist Help
OR Resolve The Problems, in Wende C.F SHu.

324 > The Defendants Has acted of a form
Deliberate And indifferent To Abreu
Constitutional Rights Federal Laws And
State Law The which Protect Abreu Rights
To Receive Proper And Adequated Mental
Health core, with Respect, Consideration,
And Dignity

325 > The Defendants manning And Grant
Has acted of a form also Similar
Of Deliberate indifferences That The
Defendants above And to The Present
Abreu Continue Suffering The Same
Violations And Deliberate indifference.

326 > Abreu in no Time Has Refused any
Treatments core, Programs services
OR Medications from Mental Health
in Wende C.F 'SHu.

327 > The Defendants Has violated Abreu
1st 8th And 14th Amend Rights
The ADA And Rehabilitation Act,
The Correction Law, The Mental Hygiene
Law, The SHu bills laws, The
Federal laws, And Prior Private
Settlements Regarding The Treatments of
Prisoners with Mental Health confined in The SHu
#(73)

328> The Defendant GYZYKOWSKI Has Denied Abreu Prescribed exe glasses with Sv. Trays Lens Approved in a Facility Claim From JLY/2014 To The Present March 2015.

329> Abreu without his Exe glasses is unable Con Reob well, Suffering Pains, And Blurred in both eyes Unable To do Daily activities, Feeling strong Headaches Dizziness, And Light Bother Abreu eyes.

330> The Defendants Have been acted of a Form Deliberate and indifferent To Plaintiffs Abreu serious medical conditions.

331> Abreu Has Filed multiply complaints Sick Call slips And grievances About his exe glasses with Sv. Trays Lens.

332> Abreu Has written multiply letters about all this And WYZYKOWSKI misconducts To Schumacher Killinger toPorez Annucci. Koenigsmann And Bellinier But Abreu Complaints were all ignored, or not Resived yet To The Present by This Defendants

333> Abreu Have also Reported The Problems Personally To The Defendants La Penna, Davis, Jone Johns 1, 2 & 3 To The Defendants Fucina And Lentt but They are Have ignored Abreu or Refused or failed To Resive The Problems with Abreu exe glasses sv. Lens.

334> The Defendants Has violated The 1st 8th And 14th Arond Rights And state Laws. Abreu Believe also, That The Denial is based in Rotaliations by Prior Complaints
#( 74 )

335> Recently in Feb/2015 Abreu saw to Defendant, Wzykowski, the which told Abreu "what do you will go continue writing me grievances, and complaints? now I don't will go give you any glasses with Sv. Mars lens. piece shit, go and write or grievance against me, I need only to denial what I say to you, they believe me before, they believe you."

336> So, this is very clear, that Abreu is also received retaliations and reprisals from this Defendant. Prior to complaints and grievances against him.

337> Defendants Toporez, Glory, Leutt, Kucina, La Anna, Dan's Jone John 1, 2, and 3, and Defendants AS4 and Koenigsmann, along with Defendants Annucci, Killinger, Bennier, Lempko, and Schumacker has further knowledges that Abreu is bleeding from noses and shitting blood bleeding from anus rectal, pain in stool in need of Condonoscopy (Colonoscopy) in need of a Hond Surgery due to pains and carpal tunnel, in need of his back brace, and medical boots, and eyeglasses and see specialists, but they all has ignored Abreu of a form deliberate and indifferent placed Abreu in on imminent danger and suffer unccacory pains and suffering from July 2014 to the present March 2015.

338> the Defendants continue to the present with the same misconducts and deliberate indifference, even Abreu filed sick.call daicy and senting letters and grievances complaints. they have violated Abreu, 8th and 14th Amend. Rights.

#(75)

339 > DEFENDONTS MELKER, HELF FURLONI
AND HILL HAS VIOLATED ABREU DUE
PROCESS RIGHTS AND his CONSTITUTIONAL
RIGHTS in DENIED WITNELLES DON'T ALLOW
ABREU TO ATTEND TO his DISCIPLINARY
HEARINGS AND SENTENCED TO ABREU TO
DISPROPORTIONED SHU SENTENCES OF YEORS
AND YEORS IN THE SHU WITH LOSS OF
ALL PRINLEGIONS.

340 > ON 1/28/2015. 1/23/2015. 2/10/2015
3/9/2015. 3/12/2015 AND 3/2015
THEY SENTENCED TO ABREU TO SEVEN (7)
YEORS OF SHU CONFINEMENTS. ALONG
WITH LOSS OF PRINLEGIONS. IN VIOLATIONS
OF THE 8TH AND 14TH AMEND. RIGHTS
THE WHICH PROHIBIT CRUEL AND UNUSUAL
PUNISHMENTS AND PROHIBIT DUE PROCESS
VIOLATIONS AND PROHIBIT DISCRIMINATIONS.
AND RETALIATIONS.

341 > THE DEFENDONTS WERE ORBITRORY AND
COPRITIOUS IN THEIR SENTENCES DISPROPOR
— TIONED OGAINST ABREU., OND ABUSED OF
THEIR DISCRETIONS POWER AND AUTHORITIES.

342 > ABREU BELIEVE THAT THE SENTENCES WERE
BASEDS IN RETALIATIONS AND REPRISALS
FOR PRIOR GRIEVANCES AND COMPLAINTS
OGAINST THEY OR/OND OGAINST OTHER STOFF
IN VIOLATION OF THE FIRST AMEND. RIGHTS.

343 > THE DEFENDONTS REINHORDT, AND
VASQUEZ DENIED ABREU, DOCUMENTARY PORPER
DOCUMENTS (PHOTOS/TEST); AND OTHERS RECORD
AND COPIES OF LETTERS OND INFORMATIONS
THAT ABREU WAS IN NEED FOR his DEFENCES
IN his DISCIPLINORY HEARING OF 1/23/2015,
1/28/2015. 2/10/2015. 3/9/2015 3/12/15
AND 3/2015.. VIOLATED SO, ABREU RIGHTS.

# ( 76 )

344) Defendant Vasquez was the speak
Spanish assigned Abreu for to provide
assistance Abreu in his tickets regarding
the above hearings, but Defendant vasquez
fail and refuse to provide Abreu with
such records that Abreu was in need
for his Defenses.

345) Defendant Vasquez alleges that the
secretory of the Captain/secretory of the
disciplinary office Defendant Reinhardt
Refuse, provide and give to vasquez
the records, Photos, Directives, Documents
ect, That Abreu was in need.

346) Defendant Vasquez told Abreu that
Defendant Reinhardt is the assigned to
provide all records and that he only
provide Abreu the items that Defendant
Reinhardt give him, and the others
items for Reasons that he don't know
Defendant Refused to provide all it to him
because Reinhardt is in Charge of what
on Inmate can have and Can not have
or receive in a tier III assistance from
only tickets/Reports that on Inmate
receive in Wende.

347) Defendants Vasquez and Reinhardt
Have both intentionally interfering
with Abreu tier III superintendent's
Hearings/disciplinary Hearings defenses
when they provided in bad faith &
intentionally a bad assistances and
bad Aid in the tickets/Reports that Abreu
received in Wende or of from January 2015
to March 2015.

348) This Defendants violated Abreu Rights under
the 1st, 8th, and 14th Amend. Rights.

# (77)

349) Defendants Meyer, Heif, Furloni, and Hill, failed and refused to provide Abreu with Spanish copies of the dispositions and refused to consider Abreu, mental states, and mental ill. or mental health defences, in each hearings.

350) Defendants Meyer, Heif, Furloni and Hill failed to verify personally if Abreu has really refused to attend to his hearings, and if so, if someone or C.O. or staffs was or were threaten him, with assaults or phisical attack, or to destroy his properties if he attend to the hearings, or if Abreu has scare or fear for his safety, if he attend example to the hearings.

351) Due to all this failed the hearings are null and void, and will be also reversed by this court, and expunged from Abreu records.

352) The ticket reports written by the defendants Litson, Thom, Phelan, Krigier, Jackson, Maxer and Mendez related to the hearings mentioned above, on 1/03/15, 12/09/2014, 11/14/2014, 2/26/2015, 11/19/15, 3/03/2015, 3/02/2015, and 3/05/15, are falses or manipulateds, or exaggeds in retaliations for prior grievances and complaints written or verbally against they, prior to the alleged incidents.

353) This defendants has violated Abreu 1st, 8th and 14th amend rights with them falses, manipulated or exaggeds tickets, charges and reports/statements made in retaliations

#(78)

354 ) Defendant Steve Furlani from Abreu Arrive to Wende C. F Stll in July 2014 to the present March 2015 is Denied Abreu Education And Cell Study And Denied Abreu to take the G.D. Test.

355 ) Defendant Furlani Misconducts are Due to Discriminations, And in Retaliations Against Abreu, in Discriminations by Abreu Race Ethnicity And Status Such as a Prisoner in the Stll.

356 ) Defendant Furlani Retaliations are based in Prior grievances And Complaints Against Him And Staffs who are his Friends.

357 ) Defendant Furlani Has in the Past And Present ( Most Recently on 2/10/2015 ) Disrespected Abreu with Verbal Slur. And Others Extremely offensive Statements And Threatening.

358 ) This is some things that He Have in his Records because others Several Prisoners Has in the Past Written Multiply grievances And Complaints For Similar Misconducts Discriminations And Retaliations, And Verbal abuses Against Prisoners.

359 ) He also Run or Conduct the Disciplinary Hearings of a Form Arbitrory And Capricious And Abusive. He And Defendant Mevra Are of this Hearing Officers That No Matter if the Inmate(s) is not guilty They always Found Inmate guilty. And No Matter What Defense, Proof on Evidence The Inmate Have They always Found Stll Inmates guilty.

# ( 79 )

360> This Defendants also Sentence to Shu Prisoners to abusive And Grossed Disproportioned Shu Sentences, The which are shocking to one's sense of fairness.

361> The Defendant Furconi continue with his misconduct to the present against Abreu, He Has violated Abreu, 1st 8th, And 14th Amend. Rights

362> Defendants Meyers, Lucas, Keenan, Lobedz, Meora, Hodges and Roberts are the persons that always or regularly are appointed by the superintendent Lempke or Dss Brown to conduct all and each Investigations Regarding Abreu grievances and complaints, this Defendants Has Regularly Refused to do the Investigations or making the Investigations intentionally of a form improper, unfair Arbitrary and capricious.

363> Some time this Defendants alleges that They interviewed Abreu, and alleges in false, fabricated or manipulate statements That Abreu, who Has nothing more that Odd to his complaints/grievances or that Abreu alleged that He Don't Have any witnesses ect, when really they Don't Have interviewed Abreu in all.

364> Then when they Interview Abreu they talking Bad to Abreu And Disrespect Him verbally and Refuse to Interview witnesses, or alleged that they Reviewed the video tape, and that they Don't Found nothing wrong Made by the staffs ect. This are trick that they always do writing Most time the same or Similar statements in each of their Investigative Reports/statements About Abreu grievance

#(80)

365 > The Defendants above misconducts is a type of trick that they use for Denial grievances and complaints that are written against staff by inmates and they never accept in all that the staff is or was wrong in his or her misconducts against Abreu or other inmates even if the video tapes show to that Particular employee staff or uniformed committed the alleged misconducts. Even if the inmate have the entired situ of inmates such as witnesses to the alleged incident they will go to Deny the grievance and complaint any way. Or allege that the situ video cameras not were working that day or no audio record was available

366 > This are the trick that use this Defendants in grievance and complaints. They also refuse to preserve the video tapes of the incidents alleged in the grievance or complaint, or and refuse to attach it copies on the video tape to the grievance/complaint for be reviewed by CORC in Albony/DOCCS

367 > So, this is an open cover up and corruptions that always happen in Facility level and Doccs level.

368 > also many of this supervisors watch commands security staff such as Coptains/DSS and Superintendents and many Doccs Authorities were before correction officers, or Deputy Superintendents ect who worked or work in Differents Prisons. this are always the trick and trainer that they always receive to Deny Inmate grievances/complaints to cover up staff misconducts, to cover up their own misconducts, and Deny that they has committed any things wrong, in all. If in the same way that they are trained in Heakings, they are also trained to Deny all the things

# (81)

369) They are trained in how to respond to grievances, in how to respond to complaints, in how to make statements, in how to write in that statements, in what to write in investigative reports, in how to recommend to superintendent and CORC in respond to such grievances and complaints.

370) Example, when a Sgt, Lt, Capt, Dss, ect. to do an investigation regarding a grievance or complaint they WROTE in confidential statements, the following

" I recommend that the respond/answer to start of this form, and that this be the respond to Abreu grievance/complaint. No evidence was found in your allegations that staff has assaulted or harassed to you in the SHU on March/2015, staff has denied both verbally and in writing all allegations of misconduct or unprofessional behavior. The investigation has concluded and no evidence exists to support the allegations. Therefore, I have concluded this grievance is without merit and the requested remedy is denied / or grievance appeal is denied".

371) So, after this recommendations, the superintendent regularly without to conduct any investigations. And many time without to review none of the documents. To accept this recommendations and write word, by word the written by the investigate even if the grievance complaint was made against also of the investigater who investigated the grievance. So, this is called corruptions/deliberate indifference

372) This same misconducts and cover up are also made in the same way in Doccs by this authorities

F(82)

373) Upon Information And Belief the
Reasons why this Defendants to do so
with this grievances Response, And Inverti-
gations, And Recommendations are (1) for
all to be in the same pages. eg in the
same statements, And avoid that the inves-
-tigate say some things And Superintendent say
other things the which will harm to they in
Lawsuits in case that the inmate sue to they
or file an article 78 or a § 1983 ect
(2). for so, to cover up staff misconducts.
And (3) a more easy job for superintendent
to Respond to the grievance where the statement
that he is supposed to respond or answer is
already written by the Investigate so, he
need only sign it. or type it in a paper
And sign it. easy job. of a form deliberate
And indifferent to prisons grievances And
prisoners complaints.

374) for this reasons is that Regularly this
grievances/complaints are denied, even with
merits. and good cause, so, forced to
prisoners And abreu to seek judicial help,
aid, assistance and/or intervesions, so, this
is not that inmates really abuse of the court
system, this is that prison officials force
to inmates to seek judicial intervesions, and
go to the courts.

375) there are every each years, 100s or 1000s
of article 78 filed in state courts in N.Y.S.
Reversed prison authorities And Doccs officials
prior decisions/determinations, in Hearings in
grievances in complaints such as found prison
officials to be arbitrary And Copricious or
abused of this authorities, against inmates, in
Hearings in tickets, in grievances in decisions, ect
forced intentionally And in Bad faith to giving
Extra work to the courts And to the Attorney General officers
# (83)

376 > The Defendants Don't Have nothing to loss in all they get free representations by attorney general offices (attorneys) They Don't need to pay court fees And even if settlements in $ 1983 complaints Filed by prisoners against they in federal or state courts or still in court of claims They Don't need to pay ony of this money in all, All this is paying by the state And, Don't affect to They in all, no matter their or ony of them misconducts. Unless that the inmate(s) go to trial, And a jury found the State personally liable or the violations so They will to pay all this So, after that the state pay all this.

376 > The grievance system was created for Resolve Problems, However they has used it for cover up Staff misconducts And Refuse to Resolve the problems in facility or Doccs Levels. This has come to a point that most time Investigations are not Conducted in all They simply Denial the grievances And that it.

377 > The Defendants Lempke, Brown, Crowley, Freeman, Schumacher, Stark, Lenott, Toporek, Roberts, Gregoire, Luca, Krigier, Blake, Furloni, Ferron, Meher, Keenan, Koenigsmann, Bellnier, Ramirez, Romero, Bellamy, Venettozzi, Prack, Annucci, Brown, Fucina, Heif, Mckoy, Boll, Ash, Hill, Connolly, Meoras, Killinger, Sowa, And Chief Inspector General, Has all And each of They, Learned each and all violations the which abreu has suffered or suffering in wende/shu, they has be awared of the depri- vation and has fail to remedy it, And has allowed to continue the policy of unconstitutional practices occurred, And Failed to correct them even Learns all this violations through reports, grievances & complaints.

#(84)

378) This Defendants above, "PERSONALLY had, a Job-Duty to do and they did not do it, and their failure to do their Job-Duty were" so likely to Result in the violation of Abreu constitutional Rights' as to establish Deliberate indifference on his Parts.

379) Deliberate indifference by This Defendants to Abreu's constitutional Rights is sufficient to establish Liable under 42 U.S.C. § 1983.

380) This Defendants above Has violated Abreu 1st, 8th and 14th Amend. Rights, State Laws, ADA & Rehabilitation Act, APA (Administrative Procedure Act / Mondamus ("5 U.S.C §§ 551-583. 701- 706 801-808 3105 3344 6362 And 7562) And violated the RFRA / RLUIPA (The Religious Freedom Restoration Act and the Religious Land use and Institutionalized person Act) And violated the 42 U.S.C § § 1981, 1982, & § 1985 And § 1986 (Racial Discriminations And Civil Rights Conspirancy Claims). The which are governed also under § 1983.

381) Defendants Powell and Doe Johns Has violated Abreu Rights. On January /08/ 2015 to January /13/2015

382) On Jan/08/2015 Abreu was placed in the mental Health unit (MHU) observatory (obs. cell) in which C.F. OMH Satellite unit, where on unusual arbitrary, copricious And humiliate or Embarrassment strip searches / Body search was conducted by Defendant Powell, front Does (Supervisor) And other C-os.

383) defendant Powell forced to Abreu to keep his Butt completly open front Him.

# (85)

384 > Abreu was forced to remove all clothes still to be completly naked / nude front C.O Powell, and front two to 3 extra C.O.S and a Sgt / supervisor

385 > Abreu abreu was completly naked C.O. Powell say "oh this is the motherfuck who always is writing grievances against staff"?, the supervisor say yes he is

386 > C.O Powell forced Abreu then, to touch his penis up & down it show testicles up and down, and now put his fingers inside of his mouth and lips with the same hands / fingers that Abreu touched his penis / and testicles, they smiled about all this.

387 > after defendant Powell, force to Abreu, to open his ass-buttock / cheek and make comments like uuuyyy "look that big butt" this man have, hayyyyhh!. Then when Abreu removed his hands from his butt. C.O. Powell say nono, no, no. Open your fucking ass again, I don't finish to look in it., and keep it open.

388 > He force Abreu to keep open his butt cheeks for several minuts and ordered Abreu don't move and keep in that position, still they close up the room door

389 > So, Abreu was forced to keep his butt ass open still they walking aways out of the room and closed the obs cell door. Then was there when Abreu was allowed to remove his both hand from his cheeks butt.

390 > From Jon/08/2015 to Jon/13/2015 Abreu Religious meals / Kosher meals were violateds by C.O Powell and others C.O.S also.
+ ( 86 )

391) They were denied Abreu all hot waters, all coffees and teas. They were opened Abreu soups out of his presence, opened Abreu cheeses salamis bologne packets out of Abreu presences, opened all and each containes from Abreu food meals items and throwing it inside of the trays all together, like Abreu was a dog or an animal

392) When inmates receive kosher meals all and each items come completly closed from the mess-hall prison officials are not allowed to touch or open it foods, because they are religious meals, and doing so will violate prisoner rights and their religious belief

393) The C.Os were doing so because they don't like Jewish prisoners, or inmates who receive kosher meals, because they believe they receive too much or too many privileges in prisons with they foods. Many of this prison official has the believe that all and each prisoners are supposed to eat the same foods, and that religious foods will not exist in prison. So, for this reasons regularly they violate the Jewish religious meals intentionally and in bad faith, for to force to prisoner to eat only regular foods

394) The C.O. Powell, defendants Does, and others C.Os were also denied Abreu meals / kosher meals for few days all intentionally and bad faith for force Abreu to eat regular meals / foods in the MHU SHU cell.

395) The defendants above has violated the 1st 4th 8th, and 14th amend rights, and violated Abreu federal and states rights, laws and other civic rights who protect Abreu of this classes of violations.

#187)

396 > The Fourth Amendment also Provides That "The Right of The People To be Secure in Their Persons, houses, Popers, and Iffects Against unreasonable searches and Seizures, Shall not be violated, and No Warrants Shall issue but upon Probable Cause-... The Due Process Clauses' Protection of Liberty (4th And 14th Amend Rights U.s Const). also Includes Certain Privacy-Related Interest, including "The individual Interest in avoiding Disclosure of Personal Matters" and Interest in making Certain Kinds of important Decisions.

397 > State law also Generally Protects broader Rights of Privacy And unreasonable Strip Searches, Such as The Federal Constitution in This issues, So, Abreu Rights were violated.

398 > The Defendant Skvas, He is Denied Abreu all Classes of Counseling services And Has Engaged in Compaigh of Horassments And Retaliations, And Discriminations Against Abreu, with Some Sexual Horassments.

399 > Defendants Skobis Have also treated to put other stoff against Abreu. And He Has been Investigated two time (twice) by Inspector General Office / Office of Investigations, For Horass, Retaliate, And Discriminate Against Abreu in words C. F San

400 > The Most Recent Discrimination And Sexual Horassments Happened in febr, 2015 in a Privacy Sku Room where The Microphones are turned off. There in that Room He Called Abreu bitch, Ficking Roped you own Country. Don't Wont you back get out of My country, Suck My Dick, you Mamma is a Birch And others Mony Offensives And Threatening statements of sexual naturals.

# (88)

401) He mode all this front the C.O. maxer who Reased and foil to Protect Abreu. from counselor Skubis. And to the present the Defenbonts Skubis continue with his open Discriminations horousments and Rotaliations and the Defenbonts Chief or Inspector general. Lempke. Brown and Annucci, and Crowley Has all foiled or/ond Refased to Protect Abreu, and Remove to Skubis of the SHU. Even some of they Personally observed some of the Incidents from September 2014 to the Present March/2015.

402) The Defenbonts Skubis and Krygier Has also Engaged in a Campaign in Denied Abreu all and each FOIC Request ( FREEDOM OF INFORMATION Low Request) Storted from January 2015 to the Present March / 2015.

403) They Has both ( Krygier and Skubis ) Storted to Denial Abreu all and each FOIC Request or/ond interfering, and impedes with Abreu Rights in Review FOIC Request Documents Papers, and Informations. all intentionally in Bad faith and mode Mainly in Retaliations, Reprisals and Discriminations.

404) All the Problems with the FOIC Request Storted After Abreu Filed Several grievances And Complaints Against both Krygier and Skubis.

405) So they storted to put More, and More Dificulty in Abreu Con get or Review FOIC Request, still a point that they Has now Denied all and each FOIC Request for Reviews, ond Storted to Request special Requirements Ogainst Abreu to the facility administration and Doccs for Avoid that Abreu Receive FOIC.

# 190.

406) Many of this special requirements were arbitrary, capricious, discriminatory, retaliatory abusive, and an abuse of discretions power and authority.

407) Not only they started to denial Abreu all FOIL request for documents hearing topes, papers and records and directives and/or policies. They were trying Abreu completly differents to all other inmates in similar situations or/one similar

408) Example the SHU inmates in wende C.F. can receive FOIL request daily (monday to friday) and keep the FOIL request from 1 day to 3 days in their cells, reviewed all papers documents, topes ect

409) In the case of Abreu in retaliations & discriminations they required to the facility administration and Doccs authorities to deprive Abreu of FOIL request for review, or to limit it to only one time in the week one limit the review to only 3 hours rather that 24 to 72 hours the which Abreu is allowed to review the FOIL request.

410) And counselor Skubis will to pick up the day in the week one the 3 hours allowed not Abreu, however they keep the first request of denial Abreu all FOIL request any way, with or without authorizations from the facility administration or Albany approve

411) Upon information and believe the defendants Crowley, Lempke, Brown, Annucci, Bennerr Counsel office/Boll, McKoy, CORC/Docc Hill and Schumacher has approved, allowed or/one permited, all this violations. Discrimatory treatments and retaliatory treatments against Abreu

#(90)

412) MOREOVER THIS DEFENDANTS HAS LEARNED
PERSONALLY OF ALL AND EACH OF THIS VIOLATIONS
AND MISCONDUCTS FROM SKUBER AND KRYGER
THROUGH GRIEVANCES LETTERS OF COMPLAINTS.
AND MULTIPLY APPEALS, SO, THIS IS NOT
SOMETHINGS THAT THEY DON'T KNOW AND THIS
IS NOT SOMETHINGS THAT THEY ARE NOT AWARED
THEY HAVE FURTHER KNOWLEDGES ABOUT ALL THIS
UNCONSTITUTIONAL VIOLATIONS, AND OF THE
VIOLATIONS OF ABREU RIGHTS THROUGH STATE
AND FEDERAL LAWS REGARDING FOIL/FAIA

413) BUT THE DEFENDANTS ABOVE HAS TAKED THE
CHOICE OF DELIBERATE INDIFFERENCE OF ALL
AND EACH ABREU RIGHTS BE THIS PROVIDED
VIA FEDERAL OR STATE LAWS OR REGULATIONS
OR VIA THE CONSTITUTION OF THE U.S/N.Y.S.

414) THE RIGHTS TO ACCESS THE FILES OF THE
UNITED STATES GOVERNMENT IS ESTABLISHED
BY TWO FEDERAL LAWS THE FREEDOM OF
INFORMATION ACT ( 5. U.S.C § 552 (2000))
AND THE PRIVACY ACT OF 1974 ( 5 U.S.C
§ 552(a) (2000). ( ENACTED BOTH IN 1966
AND IN 1974 ).

415) THESE LAWS HAVE BEEN TREMENDOUSLY SUCCESS
- FUL IN ENABLING PUBLIC ACCESS TO GOVERNMENT
FILES. THE FREEDOM OF INFORMATION ACT
AND THE PRIVACY ACT. IT GIVES A PERSON
( INCLUDING PRISONERS IN PRISONS ) THE RIGHT
NOT ONLY TO LOOK AT MY OWN RECORDS BUT
TO CORRECT CHANGE OR REMOVE RECORDS THAT
CONTAIN INCORRECT IRRELEVANT OR INCOMPLETE
INFORMATIONS ABOUT ME, AND IF MY REQUEST
FOR REVIEW OR GET DOCUMENTS PAPERS TAPES
INFORMATIONS, RECORDS ECT IS INCORRECTLY DENIED
OR IGNORED I CAN SUE UNDER THE LAWS
IN FEDERAL OR STATE COURTS. AGAINST THE
PRISON OFFICIALS OR AGENCIES WHO DENIED ALL THIS TO ME.
#19...

416 > This Laws implements one of the basic principles of Democracy — The public's and prisoner's rights to know what its government is doing.

417 > The New York Freedom of Information Law/FOIL grants New York State prisoners a right to access to prison records and to statements and memoranda that lay out the DOCCS policies, directives, manuals, and other records.

418 > This Law under FOIL was patterned after the FOIA Federal Laws, and was designed to make available to the public all documents generated by, and in the possession of, the governments. See eg. Ralph J. Marino The N.Y. FOIL 43 Fordham L. Rev. 83, 83 (1974), Senator Marino was The Senator sponsor of the Law, See also N.Y. Pub. Off. Law § 84 (McKinney 2001 & Supp. 2007-2015). N.Y. pub. Off Law §§ 84-96 and the N.Y.C.R.R. Title 7 §§ 5 et seq. 2005, And DOCCS Directive # 2010.

419 >, So, because This complaint also includes federal and state laws violations This laws apply to This complaint, and will be enforced too. Against The defendants in This case and claims and actions.

420 > The Defendants Above Has violated or continue violated to the present abridge 1st  4th  6th, 8th and 14th Amend Rights and violated clearly the 42 U.S.C. §§§ § 1981; 1982; 1985 and 1986 (Discriminations. And civil Rights conspiracy claims.) And violations of the APA, And others Federal and state Laws Rights And Regulations. including Those Mentioned And specificate above.
#(92).

421) Defendant Roberts continue to the present retaliated, harassed and discriminate Abreu who has written against him multiply grievances or complaints verbal, and in written.

422) On 3/02/0015 Defendant Roberts keep Abreu handcuffed with a special suit in a small cell Denied Abreu foods and Abreu was in that small room between 2 to 3 hours, without any chair, or table

423) The same day the Defendant Robert and Defendant Labelz ordering by Defendant Brown to conduct a search in Abreu cell, and remove all and each only mags with nude/porn pictures, however Defendant Robert and Maker removed all and each of Abreu magazines and newspapers, books ect, the which not were nudes/or porn.

424) Abreu filed grievances/complaint about all this and Defendants Robert and Maker along with others COs has started to threat Abreu with physical assaults and commiting others many misconducts or allowed others many misconducts such as Abreu cell waters be turned off or flooding Abreu cell with waters or burned Abreu skin with hot waters, and/or denied Abreu get medical care/attentions to injuries or pre-injuried complaintings.

425) This Defendant misconducts continue to the present, and Abreu continue suffering imminent danger. And Defendants Lempke, Brown I.G. Chief, Annucci, Bellnier, Bellamy Koenigsmann, N.Y. Docs, Stick, Oniff, Prack, Venettozzi continue ignore Abreu complaints, all this violated also the 1st, 4th, 5th, 8th and 14th Amend. Rights
#(93)

426> The Defendants Provoke also in 3/02/2015 That Abreu Suffering Pains, Cuts and Bruises Due to the Handcuffs keep on in Obreu both Wristy/Hands. And Wrote a False Report. Abreu for try to cover up all this. The Ticket was Written only because Abreu Asked to talk with a Watch Command. (L.T. assigned to the SHU)

427> Abreu Regularly Receive Misbehavior Reports, only because He Demand Request Writing grievances Making Complaints, Write letters And Fight for his Rights OR Because He Try to Force his Rights, And Laws in Prisons/SHU. The Which this type of Tickets is a Clear Violators of the Correction Law § 138. And a violation of the N.Y.S. Constitution And First Amend Rights under the Freedom of Speech. And Right to Petition The Government for a Redress of grievable, see also eg Loggins v. Delo, 999 F 2d 364, 367 8th cir 1993). Hall v. Curran, 818 F 2d. 1040, 1044 - 45 (2d cir 1987). And Brook v. Andolina 826, F 2d 1266, 1268 (3d cir 1987) ( Courts do not allow prison officials to censor and discipline prisoners based on statements in written That are intended to insult prison personnel OR defamatory comments Directed at prison officials, even if such statements would be Prohibited if expressed verbally ).

428> Defendants Ferron And Bellamy Has started to interfering And impeded, Abreu grievances And Complaints in aide of No Process Many of they mainly Those grievances or appeals the which will affect Directly to several prison or Doccs officials. Abreu Has written Complaints about all this And written to Both Defendants asked to they to stop this violations Abreu be ignored. They Have violated Abreu 1st And 14th Amend. Rights
#104>

429) Abreu is suffering and continue suffering to the moment of the filing of this complaint irreparable harms injuries and imminent danger of serious physical injuries and harm.

430) Abreu is behind plexiglasses (double cell shields) with lack of oxigens, air and ventilations, the which also deprived Abreu of proper or obsequared hearing

431) Abreu is forced to wear a speede suit Abreu is forced to wear a lock with the suit along with a belt and handcuff that provoked pains and injuries and harm Abreu including threats of physical assaults, humiliations discriminations, retaliations, denial of proper or obsequared medical and mental health services denial of counseling services denial of medications and examinations the which also provoked psychological, injuries and traumas

432) Abreu is under concurrent orders of deprivations of recreations, showers, magazines/ newspapers, hearings (and all outside activities from his cell)

433) Abreu continue bleeding from mouth, noses and anus rectac./stool along with denial of all medical care for this medical conditions and simptoms

434) Abreu is frequently and regularly denied of all his T. B. medications by defendants or interfered or impeded that Abreu receive his T. B. meds regular meds and mental health medications the which will provoke Abreu suffer serious irreversible harms pains, suffering and still the death; for lack of his medications.

#195)

435) Abreu Don't have yet received the colonoscopy the hand surgery and He not have yet received his orthopedic boot and back bace/support the which Abreu urgently need.

436) Abreu to the present Neither Has received his nasal spray and lipitol meds for high cholecterol and weather conditions, Abreu without his nasal spray will suffer a respiratory attack and or stroke or heart attack without his lipitol meds.

437) Abreu continue behind of double cell shield/plexiglasses will suffer of an asthama attack for lack of ventilations the ventilator inside of Abreu cell Don't work in all and it is also covered up neoring completely by the sink-toilet placed on of it. So there really Don't there any ventilator in all, and the holes that has the regular cell shield/plexiglasses has be covered completly for the special cell shield/plexiglasses placed on of the regular plexiglasses on the cell door/cell bars, so there is no away in all that proper or adequated air oxygens or ventilations going inside Abreu cell so the Defendants are trying to kill Abreu there are not any other explanations for this. misconducts, abuses, discriminations and retaliations.

438) Abreu is unable con go to visit with his family wearing the special suit, lock, belt and handcuffer for fear to be assaulted or attacked by other inmates, or that Abreu family be attacked, and humilliare because the suit create discriminations, and rejections to the inmate who wear it not only by others inmates still by the own prison staff, who see it suit.

439) Abreu cell water not have been fixed
or repaired yet by the defendants the
cold water continued turned off, the
hot water continue keeping in high —
pressure, provoked that Abreu be unable
con to drink waters and provoked that
Abreu lips get burned, or when Abreu
try to take of it water burned his hands
damages his properties and legal papers

440) The defendants has personally observed
all this in them she rounds, defendants
such as Lempke, Brown, Lucas, Crowley,
Hill, Hodges, Roberts, Schumacher, Vazquez,
Keenan, Mendez, Stablick, Hamilton,
Reid, Stick, Meora, Sowa, Herbison,
Magfor, Gregoire, Furloni, Meker, Labezz,
and Levitt and others nurses such as
Glory, Jane Johns 1, 2 and 3, Connolly, &
Wilson. But all and each of they has
only smiled, and refused to resolve the
problems provoked by defendant Hamilton and
Rosplock. Still defendant Doe John /
Inmate grievance program Sgt/ supervisor /
has ignored Abreu complaints in his she
rounds every each week (once time in week)

441) Abreu only received on open deliberate
indifference to all and each of this
unconstitutional violations.

442) Defendant Blake has also refused to
pay Abreu damages or loss propering and
has interfering and impeded that Abreu con
to litigate his claims in the court of claims.
not process Abreu claims, when Abreu properties
has a values of between $25 000 to $55 000
dollars or more only in legal papers &
several legal books, this is without count
the others properties missing or destroyed by does.
#102,

443) The Defendants Has also Denied Abreu Proper And Adequated interpreter And Translations in Hearings in Medical And Mental Health Interviews in Grievances And Complaints interviews by Prison Officials or by Inspector General Office. Denied interpreter And Tra' in Sick call services in Mental Health Services, in Counselor Services in Therapy services, and in Other Situations.

444) Violated Abreu Rights And Violated The Recently U.S. Department Of Justice Civil Rights Order. That Mandated And Required to They And Doccs To Provide Adequate And Proper Bilingual Services, Spanish Translations / Interpreter To Abreu in Medical And Mental Health services, in Grievances And Complaint Interviews in I.G. / Office or Investigations Interview And Investigations in Law Library Services in Counseling Services, in Disciplinary Hearings, and in Assistant Aids.

445) Even The Defendants Has Further Knowledge Of This agreement Signed by U.S Dept of Justice. The Doccs The OMH, And the Commissioners The Defendants continue to The Present Denied Abreu this Civil Rights. And Discriminated to Him. in violation or The Civil Rights Of 1964 the which Prohibit Discriminations, such as the 'U.S Dept of Justice Has advised to The Defendants. (Doccs / OMH N.Y.S.) And this authorities And Prison officials.

446) The Defendants Continue Placed Abreu in an Imminent Dangers and Irreparables Harm Placed Abreu Health, Life, Safety, Security Well being. Care And Welfare in an Imminent Danger of Serious injuries/Harm.

# 198,

# CLAIMS FOR RELIEF

## RELIEF REQUESTED

WHEREFORE, Plaintiff Requests That The Court grant The Following Relief:

A. Issue a DECLARATORY Judgment STATING That

1 > The DEFENDANTS VIOLATED The PLAINTIFF'S Rights 1ST. 4TH. 5TH 8TH AND 14 TH AMENDMENT Rights AND VIOLATED THE DUE PROCESS CRUEL AND UNUSUAL PUNISHMENT UNUSUAL SEARCH OR UNLAWFUL SEARCH RELIGION Rights, Double JEOPARDY The ARTICLES OF THE U.S. CONSTITUTION; The EX POST FACTO LAW.

2 > The DEFENDANTS VIOLATED The PLAINTIFF Rights under STATE Law, FEDERAL LAWS, THE APA THE ADA, AND Rehabilitation ACT, AND OTHERS Rights.

3 > The DEFENDANTS VIOLATED The PLAINTIFF Rights UNDER Regulations AND DIRECTIVES AND Policies.

B >. Issue an injunction ORDERING DEFENDANTS TO REMOVE THE Plexiglasses FROM ABREU CELL DOOR / CELL bar, REMOVE the CELL SHIELDS AND to TERMINATE, the SPECIAL Suits, ORDERS to TERMINATE the DEPRIVATIONS AND TERMINATE The RESTRAINED ORDERS TO TERMINATE The SPECIAL Placards / Signs, Placed FRONT ABREU CELL.

C > Issue an Injunction ORDERING The DEFENDANTS OR their Agents their Successors in office; Employees and all other Persons acting in CONCERN and PARTICIPATION with Them

1) PROVIDE ABREN WITH HIS EYE GLASSES WITH 5V. TRAYS LENS.

2) PROVIDE ABREN WITH HIS MEDICAL BOOTS

3) PROVIDE ABREN WITH HIS BACK BRACE,

4) PROVIDE ABREN WITH A COLONOSCOPY,

5) PROVIDE ABREN WITH A HAND SURGERY FOR HIS CARPAL TUNNEL

6) PROVIDE ABREN WITH PROPER PHYSICAL THERAPY AND PROPER PAIN MEDICATIONS

7) PROVIDE ABREN WITH HIS LIPITOL CLARITIN MEDICATIONS, AND HIS NASAL SPRAYS

8) PROVIDE ABREN WITH HIS MENTAL HEALTH MEDICATIONS

9) PROVIDE ABREN WITH ALL NECESSARY AND PROPER AND ADEQUATE MENTAL HEALTH SERVICES, PROGRAMS, AND TREATMENTS

10) PROVIDE ABREN WITH ALL PROPER AND ADEQUATE MEDICAL AND MENTAL HEALTH EXAMINATIONS, AND EVALUATIONS BY SPECIALISTS

11) AND (A) ORDERING THAT LEGAL COPIES BE PROVIDED ABREN (B) SPANISH STATIONS BE PLACED IN THE SHU RADIO HUB (C) AND THE HOT WATER FOR ABREN KOSHER MEALS BE PROVIDED FOR THE DEFENDANTS (D) INCLUDING ALL SPANISH MATERIALS OF THE WHITES ABREN IS ENTITLED TO RECEIVE IN THE SHU.

D) ISSUE AN INJUNCTION ORDERING THAT ALL TICKETS HEARINGS, AND SENTENCES BY EXPUNGED FROM ABREN RECORDS DESCRIBED IN COMPLAINT.

(E) Issue on Injunction Ordering to the Defendants Provide Abreu with Spanish Translation and Interpreters in Hearings in Sick-Call services, Medical services, in Counseling services, in Mental Health services and Interviews, in Grievances and Complaints Investigations and Interviews in Inspector General Office/Office of Investigations Interviews, in Therapy, ect. Such as Mandate and Required the U.S. Dept of Justice, The Civil Rights, the Agreements, and any others Rights and laws.

(F) Issue on Injunction Ordering to the Defendants to Return Abreu all and Each of his Magazines and Newspapers Be this Regular or Porn or Nude Mags.

(G) Issue on Injunction Ordering to the Defendants to Pay all Abreu, Damages Personal Properties Legal Materials, and missing or loss or Destroyed Personal Properties or belonging Items Made by the Defendants, without Abreu permit/consent

(H) Issue on Injunction Ordering to the Defendants to Repair, and Fix Immediately Abreu Cell Water from His Cell Sink.

(I) Issue on Injunction Ordering to the Defendants to Provide Abreu with long Johns Top/Bottom in the SHU for to Fight the Cold Conditions in the SHU cell, the which is Extremelly cold.

(J) Issue on Injunction Ordering to the Defendants to Stop the violations of the Kosher meals in the MHU obs. cell to Provide Hot waters to the MHU obs cells and Stop/Cease the inapproriate Strip searches, in the MHU obs cells and in SHU.

#(101,)

(K) Issue on Injunction ordering the Defendants to provide Abreu protections from those who are trying to assault him or /and or those who has already assaulted him and sexually harassed Abreu. And protections to his personal properties legal materials legal books and belonging properties, the which they has access.

(L) Issue on Injunction ordering the Defendants Annucci, Lempke, Chief Inspector General, ect, to file charges (criminal charges) against those those who assaulted Abreu with hot waters burned part of his body, and those who allowed to this those to do so.

(M) Issue on Injunction finding the policy and directive about inmate exposure control, and special suits to be unconstitutional and discriminatory. **To those** /**OFFENDER/Inmates who wear the suits** to suffer serious humiliations and serious threats to their security, safety and wellbeing, including to the inmates family and loved one who came to visit to they, and will suffer reprisals. And humiliate, to **our own** family the which don't have nothing to do with the prison system such as **for** to pay that unnecessarias humiliations or danger that provoke the special suits in those inmates such as Abreu who wear it involuntarily, and **forcely**, against he desire/wish.

(N) moreover the special suit/exposure suit clearly violate also the constitution under the theory of the rights to privacy because prisoners are constituti- entitled to privacy, because prisoners may not be put on display for the entertainment of the public or prison officials. See eg Lauro v. Charles 219 F.3d 202, 203 (2d cir 2000), Demery v. Arpaio 378 F.3d 1020 1029-39 (9th cir 2004) Anderson v. Romero 72 F.3d 518 (1995) and cases cited.
# (102 )



ERIFICATIONS

State of New York )
County of Erie ) ss.:

CARLOS ABREU, being, Duly Sworn, says:

I am the plaintiff above named; I have
read the foregoing Complaint against each
Defendants stated in the Complaint and
Claims. AND know its Contents; the
Same is true to my Knowledge, except
as to the Matter Therein stated to be
alleged on information and belief, and
as to those Matter, I believe it to
be true

Dated: 3/15/2015
    Erie County N.Y.S.

CARLOS ABREU
Wende Corr, Fac.

Sworn to before
me this 15
Day of March 2015
            Benjamin E. Wilson
    Notary Public

BENJAMIN A WILSON
NOTARY PUBLIC STATE OF NEW YORK
ERIE COUNTY
LIC. #01WI6298376
COMM. EXP. 3-10-15

# (104)

(O)    AWARD COMPANSATORY DAMAGES AND
ORDER DEFENDANTS TO PAY COMPENSATORY
DAMAGES TO PLAINTIFF ABREU

AWARD PUNITIVE DAMAGES AND
ORDER DEFENDANTS TO PAY PUNITIVE
DAMAGES TO PLAINTIFF ABREU

" — OR —
ALTERNATIVELLY "

(P) *) AWARD COMPANSATORY DAMAGES IN THE
FOLLOWING AMOUNTS

1) $ 25,000,000 (25 MILLIONS OF DOLLORS)
JOINTLY AND SEVERALLY AGAINST ALL
THE DEFENDANTS

(Q)    *) AWARD PUNITIVE DAMAGES IN THE
FOLLOWING AMOUNTS

1) $ 10,000,000 (10 MILLIONS OF DOLLORS)
JOINTLY AND SEVERALLY AGAINST ALL
THE DEFENDANTS

(R) "GRANT SUCH OTHER RELIEF AS IT MAY APPEAR THAT PLAINTIFF
IS ENTITLED."

DATED: 3/15/2015.

CARLOS ABREU
# 99A3027
SHU-42-17 CELL
WENDE CORR FAC
WENDE RD. P.O.
BOX 1187
ALDEN, N.Y. 14004-1187

PURSUANT TO 28 U.S.C.F 1746
I DECLARE UNDER PENALTY OF
PERJURY THAT THE FOREGOING IS
TRUE AND CORRECT
DATED 3/15/2015
# ( 103 )

URGENT

TO: JASON D. EFFMAN
Associate Commissioner
N.Y.S. DOCCS Building #2
1220 Washington Avenue
Albany N.Y. 12226.2050

From. CARLOS ABREU
# 99A3027
SHu. 42.14 cell
Wende Corr. Fac.
Wende Rd P.O Box 1187
Alden, N.Y 14004

Date. 3/12/2015

Re: The abuses continue/staff misconducts

Dear MR. Effman.

On 3/04/2015 you sent to the Inspector
general Investigator to Investigate My
Complaints Regording Sexual Horassment From
Counselor Skubis And C.O Hamilton in the
SHu. After of the Interview with I.G.
Office/Office of Investigations (Investigator)
The SHu Sgt Meora to Interview me also

(1)

Regarding the same issues, I.G. Investigator was still inside of the room when the Sgt Meoka go inside to interview me, about the same complaints.

Approx. 20 to 30 minuts I.G Investigator left, when I was inside of my cell the C.O. Hamilton in retaliations for the Investigations against him and skubis go behind my cell wall where are placeds the Connections of the sink and toicot, and knock and kicked my cell back wall and yelling me you will go see now mother- -kucker, I will go kill you, fucking bitch and then alot of waters in a pressureing manner storting to coming out from my sink, the water has so many pressure that it touch the ceiling of my cell, and cell door, He keep it for several minuts weting me, my bed, clothers, legal materials legal Books (propertiens) after He left and walk front my cell door to look the damages He modes inside of my cell, He walking again

(2)

AND DID THE SAME THINGS TO ME, NOW
WITH HOT WATERS. ON 3/5/2015 EARLY
IN THE MORNING APPROX 6:30 AM TO 7:30
AM WHILE I WAS SLEEPING AND RESTING ON
MY BED HE DID THE SAME THINGS, HE CONNECTED
THE HOT WATERS IN HIGH PRESSURE BURNED
SOME PARTS OF MY BODY, FLOODED MY CELL
AND DAMAGES MORE MY PROPARTIES AND
FORCED TO SLEEP ON WET BED BLAKETS
SHEETS, THEN WHEN HE SERVED THE BREAK-
- FAST. HE GAVE ME A TRAYS AND CUPS
~~Food~~ FULL OF WET TOILET POPERS. (THERE
NO WAS FOODS IN ALL ONLY WET TOILET
POPERS )

THE L.T. KELNON, AND STH SGT MEORA
WERE MAKING ROUNDS IN THE STH APPROX
30 MINUTS AFTER THE BREAKFAST, I REPORT
THE INCIDENT TO THEY AND SHOWED TO THEY
THE CELL ALL WET, BED SHEETS BLAKET POPERS
CLOTHERS ECT. THEY ONLY SMILED WHEN THEY
SAW ALL THIS, INCLUDING WHEN I REPORT TO
THEY ABOUT MY FOODS PROBLEMS & INJURIES
(3)

At Lunch time the C.O Hamilton And
the E.O.S. Did the same ogain
not feed me ony foods in all only
got toilet Poopers, they smiled when I
open the tray full of toilet Poopers.
Opprox. 6:00 PM the L.T. Lucos And
Sgt. Hodges were making rounds in the
SHU I Report the same incidents &
showed to they also proofs & evidences
that C.O Hamilton keep my cell waters
in High pressure too And turned off
my cold waters so I connot drink
waters. And showed to they the items
wet too, the Sgt Hodges get mob/ongry
that I stopped to the L.T. Lucos opprox
10 to do minuts ofter the C.O Kevin
Rospbock walked behind my cell ~~door~~
wall And calling me eh Bitch, suck.
my Dick eh Abren kill yourself, you
will go die we will go kill Jodi, Hamilton
And Sgt Hodges send you this. then a lot

(14,)

OF **HOT** WATERS STARTING TO COMING OUT
IN HIGH, HIGH PRESSURE BURNED MY FACE,
NECK, CHEST, AND ARMS IN DIFFERENT
PARTS, HE CONTINUE DOING SO OVER AND
OVER ALL NIGHT, LEFT AND COME (BACK
ON FORTH) I SCREAMING FOR HELP AND
YELLING TO HIM STOP, STOP YOU ARE BURNED
ME WITH HOT WATERS STOP PLEASE, WHILE
I COVERED MY SELF WITH MY MATS/BLAKET
AND MATTRESS, I ONLY HEARD HIM SMILED
ALOT, CALLING ME BITCH SUCK MY DICK DIE
I YELLED HIM YOU WILL GO, GO TO JAIL
YOUR HAVE BURNED MY SKIN AND PROVOKED
INJURIES, HE YELL I DON'T CARE, I AM
READY TO GO TO JAIL.

I WAS DENIED OF MEDICAL CARE, AND
I FILED SICK. CALL REPORTING MY INJURIES
TO NURSE GLORY AND REPURTING TO SHE THAT
C.O'S NOT WAS FEEDING FOODS. SHE COME TO SEE
ME FRONT MY CELL ON 3/06 /2015 IN THE MORNING
A LONG WITH C.O. HAMILTON WHO MAKE SIGN TO SHE

(5)

Don't Report the Incident/ My injuries
she Refused to Report this to the Supt
or watch commons /Coptain or D.s.s for
that photos can be take of my Injuries
she Refused to observe my chest neck
& Face, alleges that she cannot to see
me well due to the plexiglass placed front
my cell, she only allow me to show to
she one Arm. via feed chute/Hatch, she
Refused to put me out of the cell for
Examinations And Refused to allow me
see a doctor. This is very clear that
they are trying to cover up the incidents,
And my serious injuries they don't to
provide me nothing in all for the pains
on my skins. I showed to she proofs
that the water continue in high pressure.
I need your Help And I feel
my safety threated in whole C.F and
Supt Lempke, DSS Brown, she Sgt Neora
Sgt Hodge, & L.T. Keenon & L.T. Lucas are
supporting all this Retaliations       And
16 ,

MISCONDUCTS OF C.O. HAMILTON , C.O.
S. AND THE OTHER C.O. against me
I HOPE YOU SENT TO I.G. IMMEDIATELY..

Thank you.
Sincerely

C/C: FILE

C/C: DOCCS COMMISSIONER ANNUCCI.
CC INSPECTOR GENERAL OFFICE
C/C MR BELLAMER DEPUTY COMMISSIONER
C/C: SUPT LEMPKE
C/C: DSS BROWN
C/C: N. Y.S. COMMISSION OF CORRECTION
C/C: F.B.I IN BUFFALO N.Y
C/C: U.S. DEPT. OF JUSTICE

TO: DSP Ms. CROWLEY
     WENDE C.F

FROM: CARLOS ABREU
       # 99A3027
       SHU - 42-17 Cell

DATE: 3/10/2015

RE: Legal copies in The Law Library

DEAR MS. CROWLEY:

I SENT TO The Law LIBRARY Two Manila
Envelopes, for Legal Copies This HAVE been
Already, ONE ENTIRED MONTH AND I Have
not yet Received any of my Legal copies.
The L.T. Lucas Recommended me To write To you.
He alleged That The Law LIBRARY Has FOUR
(4) Manila Envelopes, Waiting That you approve
The Legal copies. The Sgt Connell's Has it
FOUR Manila Envelopes in his position.

1> Manila Envelope Was sending To The Law LIBRARY
   On Feb/10/2015 for Typing services and
   Six (6) Legal copies.

1> Another Manila Envelope Was sending To The
   Law LIBRARY With Legal documents inside On Feb/12-14/
   2015, I asked for ONE copies Each Papers

1> On OR about Feb/17/2015, Other Manila Envelope.
   With Legal Documents Was sending To The Law Library.
   by me, I asked Two copies Each Pages.

1> AND Recently I Have sending other Manila
   Envelope To The Law LIBRARY On 3/07/2015
   With a Court Order from The Cayuga Supreme Court
                            (1)

ORDERED THAT I SERVE COPIES UPON THE ATTORNEY GENERAL OFFICE AND THE DEFENDANTS OF THE SUMMONS AND COMPLAINT AND DOCUMENTS ATTACHEDS.

SO, THERE IS A TOTAL OF FOUR MANILA ENVELOPES IN THE LAW LIBRARY THE WHICH I DON'T HAVE YET RECEIVED ONY LEGAL COPIES. I ATTACH TO EACH MANILA ENVELOPE, ON ADVANCE REQUEST FORM. PLUS A LETTER. FORM EXPLAINED THE NEEDS OF EACH COPIES. IN MY REQUEST FOR LEGAL COPIES THERE ARE DEADLINE, AND STATUTES OF LIMITATIONS.

PLEASE BE ADVICED THAT IF I MISSING ONY OF MY DEADLINES, AND STATUTES OF LIMITA-TIONS YOU WILL BE LIABLE OF ALL THIS.

RESPONSIBLES (1) YOU. (2) ADSP HILL (3) SGT CONDUCCT (L.L.SUPV.) (4) C.O. WILSON L.L. OFFICER AND (5) SUPT LEMPKE. THE WHICH I HAVE ADVICED OF THE PROBLEMS WITH THE COPIES.

Thank you

CARLOS ABREU
# 99A3227
UNDE OF STATE
3/10/2015.

TO: COPY:
C/C: FILE

C/C: JUDGE BINDER
JINDCO SUPREME COURT

dc: JUDGE. MORK H. FORDRICH.
CAYUGA SUPREME COURT

C/C: COURT OF CLAIM CLERKS / SUPREME COURT OF ALBANY CLERKS

FEDEROL JUDGE SIROGUSA WESTERN DISTRICT COURT.
( 2 )

TO: Doccs Commissioner Annucci
N.Y.S. Doccs Building # 2
1220 Washington Avenue
Albany N.Y 12226

From: Carlos Abreu
# 99AJ027
Wende C.F
Stu. 42-17 cell
Wende Rd, P.O Box 1187
Alden, N.Y 14004-1187

Date: 3/10/2015

Re: Continue Problems with the Legal Copies

Dear Commissioner Annucci:

This is my four letters that I sent you regarding my legal copies. The law library sgt/ supervisor Mr Connolly, continue keeping my legal documents in the law library for an entired month. Refused or failed to provide me my legal copies or refused to return me back my legal documents. For that you can to understand well the problems I will go again to explain the issues./matters.

On 3/10/2015 I sent to the law library a documents (legal documents required tiping services of an appellant's brief and six copies.

On 2/14/2015 I sent a monila envelope with legal documents inside to the law library with on attached advance request form required one copy each pages.

On 3/17/2015 I sent another monila envelope —

(1)

With more legal documents asked and required two copies each pages, I also attached an advance request form, such as require Doccs Directive 4483 . , and facility policy SHU form and L.L form the maximum that this will take for to color OR be approved by the DSP ms. Crouley ore five (5) business days. All my 3 monita envolopes with legal documents inside has been confiscated by the L.L Sgt/Supervisor Connolly, without any authorizations by Doccs central office authorities or counsel office, The Sgt Connolly is doing all this with the only purpose of horossment retaliations abuse of authority to denial me access to the courts, interkering with my cases, and for onnoy me

Rocently on 3/6/2015 the cayugo supreme court Judge Mark H. Fondrigh, sent me a court order ordered me serve copies of the complaint summons and exhibits attached upon each deferdonts and upon the attorney General office, I gave the court order and all legal popers/documents that the Judge/ the court Bent me for make the copies to the Low Library's officer Mr. Wilson on 3/09/2015 Seven (7) days has passed already ons I have not yet recieved ony of my legal copies I believe the Sgt. Connolly has also confiscated this legal documents and court order too.

So, now they's has four monita envolopes full of legal documents. 3 from February 2015 and one now from March 2015, all this confis- cations ore unconstitutional and violate Doccs own directives, policy & regulations. I have legal deod lines and stotutes of limitotions, in such legal documents.

I have sroked alot of time for on entired me

(2,

TO THE SHU SUPERVISOR, SGT GREGOIRE, TO
THE SHU WATCH COMMAND L.T. LUCAS, AND
L.T. SOWA AND SGT MEORA. THEY TOLD ME
THAT THEY DON'T WANT BE INVOLVED IN THIS PROBLEMS.
THAT THIS ARE PROBLEMS BETWEEN SGT CONNOLLY AND
ME

I HAVE WRITTEN LETTERS TO THE SUPERINTENDENT
LEMPKO AND DEPUTY SUPERINTENDENT FOR PROGRAM
MS. CROWLEY AND HIS ASSISTANT MR HILL FOR.
ON INTIRED MONTH ASKED TO THEY FOR MY LEGAL
DOCUMENTS AND REPORTING SGT. CONNOLLY, AND
C.O. WILSON MISCONDUCTS AGAINST ME AND MY
LEGAL PAPERS, BUT THE SUP DEP AND HIS
ASSISTANT, HAS FAILED AND REFUSED TO
ANSWER OR RESPOND TO MY LETTERS OR
COMPLAINT, THE WHICH VIOLATE ALSO DOCCS
OWN DIRECTIVE. ABOUT CORRESPONDENCES.

I HAVE WRITTEN DAILY TO THE LAW LIBRARY CLERK
AND SGT CONNOLLY ASKED TO HIM FOR MY
LEGAL DOCUMENTS AND ASKED AND REQUIRED TO
HIM TO RETURN ME BACK ALL ONE EACH OF MY
LEGAL DOCUMENTS OF THE MONTH OF FEB/2015 (
3 MONICO INVOLPER FULL OF LEGAL DOCUMENTS )
HE AND THE CLERK HAS REFUSED TO DO, SO AND
HAS REFUSED INTENTIONALLY TO RESPOND, OR
ANSWER TO ANY OF MY LETTERS, VIA LAW-
-LIBRARY OR VIA MAIL.

THE LAW LIBRARY OFFICERS TOLD ME THAT SGT.
CONNOLLY HAS THE FOUR MONICO INVOLPERS WITH
MY LEGAL PAPERS INSIDE OF HIS PERSONAL LOCK, &
THAT HE HAS PROHIBITED THAT THE LEGAL DOCUMENTS
BE RETURNED BACK TO ME THEY ALLEGED ME, THAT
HE IS MAD/ANGRY. OR UPSET THAT I HAVE WRITTEN
MULTIPLY GRIEVANCE COMPLAINTS AGAINST HIM, AND
THE LAW LIBRARY THAT NOW I AM RECEIVED RETALIATIONS
THAT HE DON'T CARE WHAT ALBANY SAY THAT HE NEED
ONLY TO DENIAL MY ALLEGATIONS AND ALBANY BELIEVE IN
HIM, ALSO THIS OFFICER THAT THERE IS A CONSPIRANCY

(3)

IN THE FACILITY LEVEE by SUPT LEMPKO DSP CROWLEY AND ADSo HILL, along WITH SGT. CONNOLLY, OF CONFISCATED all and each OK MY Legal DOCUMENTS OK THE WHITS I REQUEST COPIES; ALL THIS WITHOUT Albany approve OR authorizations

I Don't KNOW, WHAT THIS PEOPLE here TELL TO you OR TO your STAFF When You call here about INVESTIGATE MY COMPLAINTS but THERE ARE NOT no EXCUSES IN ALL FOR KEEP MY Legal DOCUMENTS For ON ENTIRED MONTH, and AFTER CONTINUE CONFISCATED ALL OTHER DOCUMENTS EVEN WITH A COURT ORDER OR EVEN I EXPLAINED TO THEY THAT I Have a Legal DEAD LINE AND THAT THE STATUTES OF LIMITATIONS FOR FILE ON ARTICLE 78 ON COURT OF CLAIMS CONTINUE RUNNED.

THEY HAS CONFISCATED ALL & EACH OK MY EXHIBITS FOR MY ARTICLE 78 REGARDING TIER III HEARINGS CONFISCATED ALL & EACH OF MY EXHIBITS. ABOUT MY CLAIMS. ECT THERE ARE NOT REASONS FOR TO DO SO, OR FOR TO INTERFERING WITH MY RIGHTS OF ACCESS TO COURTS. ALSO THE DENIAL OF RETURN MY OWN LEGAL PAPERS IF I Change OF MIND AND NO WANT THE Legal COPIES IS COMPLETLY WRONG AND UNCONSTITUTIONAL AND THE SAME SGTS & L.TS. ALLEGED THAT THEY DON'T WANT TO BE INVOLVED IN THIS PROBLEMS, SHOW TO YOU THE CONSPIRACY, THAT THEY KNOW WHAT IS going ON, but THEY DON'T WANT TO ME., THIS IS UNBELIEVE THAT ONLY ONE SGT/SGT CONNOLLY CAN CONTROL AND MANIPULATE ALL A FACILITY TO HIS SUPERIORED, TO HIGH OFFICIALS TO THE ENTIRED ADMINISTRATION, AND TO DOCCS IN Albany. HOW MUCH MORE TIME I NEED TO WAIT FOR GET MY Legal PAPERS back OTHER MONTH? TWO MONTH? 3 MONTH? ONE YEAR? FILE A § 1983 IN FEDEROL COURT REPORTED ALL THIS abuses & RETALIATIONS? PLEASE LET ME KNOW WHAT I SUPPOSED IN THIS SERIOUS PROBLEMS IN WHICH

(41

Please send immediately to the Inspector General Investigator who can come here to Handle (1 to investigate Sgt Connolly misconduct) against me and C.O. Wilson misconducts. I believe this is the best that you can to do in this moment, because continue called to this administration or forword to they my letters for investigations, And answers only they will go continue lied to you, And trying to cover up the misconducts or conspiracy or retaliations or harassments against me. The counsel office appear also don't have any control of the Low Library Here and of staff misconducts and this is possible that they also are lied to Him provided false or fabricate, or manipulate response, answer or investigations The best in this point is you send to Handle of a fair IG office / office of investigations Investigator And stop immediatley the staff misconducts about The Low Library And my legal documents And against me.

I Hope that you can resolve all this matters And problems in this time, as soon as possible.

Thank you.

Respectfully Submitted

by Carlos Obie
(Arlos S. # Pagh 308)

Wende C.F.
SHU. 42-17 Cell

CC: N.Y.S. Commissioner of
Correction And
N.Y.S. Governor Cuomo.
U.S. Dept of Justice
Office of Civil Rights.
And U.S. President Mr Obama
(White House.
                 - File        (5)



125 Broad Street
New York, NY 10004
212.607.3300
212.607.3318
www.nyclu.org

**NEW YORK CIVIL LIBERTIES UNION**

CONFIDENTIAL LEGAL MAIL
TO BE INSPECTED ONLY IN THE PRESENCE OF THE PRISONER

April 22, 2014

Carlos Abreu
DIN 99A3027
Auburn Correctional Facility
PO box 618
Auburn, New York 13024

Dear Mr. Abreu,

Thank you for contacting the New York Civil Liberties Union concerning your current situation and the denial of medical treatment, due process, access to records and other services while in the SHU. Unfortunately we are unable to take on your individual case since we have a limited staff. However we are enclosing a list of Prisoners Rights organizations that we suggest you contact for help as well as a list of Administrative Remedies that may pursue.

You are also receiving this letter because you are a potential class member in a federal lawsuit, *Peoples et al. v. Fischer et al.*, 11 Civ. 2694 (SAS) in the Southern District Court of New York and have contacted the New York Civil Liberties Union ("NYCLU") or the law firm of Morrison & Foerster requesting legal assistance related to the Special Housing Units ("SHUs") operated by the New York State Department of Corrections and Community Supervision ("DOCCS"). This letter is intended to inform you of what the litigation does *and does not* do, to update you about recent developments in the *Peoples* litigation, and to inform you about how to communicate with the plaintiffs' lawyers about the SHU reform process now underway.

## THE STIPULATION AGREEMENT REACHED IN *PEOPLES V. FISCHER*

The NYCLU and the law firm of Morrison & Foerster represent three plaintiffs in the *Peoples* lawsuit against DOCCS officials. The lawsuit challenges DOCCS' policies and practices regarding SHUs. The goal of the lawsuit is to reform SHU policies, specifically those regarding who is placed in SHU, for how long, and under what conditions.

For the last ten months, the plaintiffs' attorneys and DOCCS have conducted settlement negotiations about reforms to the disciplinary SHU system. On Wednesday, February 19, 2014, the parties filed court papers, a "Stipulation." The Stipulation is an agreement to put the lawsuit on hold for two years while DOCCS will undertake initial reforms to SHU policies and conditions.

The New York Affiliate of the American Civil Liberties Union | Jonathan Horn, President | Donna Lieberman, Executive Director

CONFIDENTIAL LEGAL MAIL

During this time, two experts will issue recommendations for further reforms throughout the entire SHU system. A description of the actions to be undertaken is included in the enclosed press release.

If the process is successful, we expect to enter into a final settlement agreement by the end of the two-year period. If the process is not successful, we will go back to court.

### THE LITIGATION DOES NOT PROTECT ALL YOUR LEGAL RIGHTS

The lawsuit is a potential, or "putative," class action. A class action permits individual plaintiffs to represent a group, or "class," of people who share an interest in a particular legal dispute. In this case, the three individuals who filed this lawsuit asked to represent all prisoners currently in DOCCS's custody as members of a class.

However, the plaintiffs in a putative class action are _not_ permitted to represent the members of the class until a court grants the plaintiffs' motion to proceed as a class action, which is called "certifying" the class. In this case, the plaintiffs agreed to the Stipulation before any motion for class certification was filed, so no class action of any kind has been approved by the court at this time and the plaintiffs and their counsel do not represent you.

If the reform process fails and the parties end up back in court, the plaintiffs expect at some future date to file a motion to certify the class. If the court were then to grant approval and certify the lawsuit as a class action based upon the class definition currently proposed by the plaintiffs, all prisoners currently in DOCCS' custody would be class members. The plaintiffs seek only policy changes on behalf of proposed class members. The plaintiffs do not seek any money damages on behalf of proposed class members. Even if this case eventually moves forward as a class action, class members who believe they are entitled to receive money damages for their treatment in SHU would have to file an individual lawsuit to obtain damages.

While the reforms plaintiffs are hoping to achieve through the reform process would benefit all DOCCS prisoners if the process is successful, it is important for you to understand that no class action has been certified in this case at this time.

If you believe that your rights have been violated with regard to a SHU placement, you should seek independent legal advice. You should know that the Prison Litigation Reform Act requires prisoners to exhaust all available administrative remedies before filing a federal lawsuit. Enclosed is a fact sheet that describes the process of filing a grievance and a disciplinary appeal. Failure to exhaust administrative remedies may result in you permanently forfeiting important legal rights. The currently pending litigation does not preserve all your rights and it does not modify the administrative remedies discussed in the enclosed fact sheet.

### CORRESPONDING WITH THE PLAINTIFFS' LAWYERS ABOUT THE REFORM PROCESS

CONFIDENTIAL LEGAL MAIL

As the reform process continues, the NYCLU and Morrison & Foerster benefit tremendously from hearing from current prisoners about their SHU sanctions or SHU conditions of confinement. We are also interested in hearing from individuals who have had recent experience with any process that has involved a review of SHU sanctions and the consideration of time cuts. Receiving letters from you helps us stay informed and better understand what is actually happening on the inside. We constantly review this correspondence and use it to inform our understanding of what is going on inside the facilities.

If you would like to send us letters, copies of misbehavior reports, dispositions imposing SHU sanctions, grievances, appeals, or any other documents, we encourage you to do so and we welcome your correspondence, but please keep the following in mind:

- Even if you send us your documents, we are not agreeing to assist you with any individual legal claims and you remain solely responsible for seeking independent legal advice and for protecting your own legal rights;

- Please do not send us originals or copies that you need to be returned to you, because we will not be able to return them;

- Given the volume of mail that we are currently receiving, we will not be able to respond individually to each letter we receive.

- Please write "Peoples case" on your envelope.

We are, however, reading and reviewing your correspondence and it is extremely valuable in informing our work. We will write you periodically whenever we have a public update that we can share with you about the reform process.

Finally, you should know that the reform process is being watched nationally, and that many people across the country are thinking about and supporting reforms to SHU for all prisoners in DOCCS.

Sincerely,

Legal Intake Committee

Legal Intake Committee
New York Civil Liberties Union

PRIVILEGED AND CONFIDENTIAL

### VI. Sample Grievance

Any disciplinary appeal or grievance you file must reflect true and accurate facts about your particular situation, for example:

- If you are filing a grievance about the **length of a SHU sanction**, you may want to follow the language for the disciplinary appeal, on page 5 above.

- If you are complaining about the **conditions of confinement** in SHU, you may want to include language like the following:

> "I am grieving the severely harmful conditions in SHU at [NAME OF CORRECTIONAL FACILITY]. Confining a human being in an isolation cell with little or no human contact or other stimulation is mentally and physically damaging, and violates my rights under New York law, the United States Constitution (including the Eighth Amendment and Fourteenth Amendment), and human rights treaties. I request that DOCCS take immediate action to alter the severe conditions of confinement in SHU, including permitting me more out of cell time and more human contact, more visitation, and more programming and recreation with other prisoners."

- If you are complaining about being **double-celled** in SHU, you may want to include language like the following:

> "I am grieving the fact that I have been double-celled with another prisoner in the SHU at [NAME OF CORRECTIONAL FACILITY]. Confining two people to a SHU cell and recreation pen that they are locked in 24 hours a day, with no meaningful programs or other opportunities to leave the cell, and no privacy for defecating or showering, violates my rights under New York law, the United States Constitution (including the Eighth Amendment and Fourteenth Amendment), and human rights treaties. I request that DOCCS stop double-celling prisoners, including me, in the SHU."

PRIVILEGED AND CONFIDENTIAL

## V. Sample Disciplinary Appeal

Any appeal you file must reflect true and accurate facts about your particular situation. Below is a sample form letter that you may want to consider as a model when filing your appeal.

Dear Acting Commissioner Annucci:

I am hereby appealing from a determination of the following Superintendent's hearing:

Hearing held at [NAME OF CORRECTIONAL FACILITY]_____

Date of Disposition:_____

Date of Incident:_____

Disposition Received:_____

In accordance with Section 254.8 of Title 7 NYCRR, I request that you review and reverse my Superintendent's Hearing.

The SHU sentence that I received violates my rights under New York law, the United States Constitution, and human rights treaties.

The following procedural violations occurred during my hearing: **[List all the procedural violations that you believe happened during your hearing. If applicable, include language like the following that emphasizes the severity of your SHU sentence]**

My SHU sentence places me on 23 hour lock-down without meaningful programs or recreation, even though I do not pose any threat to the safety of other prisoners or correctional staff. This SHU sentence is disproportionate to the rule violations that I was charged with. I request an immediate transfer out of the SHU and a return to general population. I further request that DOCCS stop sentencing prisoners, including me, to the SHU for disciplinary purposes.

[NOTE: If you are seeking programming and treatment rather than just punishment, you may want to request that programming. For example, if you received a drug-related disciplinary ticket (e.g. dirty urine) and you want access to substance abuse treatment, you may want your appeal to include a description of the type of treatment you seek and explain that a SHU sentence prevents you from obtaining adequate treatment and avoiding future drug-related disciplinary infractions. Or if you need mental health counseling, you can request that.]

Please notify me of your decision.

Sincerely,
[YOUR NAME]
[DIN #]
[COMPLETE FACILITY ADDRESS]
