**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
ROCHESTER REGIONAL OFFICE

December 29, 2015

*Via mail and facsimile to: (585) 613-4325*

Hon. Elizabeth A. Wolford
United States District Court Judge
Western District of New York
100 State Street,
Rochester, New York 14614-1309

RECEIVED
ELIZABETH A. WOLFORD

DEC 29 2015

United States District Judge
Western District of New York

Re:   *Abreu v. Farley, et al.*, 11-CV-6251

Dear Judge Wolford:

　　I am writing to update the Court regarding Mr. Abreu's access to his legal papers in advance of the conference scheduled for January 12. I have spoken with staff at Great Meadow, and they have informed me that Mr. Abreu has not requested his bag of legal work be switched out for another bag in the past two weeks. Staff informed me that Mr. Abreu indicated he is refusing to participate in the process as a form of protest because he believes he should receive additional bags in his cell. If Mr. Abreu changes his mind and does request a new bag, it will be provided to him by close of the next business day, and the request and response will be recorded.

Respectfully submitted,

HILLEL DEUTSCH
Assistant Attorney General

HD:sh
cc: Richard A. McGuirk, Esq.