UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
———————— x ———— x ———— x ———— x —

CARLOS ABREU

Plaintiff

V.S

UNITED STATES DISTRICT COURT
FILED
JUL 11 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

KEVIN J. BROWN (DSS)(WENDE)
ROBERT HAMILTON (C.O)(WENDE)
EDWARD MEYER (CAPT)(WENDE)
JEFFREY KERNAN (L.T)(WENDE)
MICHAEL LUCAS (LT)(WENDE)
JACK MEARA (SGT)(WENDE)
DANIELLE HODGES (SGT)(WENDE)
JOHN LEMPKE (SUPT)(WENDE)
ELIZABETH BLAKE (INSTITUTION STEWARD)(WENDE)
MICHELLE AMBROSOLI (NURSE ADMINISTRATOR)(WENDE)
PAULA BOZER (PHYSICIAN/DOCTOR)(WENDE)
ROSALYN KILLINGER (DEPUTY SUPT FOR HEALTH)(WENDE)
ALFREDO KUO (PHYSICIAN/DOCTOR)(WENDE)
STANLEY BUKOWSKI (PHYSICIAN/DOCTOR)(WENDE)
NICOLE FINK (OCCUPATIONAL THERAPIST)(WENDE)
EILEEN EVELINA (NURSE ADMINISTRATOR)(WENDE)
STEVEN FURLANI (EDUCATION SUPERVISOR)(WENDE)
SARAH GODFREY (PHYSICAL THERAPIST)(WENDE)
TIMOTHY GORNY (NUTRITIONAL ADMINISTRATOR)(WENDE)
JOEL GRODEN (SENIOR LIBRARIAN)(WENDE)
NICOLE HEARY (DOCS HEARING OFFICER)(WENDE)
MICHAEL A HILL (ASSISTANT DSP/AREA COMPL.(WENDE)
SCOTT LEUTHE (MEDICAL NURSE PRACTITIONER)(WENDE)
JACQUELINE LEVITT (FACILITY HEALTH SERVICE DIRECTOR)(WENDE)
LESLIE LISSON (OMH SOCIAL WORKER)(WENDE)
DANIELLE PARKER (PHYSICAL THERAPY ASSISTANT)(WENDE)
JENNIFER RIVERA (OMH SOCIAL WORKER)(WENDE)
JENIFER HAGGERTY (OMH SOCIAL WORKER)(WENDE)
ARNOLD ROBINSON (OMH NURSE ADMINISTRATOR)(WENDE)
MR. BEEBE (SGT)(GMCF) #(11

AMENDED COMPLAINT

CIVIL NO.
14-CV-6599

JURY TRIAL
DEMANDED

J. WESTON (CORRECTION OFFICER AT GREAT MEADOW)
BRYAN HILTON (ASSISTANT COMMISSIONER)(DOCCS ALBANY)
MS. REDDING (NURSE OF INFECTIONS DISEASE (DOCCS ALBANY)
Jill GRANT (RISK MANAGEMENT SPECIAL (OMH/GMCF MEADOW)
MR J. IVES (OMH clinician at GREAT MEADOW/GMCF.
MS PAL (OMH PSYCHIATRIST AT GMCF)
MR JACKSON (OMH UNIT CHIEF AT GMCF)
Albert PAOLANO (DOCCS physician/DOCTOR AT GMCF)
DAVID KARANDY (Facility Health Service Director/GMCF
MR THOMS (First Deputy Superintendent at GMCF
KEVIN P. BRUEN (DEPUTY COMM/COUNSEL DOCCS ALBANY
C. BASCUE (SHU SERGEANT AT GMCF)
JEFFREY NABOZNY (Captain AT GMCF)
MICHAEL LYONS (MHU sergeant AT GMCF)
MR. DePOLO (CAPTAIN AT GMCF)
Michael GONYEA (CORRECTION OFFICER AT GMCF)
P. MELEGIO (DEPUTY SUPERINTENDENT FOR PROGRAM/GMCF
RDD EASTMAN (DEPUTY SUPERINTENDENT OF SECURITY/GMCF
C. MILLER (SUPERINTENDENT AT GMCF)
MR. Cleveland (CAPTAIN AT GMCF)
MARY HORRIS (NURSE ADMINISTRATOR AT GMCF)
CARL J. KOENIGSMANN (CHIEF DOCTOR AT DOCCS ALBANY
CARRICK N. JACKSON (OMH UNIT CHIEF/SULLIVA CF
MS COLLINS (ASSISTANT OF DSP & MENTAL HEALTH (GMCF)
L.T. WILLIAMS (LIEUTENANT AT GMCF)
L.T. BIRRELL (LIEUTENANT AT GMCF)
L.T. SCANLON (LIEUTENANT AT GMCF)
L.T. VLADYKA (LIEUTENANT AT GMCF)
SGT R LOWRY (SERGEANT AT GMCF)
SGT J. BYERS (SERGEANT AT GMCF)
SGT J. LEONARD (SERGEANT AT GMCF)
Rabbi MR KELLMAN (Rabbi AT GMCF)
MS. PEACOCK (DEPUTY SUPT ADMINISTRATION (GMCF)
EDWARD BURNETT (DEPUTY SUPT SECURITY (Sullivan CF)
WILLIAM F. KEYSER (SUPERINTENDENT AT (Sullivan CF
Gail WILLIAMS (DEPUTY SUPT ADMINISTRATION (Sullivan CF)
JAN SZABLICK (CORRECTION OFFICER AT (WENDE CF)
Patrick CONNOLLY (SERGEANT AT WENDE CF)
LARRY WYZYKOWSKI (OPTICIAN AT WENDE CF)
Laura SOWA (LIEUTENANT AT WENDE C.F.
LESLIE LISSON (OMH clinician AT WENDE C.F. SHU
MS. BOALL, OSI INV. (DOCCS Albany)# (2)

J. TELESCO (LIEUTENANT AT GREAT MEADOW)
C. BOICE (MEDICAL NURSE AT GREAT MEADOW).
SGT EVANS (SERGEANT AT WENDE CF).
BRIAN FREEMAN (SERGEANT AT WENDE CF).
PAUL REID (CORRECTION OFFICER AT WENDE CF)
JOYCE KRYGIER (OFFICER OF FOIL REQUEST/WENDE CF)
MICHAEL HERBINSON (CORRECTION OFFICER/WENDE)
HENRY MAGYAR (CORRECTION OFFICER/WENDE)
WILLIAM GREGOIRE (SERGEANT AT WENDE)
MICHAEL LUCAS, (LIEUTENANT AT WENDE CF)
MARY GEARY (MEDICAL NURSE AT WENDE CF)
CINDY FERROW (INMATE GRIEVANCE SUPERVISOR/WENDE CF.
JEFFREY HELF (COUNSELOR SUPERVISOR AT WENDE CF)
LISA LA PENNA (MEDICAL NURSE AT WENDE CF)
TAMARA DAVIS (MEDICAL NURSE AT WENDE CF)
RANDALL LABEDZ, (LIEUTENANT AT WENDE CF
MARYLISA HAYDEN, (MEDICAL NURSE AT WENDE CF)
JEFF MCKOY, (DEPUTY COMMISSIONER PROGRAM/DOCCS ALBANY
DEBRA MENNING (RISK MANAGEMENT SPECIAL (OMH ENYDC)
MAUREEN BOSCO (EXECUTIVE DIRECTOR OMH/CNYPC MARCY)
KEVIN ROSPLOCK (CORRECTION OFFICER AT WENDE)
K. LIPKA (MEDICAL NURSE AT GREAT MEADOW CF)
S. HAVENS (MEDICAL NURSE AT GREAT MEADOW CF)
M. ROGUE (MEDICAL NURSE AT GREAT MEADOW CF)
L. LAFRESCH (MEDICAL NURSE AT GREAT MEADOW)
P. PINK, (PSYCHIATRIC NURSE OF OMH AT GMCF)
R. LECLAIRE (PSYCHIATRIC NURSE OF OMH AT GMCF)
R. BRUNELLE (MEDICAL NURSE AT GREAT MEADOW)
M. VAN ORDER (MEDICAL NURSE AT GMCF.)
C. WATKINS (MEDICAL NURSE AT GMCF)
ANN MARIE T. SULLIVAN (OMH COMMISSIONER ALBANY)
DEBORAH J. MCCULLOCH (EXECUTIVE DIRECTOR CNYPC
MEAGHAN BERNSTEIN (RISK MANAGEMENT SPECIALIST/ OMH ENYDC
JASON D. EFFMAN (ASSOCIATE ASSISTANT (OMH, DOCCS - ) Albany
MEGAN YAISER (DOCCS REGIONAL HEALTH SERVICES ADMIN (ALBANY)
MS YUNE (DENTIST/DR AT GREAT MEADOW)
LINDA HOLLMEN (EDUCATION DIRECTOR AT DOCCS ALBANY
RICHARD MONTES (CHAIRMAN OFFICE LANGUAGE AT DOCCS ALBANY
ALEXANDRA KUINLAN (INMATE GRIEVANCE SUPERVISOR/GMCF
NEW YORK STATE
N.YS. OMH AND N.YS. DOCCS
DEFENDANTS.

#(4)

CHERYL MORRIS (DIRECTOR MINISTERIAL (DOCS ALBONY)
RICHARD MONTER. CHAIRMAN (DOCS OFFICE Longuge ACCESS/ALBONY
MARY J. D'SILVA DIRECTOR OF DENTAL SERVICES (DOCS ALBONY)
H. McCARTHY (OMH SOCIAL WORKER / GREAT MEADOW CF)
J. WINNEY (DOCS COUNSELOR/ORC AT GREAT MEADOW)
CHIEF OF SPECIAL INVESTIGATION /INSPECTOR GENERAL /DOCS ALBANY
SUSAN SCHUMACHER (DEPUTY SUPERINTENDENT ADMINISTRATION/WENDE)
MARGARET STIRK (UNIT CHIEF OF OMH AT WENDE CF)
DEBRA STUBEUSZ (PHISIZION /DOCTOR AT WENDE CF)
TAD ADAMS (ACTING DIRECTOR OF RISK MANAGEMENT / OMH
                                                        CNTRL
DIANE TOPOREK (MEDICAL NURSE ADMINISTRATOR /WENDE CF)
DENNIS WAHR (PHISIZION THERAPIST AT WENDE CF)
STEPHANIE ROMAN (CORRECTION OFFICER AT WENDE CF)
ROBERT SKUBIS (SHU COUNSELOR AT WENDE CF)
JEFFREY MAYER (CORRECTION OFFICER AT WENDE CF)
M. HAWK (SERGEANT AT GREAT MEADOW CF
DARRIN McGUIRE (LIEUTENANT AT WENDE CF)
ALAN HERDZIK (LIEUTENANT AT WENDE CF)
TAYLOR ROBERTS (SERGEANT AT WENDE CORR. FAC
K. WHITE (FOIL OFFICER AT GREAT MEADOW CF
LATASHA JOHNSON (CORRECTION OFFICER AT WENDE CF)
TED JENTZ (CORRECTION OFFICER AT WENDE CF).
DEAN MORRIS (SERGEANT AT WENDE CF).
LEWIS URBAN (SUPERVISOR COUNSELOR AT WENDE)
SERGIO VASQUEZ (CORRECTION COUNSELOR AT WENDE)
DIRECTOR OF NURSES NEAL (AT WENDE CF)
MR S. SIMMONS (CORRECTION OFFICER AT WENDE)
B. WILSON (LAW LIBRARY OFFICER SUPERVISOR/WENDE
STEPHEN ASH (REGIONAL HEALTH SERVICES ADMINISTRATOR (ALBONY)
                                                               DOCS
MR VONMER (MEDICAL NURSE AT WENDE CF)
SHAWN HYLAND (CORRECTION OFFICER)(AT WENDE CF)
ALBERT PRACK (SHU DIRECTOR AT DOCS ALBONY.)
D. VENETTOZZI (SHU DIRECTOR AT DOCS ALBONY)
KAREN CROWLEY (DEPUTY SUPERINTENDENT PROGRAM (WENDE)
KAREN BELLAMY (DIRECTOR OF GRIEVANCE PROGRAM (WENDE)
J. HALE (ASSISTANT DIRECTOR OF GRIEVANCE PROGRAM (WENDE)
NANCY J HEYWOOD (ASSISTANT OF DEPUTY COMM. COUNSEL OFFICE/AXIS
J. ARLISS (HAND SPECIALIST /ORTHOPEDIST AT SULLIVAN CF)
MARIA DIAZ (PHISIZION ASSISTANT AT SULLIVAN CF.)
GINGER EGGLER (NURSE ADMINISTRATOR AT SULLIVAN CF)
WLADYSLAW SIDOROWICZ (FACILITY HEALTH SERVICE DIRECTOR/SULLIVAN
P. SULLIVAN (LAW LIBRARY OFFICER AT GREATMEADOW CF

π 3)

1) All The Defendants Have acted And Continue To act, under Color of State Law at all Times Relevant To This Complaint.

2) All Defendants Are DOCCS And OMH Staff Officials Employees And Personnel And They Are Sued in Their individual Capacities.

3) The Defendants new York State The Department of Corrections And Community Supervision ('DOCCS') And The Office of Mental Health ('OMH') Are Parts of The United States of Northern America, And they Are Sued in Their individual And Official positions

4) The Plaintiff Carlos Abreu ('Abreu or Plaintiff') is a Prisoner in The State of new York in The Custody of The N.Y.S. DOCCS And N.Y.S OMH. States upon Personal Knowledges as To his action And Upon information And belief as To The actions of Others as Follows For his Complaint against The Defendants in This action.

PRELIMINARY STATEMENT

5) This is a civic action For Damages For matters occurring while Plaintiff was incorcerated at Wende Correctional Facility Sullivan Correctional Facility And Great Meadow Correctional Facility (Wende, Sullivan, And Great Meadow) —

under 42 U.S.C. § 1983 alleging, inter
alia deliberate indifference to
plaintiff's medical and mental health
needs in violation of the Eighth and
Fourteenth Amendments; physical and
psychological abuse; violation of plaintiff's
Fourteenth Amendment equal protection
Rights rooted in discrimination based
on his mental illness race and ethnicity.
Violation of plaintiff's First Amendment
Right to religious means access to the
law library, access to the court, and
access to reading materials law books
legal materials papers and legal documents.
Plaintiff also alleges unjustified, excessive
and improper use of force sexual abuses
sexual assaults and sexual harassments
by numerous defendants, who has also
conspired and retaliated against plaintiff
while plaintiff was confined in the special
Housing Unit ("SHU") and mental health
Unit ("MHU") at Wende Sullivan and
Great Meadow correctional facilities.

## "Jurisdiction"

6) This is a civil action authorized by 42
U.S.C. § 1983 to redress the deprivations
and assaults listed above, under color
of state law and Rights secured by the
Constitution of the United States. The
Court has jurisdiction over the plaintiff's
Claim under 28 USC §§ 1331, 1343 (3,
and (4) and 2201, and under Fed R Civ. P. 18 § 20(a)

7) The Court has supplemental jurisdiction
over the plaintiff's state law claims under

— 28 USC § 1367, AND The COURT HAS jurisdictions
TO HEAR Joindered Claims & Defendants under Fed R CIV. P 18 & 20(a)

## VENUE

8) VEnue is PROPER PURSUANT TO
28 USC § 1391 (6).

## FACTS

9) ON OR about JULY / 15 / 2014
ABREU WAS TRANSFERRED TO WENDE CF
STFU. FROM AUBURN CF STFU ( BOX TO
BOX TRANSFER )

10) ABREU ARRIVED TO WENDE STFU WITH
A MEDICAL PRESCRIBED MEDICATIONS AND
MEDICINES OF LIPITOL / ATORVASTATIN
FOR High Cholesterol ' CLARITIN FOR allergy
AND NABUMETONE FOR his PAIN PROBLEM.
He ALSO HAS A PRESCRIBED ASTHMA INHALER
FOR his ASTHMA PROBLEM.

11) ABREU WAS TESTED IN AUBURN CF
STFU FOR TUBERCULOSIS AND ON OR
About JULY / 09 / 2014 THE TEST Came
POSITIVE " ( T. B POSITIVE ) AND ABREU
WAS IMMEDIATELY placed iN T. B. MEDS.
FOR TO be TAKE FOR NINE (9) Straights.
MONTHS. ( PRESCRIBED FOR NINE straight MONTHS)
OR FOR ONE YEAR / 12 MONTHS / STRAIGHTS.

12) The T. B. MEDICATIONS CONSIST OF INH
900 mg AND B6. VITAMINS FOR AVOID that
The T. B. get ACTIVE, ABREU WAS SUPPOSED
TO TAKEN THE MEDS TWICE ( TWO (2) TO THE
WEEK DELIVERED BY A MEDICAL NURSE(S)

13) ON July/17/2014 a second test (T.B. test) was conducted in Wende C.F. stte. Again because the Defendant Doctor Levitt don't believed the first TB test taken in Auburn CF stte. However the test was again positive. So the quantiferon came TB positive and the DR Levitt spoked with the Defendont DR koenigsmann in central State Albany / DOCCS explained to him the problems then the T.B. meds were again approved and DR Levitt agreed to Re-prescribe the T.B. meds. after several days Denied Abreu his T.B. Medications.

14) The Defendonts DR Levitt, The DR Bozer, The DR. Bukowski, The nurse Practitioner Leuthe, The nurse administra- -tor Fucina, The DR stubewse, the nurse adminittrator Toporek, the nurse Practitioner Obertean, the medical nurse MR Vollmer, The medical nurse la Penna, The medical nurse Tomora Davis, The Director of nurse Neal and Deputy Superintendent for Health Services at Wende C.F. They Refused intentionally and in bad Faith Denied me medical core to Abreu medical conditions, Denied Abreu his medications, Denied him Regularly Sick call services, Denied him his T.B. meds, Denied him his Asthma Inhaler his Lipitoc and/or Clonidin meds, Refused to Re- -prescribe his orthopedic boots Back brace Hand brace Denied to MR Abreu treatments for his chronic pains in lower back Hand Left ankle /foot and treatments for his bleeding and pain in his Anus Rectal /stool

15) The Defendants DR Levitt She is
The Facility Health Service Director at
Wende CF And she alleged And told
me that she was Directed And ordered
by The Deputy superintendent for admi-
-nistration Ms. Schumacher The Deputy
Superintendent For Health services. Mr
Killinger, The superintendent Lempke,
And Dr Koenigsmann, Don't give Abreu
Nothing, or Limited medical Health core
because Abreu Has Two (2) Pendent Lawsuits
in The Western District Court, where The
Superintendent Lempke is a defendant along
with Dr Koenigsmann And other Doccs
officials. Also she alleged that The Counsel
office And The N.YS Attorney General
office Has Recommended And ordered to do so.

16) in Fact The Defendants Dr Levitt
Has Written an Affidavits against Abreu,
about And Regarding To The Pendents
Lawsuits in The western district court
in Abreu V. Farley Docket NO.# 11CV6251
Consolidated with Abreu V. Contraymor
The which She gave it To The N.YS Attorney
General assistant mr Hillet Deutsch
So this is very clear, There is a
Conpirancy And Retaliations against
mr Abreu, And a deliberate indi-
-fference To his medical needs, core
safety, well being, welfare, And Health.

17) The Defendant mr Killinger gave to
mr Abreu a similar Response That all
This Came From Doccs officials Dr Koenigsmann
And The Attorney General office, The
Doccs Counsel office Ms. Heywood, And
mr Bellnier, who is also a Defendant in Farley Case

#9)

18) The Defendant Levitt and the other medical defendants started and they continued with them open misconduct and violations of my rights from July/2014 to April/2015 because in April 2015 Mr Abreu was transferred to Sullivan CF.

19) The Defendants Levitt and Wyzykowski also denied Abreu his prescribed eye glasses with photo rays/tinted lents that Mr Abreu was in need. And that were missing and lost by prison officers in the shu. Mr Abreu was suffering of strong headaches double visions unable con read well unable con to focus objects pains in both eyes due to the light and sun light, but they also ignored Abreu complaints and conditions even Abreu showed to they documentary evidence that he is entitled to receive such lents.

20) The Defendants Nicole Fink and Godfrey were denied Abreu physical therapy and occupational therapy to which Abreu was in need. Mr Abreu had a hand surgery in March/2014 due to a broken hand. And Abreu, has also diagnosed with suffering of carpal tunnel syndromes, and the Dr/surgeon who has conducted the hand surgery in March/2014 has recommended and/or ordered pain medications physical therapy and a hand brace, but the defendants Fink, Godfrey, Levitt and Killenger has failed or/and refused to follow the recommendations directions/or orders & prescriptions or the surgeon/orthopedist, and specialists and doctors from out side hospital and from other correctional facilities

21) The Defendants Jennifer Rivera - Jennifer Haggerty, Leslie Litson, and Margaret Stirk were denied Abreu openly mental health care also they were denied Abreu his mental health / psychiatric meds, refused to stop front Mr Abreu cells in the SHU refused to talk with Mr Abreu refused privacy mental health interview with Mr Abreu writing multiply false tickets to Mr Abreu in retaliations for his multiply grievances and complaints against they and Docrs and OMH stook and officers and they also threated Abreu and covered many Incidents abuses and assaults that Abreu was suffering in the hands of prison officials in Wende c.f SHU, and the misconducts of medical stook against Abreu. The misconducts and violations, and deliberate indifference from this Defendants continued from July / 2014 to / through of March — April / 2015, placed Abreu health care safety well being, welfare, in an imminent danger.

22) The Defendant Rivera / Haggerty, she has written also several ticket reports in the year 2012  in the SHU at Wende and was doing the same or simikor mis-conducts and violations of Abreu right when Abreu returned to Wende c.f SHU in July / 2014.

23) The Defendants Hamilton, Mayer. Skubis & Powell were sexually harassed with improper and sexual misconducts and behaviors in different incidents happiness between the SHU and the mHu at Wende c.f in the year 2014 (July 2014 ) to / through March / 2015

24) THE DEFENDANTS HAMILTON, SZABLICK AND ROSPLOCK WERE BURNED ABREU WITH HOT WATERS, DENIED ABREU HIS MEALS AND FOODS, DAMAGED OR/AND DESTROYED ABREU LEGAL POPERS, WITH WATERS IN RETALIATIONS FOR ABREU FILE GRIEVANCES AND COMPLAINTS against THEY AND OTHER STAFF IN WENDE CF

25) ABREU WROTE GRIEVANCES AND COMPLAINTS REPORTING THAT C-O. HAMILTON HAVE SEXUALLY HORASSED TO ABREU FROM JANUARY/2015 TO/ THROUGH MARCH 2015 CALLED TO ABREU HIS MOMMI. HIS BITCH. HIS LITTLE GIRL AND ASKED ABREU TO SUCK HIS PENIS. AFTER C-O. 1 STARTED TO TOUCHED ABREU BUTTOCK INTENTIONALLY DURING ESCORTS/PAT FRISK.

26) ON MARCH/04/2015 THE INSPECTOR GENERAL INVESTIGATOR (OSI INV.) AND THE SGT MCRA INTERVIEWED ABREU SEPARATEDLY IN AN PRIVACY/INTERVIEW ROOM IN/LOCATED AT THE SHU AT WENDE CF ABOUT DEFENDANTS HAMILTON, AND COUNSELOR MR SKUBIT SEXUAL MISCONDUCTS against ABREU IN THE SHU.

27) ABREU EXPLAINED IG/OSI INV. AND SGT MCRA THE HAPPENED TO HIM. AND THE MULTIPLY HORASSMENTS MISCONDUCTS AND ABUSES against ABREU. BY THE DEFENDANTS.

28) HOWEVER APPROXIMATELY BETWEEN 20 TO 30 MINUTS AFTER THE INTERVIEWS WITH OSI INV. AND SHU SGT MCRA, THE C-O. HAMILTON WALKED FRONT ABREU CELL GAVE TO ABREU A LOOK LIKE HE WANT TO KILL ABREU. AND MAKE SIGNS OF THREATS. AFTER C-O. HAMILTON WALKED BEHIND ABREU CELL VIA THE CAT WALK BEHIND THE CELL WALL.

29) The Defendant Hamilton Then called to
MR Abreu yelling screaming AND Saying
" I will go To kill you Fucking Bitch "
I will go To Catch you, Fucking Homo, then
Abreu Listen AND Heard Alot of
Stronger noices behind His cell sink
AND Toilet the noices coming behind
Abreu Sink - Toilet That ARE Connected To
IN one Piece attached To The cell wall from
Where C.O Hamilton was The Area of The
Cat walk, Then alot of cold waters
were coming out from Abreu sink hole
in a way that The water was Touched
his cell ceiling cell Door bars, AND in alot
of Pressured the water was Hitting all
my cell Areas, From The ceiling To Abreu
bed clothing legal Materials / Papers
legal books (Abreu Has approx 22 bags of
legal materials inside of his cell in shu)
And the water was Hitting Abreu Too

30) When The water stopped Abreu Heard
To C.O Hamilton said yes bitch Taken it.
after C.O Hamilton walked front Abreu
cell looked the cell all wet And He
smiled Too. He walked again back To The
Cat walk / And put more waters in
Abreu cell. Again all intentionally And
in bad Faith.

31) On March / 05 / 2015 Early in The
Morning approx between 6:30 Am To
7:30 Am while Abreu was Sleeping
OR Rested / On his bed alot of Hot
waters Started To coming from his sink
The water was Extremely Hot. The Hot
water Hit Abreu body, burned 'him in Diffe-
-Dents Ports of his body.

32) The HOT WATER PROVOKED injuries And
Pains on Abreu SKIN And body Abreu
Heard Again The Voice of C.O. Hamilton
Yelled or Screamed saying yeah bitch
Abreu turned his cell Light on And
Saw all his bed body cell PROPERTY
Legal Papers / Books, completely wet
Lot of water on the floor too Abreu
was crying Due to his Pains his SKIN And Face
Area' were very Red.

33) The C.O. Hamilton Then yelled And Say
yes, bitch cry like a Little Bitch And
The C.O. Hamilton Left After the water
Stopped, laughed Too about all This.

34) The C.O. Hamilton And C.O. Szablick were
Delivered / served The Breakfast in the
SHU Approx 15 To 30 Minuts After the
Assaults. With The Hot water when They
Arrived Front Abreu cell (Abreu was
Located in the Last cell of The SHU gallery)
He asked To They for Medical Assistance
And Emergency Sick Call Services but They
were ignored Abreu Request, smiled And
Looked Back other, They gave Abreu, a
STYRO-FOAM Tray and a Cups' ("a
STYRO-FOAM Cups' when Abreu opened They
it was Full of Wet Toilet Papers.
They laughed a lot. They Don't give Abreu
No Foods in all For Two or Three Con-
-secutive Days. They make intentionally
And maliciously And were saying And
Ordered To The Medical Nurses And
Mental Health Stass Don't Report The
Incidents And Don't Report My complaints
in the Records. Also This Defendants were
Senting To other guards Also To Horass Abreu.

#14)

35) The Defendant Rosplock, a Correcti-
-onal Officer in Wende CF STHU, He also
Burned Abren with Hot water on
3/05/2015 in the STHU in the after
after the Dinner was Served in the
Unit, the COs were only served Abren
wet toilot Papers but not Foods in
all in Such Styro-Foam Trays And cups.

36) The C.O. Rosplock yelled Abren From
behind the walls of Abren cell via the
Cat walk saying the CO Hamilton, MR
Skubis And Sgt Hodges Send you a Message
then alot of Hot waters in Form of
Stream Storted to Caming out From Abren
Sink Hole, in Pressure, And He keep it
on For a long period of Time While MR
Abren was Yelling And Screaming Stop
Stop Stop please You Are Burned me
with the Hot waters it is burned My body
Stop Stop, but the Stream of Hot waters
Continued And Abren only Heard And Listen
To C.O. Rosplock saying "Suck my Dick Bitch
Die, Die Die "Ha, Ha Ha Ha then Abren
Yelled back to Him Saying You will go To Jail
if I Die And you will go To Jail And lost
Your Job Also But only Responded Abren
"I am Ready To go To Prison Ha, Ha, Ha, Ha.

37) The C.O. Rosplock He pass all the night
Back And Forth Due The Same Things over
And over From 6:00 PM to 10:30 PM to
11:00 Pm (The Change of shift) He also Denied
Abren Medical attentions, To Abren Serious injure
And Pains. And Abren also filed ForSick call

38) On 3/06/2015 Abren report his injuries To the nurse
but CO. Hamilton Ordered to She Don't Report Abren injurio

#15)

39) The nurse was the R.N. Geory a female nurse that was conducted the sick call services in the SHU, along with a new nurse ("unknow name") and the C.O. Hamilton was escorted both when Abreu report to R.N. Ms Geory about his injuries and pains, in the begon she alleges that she saw Abreu injuries but C.O. Hamilton then ordered to she don't report Abreu injuries pains or complaints so, she don't provides Abreu nothing in all. So both Defendants acted of a form deliberate and indifferent to Abreu injuries and pains. And an open conspiracy and cover up. Placed so Abreu safety security health wellbeing wellbeing core and welfare in an imminent danger.

40) The Defendants Hodges, Keenan, Brown, Crowley, Stirk, Killinger, Schumacher, Sowa, Fischer, E. Meyer, Lisson, Hoggerty, Rivera, Vasquez, Lucas, Meora, Hill, Morris, Jentz, Roberts, Herdzik, McGuire, Hilons, Wilson, Reid, Skubis, Herbinson, J. Mayer, Freeman and Mendel, Has further knowledge of the misconducts of the C.O.s. Hamilton, Mr Szablick, Rosplock, and staff misconducts against Abreu don't feeding foods Abreu violate his religious foods/meals burned Abreu with hot waters flooded his cell with hot and cold waters keeping the hot water in a high pressure the which burned Abreu lips tongue and face every time Abreu trying to drink water turned off hot cold water so Abreu was also unable con drink water they saw with them own eyes that the water was in high pressure was extremecly hot but the Defendants ignored Abreu conditions of a form deliberate & indifferent

41) The Defendants Has Also Further Knowledges
That The waters were Destroyed Abreu legal
Materials And The Defendant Stark only Told
Abreu to keep stronger And File Lawsuits
Reporting his Conditions of Confinement And
Staff misconducts Against Abreu. added That
"Maybe The court can Help you" That is what she
told Abreu. Also The Defendants Has Further
Knowledges of The Falses, Fabricateds And
Manipulate Tickets Reports That Staff And
Guards were Writing to Abreu And Also
Further knowledges That The Medical Staff
And Nurses were Denied Abreu his T.B
Meds, Lipitor Claritin Pain Medications
And Others Medical Care Attentions & Treatments
to Abreu Medical needs. but the Defendants
Covered up All This And ignored Abreu Harsh
Conditions of Confinements And Acted also
of a Form Deliberate And Indifferent to
his Complaints And multiple grievances explained
The Staff misconducts And Abuses That Abreu
was suffering in The Hands of corrupts
And Unprofessional Staff, officials & guards
From July/2014 to March/2015.

42) The Defendants Above They Regularly
Walk in The SHU And Several Work in
The Situ And Others Make Daily Rounds
in The Situ Such as L.TS And Captains
And Sgts/ Supervisors So That is impossible
That They Don't see/observed The incidents
And Impossibles that they Don't Has know -
- ledges about The incidents. Also Superin -
- Tendents And his Team eg DSS DSA DSP
his assistants Make Rounds one time in The
Week or more in The SHU And Mental Health
Staff Make Rounds Daily So Abreu Report
to They all This many times over, And over

#17)

43) The Defendants BROWN, LEMPKE,
MEYER, LUCAS, MEARA, ROBERTS AND GROWLEY
THEY Placed Abreu behind a Plexglass/cell
SHIELDS AND FORCED TO Abreu TO use also
a SPECIAL SUIT called EXPOSER CONTROL
SUIT. The Cell SHIELDS IT DON'T Has any
HOLES in the Plexglasses, PROVOKED Lack OF
AIRS LOCK OF VENTILATIONS LACK OF OXYGEN
AND LACK OF VENTILATIONS also FROM THE
VENTS AND LACK OF HEATING FROM THE OUT
SIDE HEATS. AND The SPECIAL SUIT, IT WAS
PROVOKED Abreu a LOT OF PROBLEMS, HORASSMENTS
SEXUAL HORASSMENTS THREATS FROM GUARDS AND
OTHER PRISONERS DENIAL OF MEDICAL AND
MENTAL SERVICES DENIAL OF Counseling services
UNABLE con to go or Receive RECREATIONS AND
VISITS IT also always was placed so tighted
TO Abreu neck AND THROATS PROVOKED
choking SENSATIONS Rash in his body, pains
in his neck AND THROAT because IT used a
LOCK behind The SUIT neck area TYPE Padlock
AND THE SUIT was TOO HEAVIN FOR con TO
walk AND TOO HOT THAT IT PROVOKED also
ASTHMA ATTACKS OR RESPIRATORY PROblems.

44) However, even MR Abreu REPORTING TO
THE DEFENDANTS AND MEDICAL STAFF his
CONDITIONS AND PROBLEMS with The Plexglasses
AND SPECIAL SUIT MR Abreu was FORCED
ANY way TO WEAR THE SUIT AND be in a
CELL WITH LACK OF AIR VENTILATION AND OXYGEN
AND HEATING IN SUMMERS AND WINTER TIME.
THEY / The DEFENDANTS CONTINUED APPROVED IT
EVERY each weeks AND EVERY 30 DAYS also
Regularly THEY REFUSED TO PROVIDE Abreu
WITH NOTICES AND ORDERS OF The SPECIAL SUIT
AND Cell SHIELD ORDER, Violated so, also Abreu
DUE Process Rights AND his U.S. CONSTITUTIONAL RIGHTS.

45) The Defendants Roman Roberts Mendez
Skubis, Stirk, J. Mayer, Rivera
Hoggerty, Lisson and others staff at
Wende CF were wrote multiple false tickets
and reports to Mr Abreu in Retaliations
for Abreu grievances and multiple complaints
against them, then the Defendants Heif
E Mayer, Heart Hill Furlani were assigned
to conduct the Hearings (Superintendent's
Hearing) appointed by Superintendent Lempke
However each of the Defendants were violated
Abreu, due process and his constitutional
rights to call witnesses to assistances and
to assistants denied documentary evidences and
directives that Abreu was in need excluses to
Abreu from his Hearings, don't allowed to Mr
Abreu to attend to his Hearing or to
participate in his Hearings conducted the Hearings
in a form arbitrary capricious bias discriminatory
retaliatory And trying to cover up the Defendants
Roman Roberts Mendez Skubis Stirk Rivera
Lisson and Hoggerty and other staff misconducts
Violations and Abuses against Abreu, from the
month of July / 2014 to march / 2015 violated
so Abreu 1st 8th and 14th Amend. Rights.

46) The Defendants (Rowley Hill Connolly
Wilson and Lempke were regularly denied
Abreu access to the law library, and access
to the courts they were denied Abreu
legal copies, legal postages several law
library materials, writing papers, manila
envelopes And corbon papers And other
legal supplies And interfering with open
cases, proceedings And actions in the courts
that Abreu has pendent, And trying to
impede that Abreu can to continue with his
legal activities And legal claims in the courts

47) Abreu Has be Forced To abandone several of his actions, lawsuits, cases And proceedings And others cases, proceedings cases And lawsuits were dismissed due to the defen- -donts misconducts. They Have clearly violated Abreu 1st And 14th Amend Rights U.S. Const.

48) The Defenbonts Blake, Lempke And Schumacher were also missing, throw away or not processed or/And filed Abreu facility claims about the damages, destructions And mishandled of Abreu legal materials Books And magazines And papers for several Defenbonts in whole or/ small. they were also Denied Abreu several of his claims, including the missing of abreu several bags of properties. The Defenbonts were Doing all this intentionally And in bad Faith in Retaliations And for try to cover up stores misconducts And abuses against Abreu. violate so Abreu Constitutional Rights under the 1st 4th And 14th Amend. Rights U.S. Const.

49) The Defenbont Bordinoro & Vazquez were assigned to assist abreu in his tickets but they also intentionally refused to provide Abreu with a good assistance, don't provided Abreu with many of his requests And in several occations don't come back to provide Abreu his requests, documents, papers & directives. The Defenbonts also conspired, against Abreu along with the Defenbonts Reinhardt, E. Meyer, Hill, Urban, Heary And Heif. in whole or/ small in Denied Abreu the proper assistances in his Tier III ticket reports. The Defenbonts Has violated the 1st And 14th Amend Rights U.S. Const. And violated also his Due process Rights, state Regulations, And the Correction Laws.

50) The Defendant Groden was Denied Abreu
general Library Materials And Denied
Abreu Spanish materials And the Defen-
- dant Furloni was also Denied Abreu Spanish
Materials And Bilingual Dictionaries Spanish
- English - English - Spanish And Denied Abreu
Proper Cell Studies Materials And Educations
all in Retaliations And Discriminations
For Abreu grievances And letters of Com -
- plaints against they. violated so Abreu
U.S. Const. Rights Under 1st And 14th Amend.
Rights And violate State laws And Federal
Laws And State And Federal Regulations.

51) The Defendant Ferron She was Regularly
Don't Processes Abreu grievances and Abreu
appeals to Superintendent And CORC she
also was Refused to make Rounds in
The SHu Denied Abreu Direct access to
The Inmate grievance Program She in Conspi-
Roncy with The Defendants Was trying to
Cover up staff, guards And officials abuse
And Misconducts And violations That Abreu
Was Suffering in the Hands of Corrupt
And Unprofessional Defendant in the SHu
in Wende CF. also all and each grievance
Complaints venting to The Inmate grievance
Program Are Readings And Reviewed by
IGP Supervisor ms Ferrow so she
Learned also of The Defendants misconducts
So she is part of this violations of Abreu
Rights when she get the knowledge of this
violations through The grievances And appeals
So her cover up placed Abreu Like safety
Security Health wellbeing welfare And care
in an Imminent Danger. She And the
Defendants Billoni Hale Lempke Annucci & Groway
Has violated Abreu is of 14th const Rights, of Regulations Laws + Direc

52) The Defendant Johnson was assigned to delivery legal mail (incoming legal correspondences,) and legal materials from the law library she regularly was milling Abreu incoming legal mails or not delivered Abreu his legal mails and law library materials that Abreu required in the law library forms. also Abreu filed multiply letters of complaints and grievances reported to the defendants Lempke Brown Growley Sowa E. Meyer Connolly Freeman Robert Hodges Meara Skubis Schumacher Lucas Keenan Morris Herdzik MCGuire and Hill the misconducts and violations of the C.O. Johnson against Abreu and his legal mails & L.L. request (legal materials from law library) the which Abreu believe were made in retaliations and discriminations for Abreu complaints and grievances against she and other staff and for the sign / plague that Abreu has front his cell with the word exposer and because Abreu was wearing the special suit. So the defendants acted of a form deliberate & indifferent to Abreu complaints and rights and violated Abreu 1st and 14th amend. rights, state & federal laws & regulations.

53) The Defendant Kryiger, along with the Defendant Skubis were denied Abreu his F.O.I.L request for review hearing packets video tapes video of incidents hearing tapes documents directives and other papers all in retaliations and in discrimina- tions for priors grievances and complaints that Abreu filed against they and other staff this defendants has violated Abreu 1st and 14th amend rights. and state regulations, directives and laws

54) The Defendants Hill And Crowley Are Responsibles of Enforce The Federal Laws Under PREA Law, To Report To Low Enforcement Any incidents of Sexual Assaults Sexual Horassment And Rapes Suffering by Prisoners in Wende CF/Shu in The Hands of Prison Staff, Officials And Guards or Other Prisoners Also They Has The Obligations of To Protect To Prisoners of Any kinds of Retaliations And To Conduct investigations, To Remove The Staff Employee or Officials/Guards Who Are Sexually Assaulted Horassed Threaten Retaliated or Raped To on inmate who Has Reported such Classes of Assaults/Harass Against The Staff Guards or Officials However in Abreu Case, They intentionally And in bad Faith ignored Abreu Complaints And Reports of Sexual Assaults, Sexual Horassment And Retaliations From The Defendants Skubis Hamilton who were Regularly Sexually Horassed And Assaulted And/or Retaliated Against Abreu in Sullivan CF Shu Along with The Defendant Mayer, who also was Sexually Harassed Abreu From July/2014 To March/2015 Violated Clearly Abreu 1st 8th And 14th Amend Rights, And Violated The PREA Law Civil Right Law And Placed Abreu in an Imminent Danger.

55) The Defendants Mary Geory Lisa La Penna, Tomara Davis Marycuza Hayden And Other Medical Nurses in Wende CF/Shu Were Regularly Denied Abreu his Meds (Prescribed Medications) For T.B Pains Meds Lipitol allergy Nasal Spray Denied Sick Call Services And Refused To address And/or Report Abreu Medical Complaints From July 2014 To The Month of March/2015.

56) Abreu was placed also a several
inadequated and unlawful restricted diet
in wense of SHU for the defendants
the restricted diet not only was it
inadequated but also was the diet lacked
of nutrictions, and the defendants who
sentenced to plaintiff Abreu to restricted
diets in the disciplinary hearings and the
defendants who affirmed such sentences
has further knowledges that the diet was
inadequated lack of nutrictions and Abreu
not was supposed to be sentenced to the
restricted diet because he was designed
level 1 mental health by the office of mental
health. When an inmate is sentenced to restricted
diet also the medical staff and nurses are
supposed and monitores to examine the inmate
and take blood pressure and weight in less
twice in the week plus to check in the inmate
daily. but in Abreu case the defendants
nurses refused to do so, placed Abreu health,
core, safety, well being, security and welfare
in on imminent danger, and they were deci-
berate and indifferent when Abreu reported
his symptoms and filed sickcall reported all this

57) The defendants Annucci; Koenigsmann
Mckoy, Bellamy, Venettozzi, Prack, Holleman;
Gront, Bosco; Manning; Chief Inspector general
(chief osi) Ramirez - Romero, Bell Heywood; Ash
N.Y.S. Doccs, N.YS. OMH, and State of New York
and Mr Hale and Mr Bellnier has further
knowledges of all and each of the things
that were happened to Abreu in wense of
SHU in the hands of wense of defendants but
even Abreu regular reported to they in letters (multiple
letter of complaints all the incidents including in grievances
they in retaliations, of intentionally supported each of the violations.

(24)

58) The Defendants Hamilton, Szablick, Mayer, Wilson, Connolly, Crowley, Freeman, Hill, Grode, Reid, Stirk, Toporek, Wyzykowski, Hodges, Killinger, Krygier, Skubis, Schumacher, Moora, Sowa, Herbison, Levitt, Magyar, Reinhardt, Roberts, Gregoire, Blake, Lucas, Furlani, Geary, Fink, Fucina, Ferron, Heif, Lisson, La Penna, Meyer, Davis, Labedz, Voguez, Hayden, Keenan, Lemke, Brown, Mendez, Rospock, Fischer, Ambrosoli, Bozer, Kua, Bukowski, Fink, Fucina, Furlani, Godfrey, Gorny, Groden, Heary, Leuther, Lisson, Parker, Rivera, Hoggerty, Robinson, Bordinaro, Stirk, Stubusz, Toporek, Wahr, McGuire, Herdzik, Johnson, Jentz, Morris, Urban, Evans, Hyland, Vollmen, AND Simmons. (The Defendants in Wende C.F/ SHU) They continue their misconducts against Abreu until Abreu was transferred to Sullivan CF SHU in an emergency transfer, in March 2015 after the federal Judge Hon. Sirogua from the Western District Court of New York U.S.D.C. wrote a letters of complaints reported Defendants misconducts against Abreu and his Harsh conditions of confinements in March/17/2015 to Debra Martin, at in the Attorney General Office in Rochester, with copy of Abreu 3/08/15 letter and copy to Catherine Leahy Scott N.Y's office of the Inspector General also were provided with a copy of the letter.

59) On or about April 01, 2015 Abreu arrived to Sullivan CF SHU with approx. 22 bags of legal materials, a Hand Brace, an Asthma Inhaler with prescribed medications and with a prescribed physical therapy or recommendations for physical therapy.

60) UPON ABREU transfer TO SULLIVON CF. still THE DEFENDONTS BURNETT AND KESSER WITH THE SUPPORT OF THE DEFENDONTS HEYWOOD AND BRUEN, CONFISCATED ABREU legal MATERIALS AND ONLY Allowed AND let ABREU Receive FIVE (5) boys OF legal materials THE Docc's Commissioner Annucci AND Bellnier also Authorized THIS violations. THEY Has FURTHER knowledges That THE WESTERN DISTRICT COURT HAS appointed ABREU PRO bond Counsels AND That ABREU was IN need OF All his legal materials FOR Con TO assist TO his Counsels TO Respond TO THE MOTION FOR Summary Judgment, So THERE were a clear CONSPIRANCY between THE DEFENDONTS IN WENDE CF with THE DEFENDONTS IN Sullivon CF. AND THE DEFENDONTS IN Docc's Albany N.Y. Central Office, AND THE OFFICE OF THE INSPECTOR General ASSISTANTS, FOR TO impede AND interfer with ABREU cases lawsuits Proceedings Appeals AND Pendents lawsuits (ACTIONS) IN THE WESTERN DISTRICT courts, so All was Planned AND also Calculated FOR THIS DEFENDONTS.

61) ABREU medical PRESCRIPTIONS also were CONFISCATEDS AND DISCONTINUED OF a FORM Deliberate AND indifferent by THE DEFENDONTS Sidorowitz; Diaz; ARNST & Egger in Conspi- -Rancy with THE medical DEFENDONTS IN WENDE CF. AND THE DEFENDONTS Koenigsmann; Redding. AND THE DEFENDONTS Annucci; Bellnier; Heywood AND BRUEN who also approved AND Authori- -zed THE Discontinurations OF ABREU, I-II medications; Asthma Inhaler Horn brace. the ORTHOPEDIC boots ABREU PRESCRIBED eye glasses Pain medications Lipitol Claritin; Lotions FOR DRY SKIN AND Nasal Sprays & THE Recommen- -dations OR PRESCRIPTIONS FOR PHYSICAL THERAPY. So, THE CONSPIRANCY is VERY Clear between THIS DEFENDONTS

62) Abreu was also placed in the special suit and sign/plague exposer in Sullivan CF and placed behind a special plexi-glasses that don't allow or let to staff to observe hair or Abreu bottom body all this was ordered and approved by the defendants Burnett, Keyser, Annucci, Bellmier, Heywood, Bruen, Venettozzi, and Hilton who also authorized the special suit sign exposer and others deprivations. They have also further knowledges that the control suit and sign exposer are unconstitutional violated the 1st 8th and 14th Amend. Rights violate clearly docs shu directives # 4933 and state regulations violate the equal protection the due process and the double jeopardy/ex post facto this provoke threats assaults denial of medical care discriminations abuses retaliations and sexual harassments so the defendants they continue the same misconducts that they has against Abreu in Wende CF they continued this in Sullivan CF shu intentionally in bad faith and in retaliations placed so Abreu safety wellbeing health, care welfare and security in an imminent danger.

63) While Abreu was in Sullivan CF shu from April 2015 to October 15, 2015. Abreu suffered several physical and sexual assaults alot of sexual harassments threats denial of sick call services regularly by medical nurses denial of his medical and mental health/psychiatric meds. multiply false & monipulated and fabricated tickets reports verbal harassment discriminations denial of mental health services multiply cell searches and others violations. So this is very clear that the special suit & sign place and put Abreu in imminent danger

64) The control suit was also provoked mine discomforts and other many problem inclute choking sensations, be place to tighten to Abreu neck and throat problems for to work and too hot provoked respiaatory problems and/or asthma attacks or symptoms of asthma. The special suit and regular plexiglaves were discontinued or stopped in Sullivon CF situ or to be used against Abreu, but this was due after Abreu multiply complaints ripped the suits and opprox one or two months before his transfer to Great Meadow CF

65) The defendants in Sullivon CF and Docc Central office officials defendants were doing same or similar misconducts and violations such as they were doing in Wende CF, Denied legal copies they also itaied Abreu in legal postages and legal copies, denied proper and obeguated medical and mental health care treatment and attentions also ignored Abreu complaints and grievances intentionally and in bad faith in a type of retaliations and di- -criminations, they also were denied Abreu FOIL requests. Denied writing papers and envelopes. The outgoing mails (legal mails and regular correspondences) were missings throw aways and/or holding Abreu mails courts judges legal clerks legal organizations and attorneys not were recieved Abreu mails and correspondences. also Abreu several actions lawsuits and proceedings and appeals such eg Article 78 court of claims state/federal habeas corpus state 42 USC § 1983 complaints and appeals were dismissed due to the defendants misconducts against Abreu.

66) The Defendants Misconducts Against Abreu about his legal postages legal copies access to the courts access to the legal materials and legal supplies get worser for the months of August September and October /2015 when Abreu Pro bono counsel were working with Abreu for him to do his reply /Oppositions to Defendants summory Judge-ments filed in the western District court of new york in the actions /cases Abreu V. Farley, Consolidated with Countryman case This orders of interference and /or Impeded this Postages legal copies, legal supplies and access to the courts was /were approved and /or ordered also for the Defendants Heywood Bruen Annucci Bellnier Koyser and the new york state Attorney General Office assistants from the Rochester Area all was a Plan Conspiracy and an Test for to stop Abreu in his legal Activities and try so also of Dismiss Pendent lawsuits appenses claims, proceedings and actions, and denial to Abreu access to the courts and his Attorneys and legal organizations Violated so Abreu 1st 4th 8th and 14th Amend Rights Doccs Directives federal and state Regulations and law

67) The Defendants Carrick N. Jackson Gail Williams Sullivan Menning Tesco McCullach Bernstein Koenigsmann Bellamy Venetozzi Bellnier Hill Heywood Bruen Annucci State of new york OMH Doccs Hilton Mckoy Hollmen Feeman Taiser Chief Ost. Sidorowicz Dias Egger Arliss Burnett and Koyser failed and Refused to protect Abreu Rights Security, safety Health, well being, welfare care & life & Properties. when Abreu suffered all the violations such as explained above Happened between Wende & Sullivan ct other

68) The Defendants Has And Had Further Knowledges That Abreu U.S. Constitutional Rights Civil Rights Human Rights State & Federal Laws And Regulations Directive And Policies Of The DOCCS And OMH And CNYPC Were Violatated multiple times when Abreu Was Subjected To Abuses, Assaults, Sexual Assaults Sexual Harassment Denial of his medications medical And Psychiatrics Denial of Sick call services Denial of obligated And/or Proper medical And Mental Health services Medical And Mental Health Staff And Nurses Misconducts, Discriminations Retaliations Violations of his Religious Koster Meals And Violations of his Religion And his belief Denial or Impeded or interferenced with access To The courts Attorneys legal or gations Law Library General Library Educations Programs assistants false And Fabricated And Exaggeds multiple Tickets/Reports in Retaliations/Discriminations Violation of The Due Process During The Hearing Proceedings, The control special suits Plague/Sign Exposure The Problems with the Suits The Problems with The Plexiglasses/Cell Shields The multiple Conspiracy And Conspiring of Calculated Harassments And cell Shields cell Searches Destroy of Properties Missing Mails, Threats That Abreu Suffered between Wende & Sullivan C.F.

69) The Defendants Learned of all And each of This serious Violations Through vias & across Letter of multiple grievances complaints Appeals in Rounds in the Suu Verbally Via Other Inmates Investigators Reports Records And Several of They observed The Violations Abuses, mistreatments Horsch Conditions of Confinements but They ignored all This of a Form Deliberate And Indifferents.

#30)

70) The Defendants in Sullivan C.F., And the Defendants in Doccs Central Office. CNYPC OMH State of New York DOCCS And this officials staff Employees Nurses And Personnel Continued with them abuses misconducts Retaliations violations Harassment Discriminations And Humiliations untie And still Abreu was Transferred to Great Meadow C.F. SHU, in an emergency transfer after his last assaults in Sullivan C.F. in the Hands of staff/guards (He suffered assaults Physicals in the Hands of guards in the months of September 2015 to October 2015).

71) On October 15 2015 Abreu was Transferred to Great Meadow C.F. SHU, in Two mini-vans, one where He was transported under video cameras Hands along with a sgt supervisor And Two C.O.'s/guards And another for Con To Transport his 27 bags of Legal Materials.

72) Upon arrive in Great Meadow C.F. SHU, Abreu Pain Medications Neurontin Prescribed to Abreu Due To his Chronic Pains in his lower back Right Hand left Ankle/foot And Arm, were stopped And discontinued along with the medicines for his high cholesterol, such as Lipitol & Claritin for weather allergy were also dis- -continued Totally by Dr Poolana And Dr Koronsky Abreu T.B. Medications Nausal spray Hand brace. Orthopedic boots back brace Lotions prescribed eye glasses were also Denied Abreu Without any Reasons or Explanations or Notifications in all. Also all treatments for Hemorroidals bleeding & pains were Denied Abreu by the Defendants So The Conspiracy Retaliations & continue Harassments followed Abreu also to Great Meadow C.F. SHU

#31)

73) Abreu was Placed in the SHU F1-22 cell. The cell door and bed Has already a cell shield/Plexiglass waiting for Abreu. Abreu asked to the supervisors and COs why a cell Shields were placed front his cell bars/door. They only responded and told Abreu "you know what you did in Wende of SHU And Sullivan of SHU we see all your records and they call us and adviced us, who you are and DOCs Albany officials let know also who you are. Remember you are a CMC Designation so Inspector general office also advised us who you are before they approve the Transfer and sent to you here".

74) Abreu Explained to they that any alleged Incidents Happened in Wende of SHU & Sullivan of SHU don't have nothing to do with great reason of because he don't have doing nothing wrong to no one here but they only responded to Abreu we know who you are remember you was here in the Past you have a lot of Problems with staff here they remember you Perfectly and you sued to they also if the Past in the courts so believe me they don't have forgetted you." This was the explained Abreu by SUPVS.

75) Abreu was Placed in a Dirty cell contamined with insects over all the floor sugar over all the floor ants over all the floor the toilet it was very dirty and the sink was also very dirty. The sheets provided Abreu were also dirties. The liner/Pillow case was dirty the colors of it sheets and pillow case were Brown color, smell very bad & pillow broken.

#32?

76) Abren was denied of all cleaning supplies. The 5th supervisors Sgt Bascue, and Sgt Lowry adviced Abren that while he continue behind cell shields he cannot to clean his cells ("No cleaning supplies) and no hot waters and no cell bucket so they also put and placed Abren in restrictions of all this articles and items without Abren dun't do nothing wrong in Great Meadow.

77) Abren was also adviced that all his legal materials were confiscateds and that from the 27 bags of his active legal materials he only will receive one bag, that it. Abren explained that under DOCCS directives regulations and the laws and federal constitution. Abren wrote also letters of complaints to the defendants. Miller Eastman DOCCS commissioner Annucci. DSP Melecci. DSA, Bruen. Koenigsmann Thomas. Kirondy. Hollmen. Hetwood. Bellnier. MR Venettozzi, chief of OSI. McKoy Hale, & Hiten explained the problem with his medical prescriptions pains, staff misconducts threats of physical assaults by guards and supervisors, sgts. The problem with the cell shield cleaning supplies and Abren legal properties/materials where Abren explained that all his legal papers are active cases he has a lot of legal deadlines court orders to follow but the defendants above refused to act. So Abren acted of a form deliberate and indifferent to Abren serious conditions of confinement and the misconducts of staff. Abren also adviced to the defendants, that he is not supposed to be in Great Meadow cf/shu and that staff has started to threat Abren with physical assaults, and harasses to him too.

(*33)

78) ON OCTOBER/16/2015 THE DEFENDONT MR IVES SPOKED WITH ABREU IN THE MHU OBS ROOM. MR IVES TOLD TO MR ABREU THAT NO ONE WHAT HIM IN GREAT MEADOW CF AND MR IVES ALSO ADVIZED MR ABREU THAT HE HATE MR ABREU BECAUSE MR ABREU SUED HIM IN THE PAST AND HE ALSO DON'T WONT ABREU TO BE IN GREAT MEADOW CF MR IVES SAY ALSO TO ABREU THAT HE IS THE OMH CLINICIAN ALLIGNED IN THE SHU. AND THAT HE MAKE ROUNDS DAILY OF MUNDAY TO FRIDAY. BUT THAT ABREU DON'T EXPECT ANY HELP ASSITTANCE OR MENTAL HEALTH CARE FROM HIM OR OMH STAFF IN THIS FACILITY BECAUSE ABREU HE NEED TO PAY WHAT ALLEGED ABREU DID TO HIM IN THE PAST. MR ABREU ALSO REPORT TO MR IVES HIS CELL CONDITIONS, LACK OF VENTILATIONS LACK OF CELL CLEANING SUPPLIES PLEXIGLASSES CELL DIRTIES SHEET AND DEPRIVATIONS OF HOT WATERS, LEGAL PAPERS AND MEDICAL STAFF MISCONDUCTS. BUT MR IVES RESPOND WERE I DON'T CARE IF YOU DIE RIGHT NOW. I DON'T CARE WHAT HAPPEN YOU IN THIS FACILITY NO ONE REALLY CARE ABOUT YOU. YOU HAVE A LOT OF ENEMIES HERE AND IN ALBANY (DOCCS AND OMH). WHAT DO YOU EXPECT WILL HAPPEN YOU HERE? NO BODY LIKE YOU, YOU KNOW THAT, MR IVES THEN SEND ABREU BACK TO HIS CELL IN THE SHU.

79) THE DEFENDONTS MILLER AND MELECIO WROTE A LETTER TO MR ABREU ALLEGED THAT THEY COMMUNICATED WITH DOCCS ALBANY AUTHORITIES, AND EXPLAINED THE PROBLEMS BUT THAT THEY ALLEGED THAT ABREU IS IN THE RIGHT PLACE AND RIGHT PRISON. ABREU WAS ALSO ABUZED THAT THE COUNSEL'S OFFICE ( DEFENDONTS HEYWOOD AND MR BRUEN OFFICE (DEFENDONTS HEYWOOD AND MR BRUEN APPROVED AND AUTHORIZED BY DEFENDONT ANNUCCI BELLNIER) THAT DOCCS HAS HELTED HIM IN LEGAL POSTAGES AND LEGAL COPIES. SO NO MORE ODVANCE REQUEST TOO.

*34*

80 ) The Defendants Halted Abreu in Legal
Postages And Legal Copies is a Clear
Proofs And Evidences of Docc's Officials/
Defendants Interfering And Impeded Abreu
Intentionally And in bad Faith Access To
The Courts And Access To his Attorneys/
Counsels Appointed by The Courts And An
Open Conspiracy Along with The Attorney
General Assistance Interferenced & Trying
To Impede That Abreu Work With his Counsels
For To Respond To Defendants Summary Jug
(Judgment) in The Actions/Cases Abreu
V. Farley Consolidated With Countryman Case
And For Impede And Interfer with Abreu Open Cases

81 ) They Also Placed Him Limited Legal Supplies
Limited Writing Papers Limited Carbon Papers
Limited Envelopes And Limited Access To Law
Library Materials No Legal Books in all.
And No Legal Assistance From The L.L Clerk Laws.
The Defendant P. Sullivan Also Started Denied
Abreu Advance Request Forms Carbon Papers
And Additional Legal Supplies And Others
Legal Materials That Abreu Was in Need
For To do his Legal Works. Even Abreu
Showed To The Defendants Sullivan, Melecio
Miller, And Any Other Law Library Officer
Such As L.L Supervisor Devito. Any Court
Orders Or Court Deadlines Or Any
Statutes Of Limitations For Abreu File
A Court Of Claims, Or Article 78.
Petitions They Denied Abreu The Legal Supplies
And Legal Copies And Legal Supplies Also
Due To The Defendants Annucci Druen Heywood
Melecio Miller And Bellnier And Eastman
Several Abreu Present Cases Proceedings, Actions
And Appeals Were Dismissed in The Courts because Abreu
Was unable Can To Litigate Such Cases in The Courts Too

82) Abreu was filed sick call daily
reported chronic back pains, right hand
pains, right hand carpal tunnel problems
right arm carpal tunnel problems, left ankle,
foot problems and pains, asthma problems
and Mr Abreu was also asked for his
pain medications neurontin a back brace,
hand brace his orthopedic boots, physical
therapy the need of a surgery in his right
arm. Reported pain and bleeding in his
anus rectal area the need of his lipitol
and claritin meds. and the need of his
photo ray lents / eye glasses but, the medical
nurses / defendants in Great Meadow CF
such as Lipka Havens Rogue La French.
Brunello Von Order Watkins, and Boice
were regularly denied Abreu sick-call
services refused to address Abreu medical
complaints of pains bleeding and the need
of his medical devices. And after Abreu
has review his medical records those nurses
don't were reported many things in Abreu records.

83) because Abreu was filed sick call slip/
request daily, the SHU guards, c.o.s and the
supervisors started to harass and threats to
Abreu with physical assaults, and they and the
nurses to told and threatened Abreu of stop
of filed sick call slip or he never will see a
doctor, at Great Meadow CF. Abreu then he
started to report the c.o.s/supv. and nurses
(defendants) misconducts harass, retaliations
threats and discriminations, filed also grievance
complaints and letters of complaints, to the
facility health service director Karandy to
the nurse administration (administrator) ms Harris.
to the deputy superintendent for administration: to
superintendent Miller and others doccs authorities.

36)

84) Abreu also wrote multiply letter of complaints and sent it to the defendants Kornigsmonn Annucci; Bellnier and Yaier reported the nurses and guards/supervisors mijconducts also Abreu wrote to the chief of OSSI/ inspector general officer but this defendants failed refused and ignored in port Abreu complains or don't resolved the problems they acted of a form deliberate indifference to medical needs.

85) Abreu receive a hand surgery in the year 2014 in march and a hand surgery for carpal tunnel in July/2015 and a colonoscopy also in the year 2015 when Abreu arrive to great meadow of his right hand surgery was fresch his hand was/is in extreme or chronic pains in Green Haven of the doctors specialist and expart they to prescribed Abreu multiply pain meds a back brace a hand brace orthopedic medical boots lotions Lipitoe claritin & nasal sprays and Recommendations for phisical Theropy because they found problems and also believed Abreu complaints of pains and other problems of health including High cholesterol Hemorroidal bleeding problems problems in his stool. Abreu get Tuberculosis in the SHU because defendants keep him behind plexglasses for a long period of time so the ventilation and air don't circulated well inside of the cells. Abreu have been in the SHU like 10 (Ten year consecutive) and has been arraireds also several time by corrupt c.os. so his claims of pains and other medical complaints has merits so his DNLV complaints has also merits and a Reason. The reasons are that he is in need of his medications, and medical Devices in the SHU.

86) However The Defendants in DOCCS Albany
in Wende CF in Sullivan CF And in
Great Meadow CF Appear don't understa
all this or don't wont to understand none
of this, because They Are Doing all this
in Conspirancy And in Retaliations and
in Discriminations And Also intentionally
For to Frustrate, impede And interfer with
Abreu plantiffs Actions And lawsuits Against
They in The western District court. And to the
some time to assist to the N.Y.S Attorney General
office, And Counsel's office.

87) The some nurses The some Doctors (Defendants)
in Wende Sullivan And Great Meadow CF alleged
Abreu That all this came from DOCCS Albany
Authorities who ordered to They Don't Prescribe
or/And Don't give Abreu nothing so this is
on Open Conspirancy. Abreu also suffer of
a Gum/Mouth Gum Disease type infections The
which was Diognosed in Green Haven CF SHu
2013-2014 And in Sullivan CF SHu in 2015
where Dentists alleged And ordered That Abreu
need Dental cleanings every 3 months, for to
control The Disease And infections However
The Defendants in Great Meadow CF And
The Defendants in Albany And in Wende They
Has ignored Abreu complaints And Acted
also with a Deliberate indifference in That
issues And Problems. In Wende CF Abreu
never was Allowed to see a Dentist. And in
Great Meadow CF After of Filed Sick Call
Slip Daily Abreu was allowed to see a Dentist
in April-May 2016. approx. between 6 to 7
months since october 2015 to April-May 2016.
So this is very clear The Deliberate indifference
From Defendants to Abreu Health, safety care
wellbeing Welfare And Life in Great Meadow CF/s

#38>

88) The Defendants nurses and SHU staff
eg. C.os and Sgts. started to wrote multiply
false tickets manipulated, fabricated and
etogged in retaliations for the multiply grievance
and complaints against they, Abreu again
placed in the special suit with a sign /
plaque exposer front his cell. He was moved
to the last cell of the SHU (F.1.29 cell). The
SHU C.os were broken his toilet flooded his
cell with feces and urines via / through
the cell ventilator, via the toilet and under
the toilet from the cat walk behind Abreu
cell where are the connections with the toilet
and sink. This happened like four times or
more from October 2015 to July / 2016.
Abreu, never was allowed to clean his cell
in such incidents not was provided neither
any cell cleaning materials or items or articles.
Abreu was also denied for entired month
of his religious kosher foods / meals denied
of his religious Sabbath foods and pass
over food. All intentionally in bad faith
and in retaliations for the defendants Miller
Eastman. Thoms, Peacock. S. Leonard; Tersco
Bascue, Melocio, Naboent. Cleveland. Birrell;
Lowry. Byers. Kellman. DePaolo and other
Staff. Also in Great Meadow CF and supported
and allowed / permitted by the defendants in Albany

89) On 10/28/2015 Abreu was advised by the
Defendants Bascue and Lyons that he need to
go mandatory to the mhu (mental health unit)
because the OMH clinition Mr Ives alleged that
Abreu need to go to the mhu observation cell.
Abreu was advised that he cannot to refuse to
go to the mhu obs. or use of force with a
special teams will be used against Abreu, or
to force to him go to the mhu obs. cells.

#39)

90) Abreu asked to the Defendants why he
need to go to the mhu obs cell if he don't
have reported to no one that he feel stress
or suicide or depressed or reported that
he will kill himself to no one however Mr
Abreu agreed to go to the mhu obs. cell, he
was escorted to the mhu obs. cell by Sgt Lyons
(mhu obs. cell supervisor) and two big
C.O.s/guards Abreu was placed in an inter
-view room with the Psychiatric nurse Ms
Pink she acted like she don't know why Abreu
was sent to the mhu obs, however she was
part of the conspiracy. Abreu explained to
she that he don't know why he was sending
to the mhu obs. cell, she get out of the room.
The Site Sgt (supervisor of the Site) was
already in the mhu obs. waiting for Abreu so
when Abreu was in the room Sgt Bascue
go inside ordered Abreu get up and face
the wall he taken Abreu for his neck and
hit Abreu forehead several time with the
wall and told Abreu we will go see if you
Are the top big dog that Docs Albany say
that you are, we don't have video cameras records here

91) Abreu was escorted to other room (the
mhu obs. Areas where Are the cells there
the handcuff were removed and also was/
were present 5 guards/C.O.s one of they was
the C.O Gonyea and both Sgts Bascue & Lyons
they ordered Abreu to remove all his clothers still
he was completly noked. there they assaulted
Abreu physical and sexually they throw Abreu
to the floor kicked and punched him also
taken him back to the front the wall hit his face
and Head against the wall hold his both arms
and legs and the Sgt Bascue and a big C.O/guard
roped & sexually Assaulted Abreu front the wall

# 40)

92) The Defendants Dascue & Lyons ORDERED
Abreu DONT SAY NOTHING TO NO ONE about
THE ASSAULTS OR THEY WILL KILL TO HIM IN THE
MHU OBS. CELLS because THERE ARE NOT ANY VIDEO
CAMERA RECORDS, & NO AUDIO RECORDS neither
Abreu, WAS THEN Placed IN THE LAST CELL OF THE
MHU OBS AFTER THE PHISICAL AND SEXUAL ASSAULTS.
APPROX BETWEEN 10 TO 20 MINUTS AFTER THE
ASSAULTS THE DEFENDANT(S) MR IVES WAS FROUND
ABREU CELL, ALONG WITH A C.O./GUARD. HE TOLD
ABREU NOW DO YOU UNDERSTOOD? ABREU REPORT
TO MR IVES ABOUT THE SEXUAL & PHYSICAL ASSAULTS
HE SHOWED TO MR IVES & TO THE CO PRESENT
ALL HIS INJURIES AND PAINS AREAS ABREU ALSO
SHOWED TO MR IVES THE BLOOD AND ASKED TO
THEY FOR MEDICAL ASSISTANCE AND HELP, MR
IVES JOKED LAUGHED AND SMILED ALOT ABOUT
ALL THIS. AND THEY REFUSED TO ASSIST ABREU.
MR IVES THEN ADDED MANY PEOPLE BELIEVE THAT
YOU DESERVE ALL THIS because YOU ARE IN PRISON
FOR RAPE, LISTEN TO ME FUCKING RAPER I
DON'T WILL GO TO ASSIST OR HELP YOU, YOU ALSO
DESERVE ALL THIS. WELCOME TO GREAT MEADOW."
THEN MR IVES LEFT ALONG WITH THE C.O. LAUGHED BOTH.

93) ON OCTOBER /29/2015 EARLY IN THE MORNING
THE SUPERINTENDENT MILLER AND THE DW MR
EASTMAN, WERE MAKING ROUNDS IN THE SHU AND
ABREU STOPPED TO THEY FRONT THE CELL THEY
OBSERVED ABREU LACERATIONS, SWOLLEN FACES,
ONE CLOSED EYE/BLOOD SHOT EYE CUTS OVER
ALL HIS BODY AND FACE, ALOT OF BRUICES OVER
ALL HIS BODY & FACE - ABREU ALSO SHOWED TO THEY
BLOOD ON TOILET POPPERS CAMING FROM HIS STOOL
AND ABREU REPORTED TO THEY THE SEXUAL AND
PHYSICAL ASSAULTS, BUT THEY ONLY TOLD ABREU THAT
HE IS A "SCUMBAG" AND OTHER DIRTIES WORDS, AND IGNORED
ABREU AND THEY CONTINUED WALKING AND LEFT THE UNIT.

# 41)

94 ) Abreu reported also the incident to the psychiatric nurse called Ms K and to the nurse Havens (medical nurse defendant Ms Sheryl Havens) but she refused to report the sexual and physical assaults all or most of Abreu injuries. And don't allow Abreu see a doctor and gave Abreu only two (2) tylenols and left the area alleges that she have other things more important to do. Ms K she report the incident to the MHU unit chief Mr Jackson and to the OMH team and psychiatrist Ms Pal Mr Jackson communicate the incident to medical watch command the superintendent Miller DSS Eastman and FHSD Mr Koronsky & nurse administrator Ms. Harris, but still Abreu was denied all classes or medical care attentions, examinations and treatments even Mr Jackson RN K Dr Pal and a social worker have observed the injuries on Abreu body & feeling of chronic pains.

95 ) The defendant Mr Pal recommend Abreu don't say nothing, keep his mouth quiet and so he will avoid most problems. Al tell to she you don't know who I am. I dont will go to keep my mouth quiet I will go to report all this to the entirely new york state and united states if possible I am against abuses mistreatments & coverup. Then the Dr Pal sent back to Mr Abreu to the SHU alleges that in the SHU he will be more secure, and safe, that in the MHU obs. because the SHU has video camera records. Abreu was then escorted back to the SHU in noon or afternoon time by a female SGT & two C.O.s. The sgt Bascue when he saw Abreu he smiled and jokes "now do you feel better? Ha Ha Ha

96) ON OCTOBER/30/2015 THE DEFENDANT
MS BOALL, AN INSPECTOR GENERAL INVESTIGATOR
(OSI INV.) CAME TO THE SHU AT GREAT MEADOW
FROM DOCCS ALBANY TO INTERVIEW ABREU ABOUT
ONLY THE INCIDENT OF SEXUAL ASSAULTS, SHE ALLEGES
THAT SHE DON'T CARE ABOUT THE BEATEN UP
PHYSICAL ASSAULTS OR THE INJURIES, BRUIZES OR
PAINS IN ABREU BODY. ABREU EXPLAINED TO MS
BOALL ALL THE INCIDENT, BUT SHE DENIED ABREU
MEDICAL CARE, DENIED ABREU TO SEE A DOCTOR
TO GET EXAMINATIONS DENIED TO SEND ABREU
TO AN OUTSIDE HOSPITAL, DENIED ABREU TO GET
PREVENTIVE MEDS, DENIED ABREU A HIV. TEST
DENIED ABREU A TRANSFER OR AN EMERGENCY
TRANSFER, DENIED ABREU TO BE PLACED UNDER
HAND VIDEO CAMERAS, DENIED AND REFUSED TO
TAKE PHOTOS / PICTURES OF ABREU INJURIES.
REFUSED TO PROVIDE OR GIVE PROTECTIONS TO
ABREU, SHE ONLY ALLEGED THAT OTHER OSI
INVESTIGATOR WILL TO INVESTIGATE THE PHYSICAL
ASSAULTS BUT NOT SHE (HOWEVER THAT OTHER
OSI INV. NEVER HAVE YET COME TO INTERVIEW
OR INVESTIGATE THE PHYSICAL ASSAULTS). SHE
ALSO TRY TO MANIPULATE ABREU AND TRY TO
CONVINCE TO ABREU TO SIGN A PAPER LIKE NOTHING
HAS HAPPENED THAT DAY, THE WHICH ABREU REFUSED
TO DO SO, EXPLAINED TO SHE THAT HE WANT TO CONTINUE
WITH HIS COMPLAINT., HAPPEN, WHAT HAPPEN.

97) SHE ALLEGED ALSO ABREU THAT DOCCS AUTHORITIES
HAS DIRECTED TO THEY (INSPECTOR GENERAL OFFICE)
DON'T DO NOTHING FOR ABREU DON'T SEND HIM
TO AN OUTSIDE HOSPITAL WHEN HE IS PHYSICAL
AND SEXUALLY ASSAULTED BY STAFF IN ANY PRISON
ALSO, SHE ALLEGES THAT THEY HAS ABREU NAME
ON A WALL IN BIG SIDE ON A BOARD, THAT EVERY
ONE KNOW WHO ABREU IS IN ALBANY, AND THAT THEY
HAS A BIG TABLE & BOXES OF ABREU MULTIPLY COMPLAINTS :

98) Abreu was placed in a special suit one in November/2015 after the injuries has and disappear or healed Abreu was escorted to the facility infirmary and examined by Dr Korondy and Dr Poolons who denied Abreu all classes of pain medications and advised Abreu that he will don't receive nothing in all in Great Meadow CF. That That came from Doccs Albany authorities they asked Abreu what classes of lawsuits do you have against the Department / Doccs / ? They told us that we cannot give to you nothing because you have a lawsuits pendings against the Department about on incidents happened to you in Five Points correctional facility. Abreu explained to they what classes of lawsuits he has, because Abreu don't have nothing to do cover up about his pendents lawsuits in the western district court and any other courts. Also the Dr Korondy and Poolons alleged that they send abreu to an outside hospital for any kind of examinations because 72 hours has already passed and by Doccs policy an inmate can be sending to an outside hospital only within of 72 hours of the sexual assaults.

99) Abreu was sending back to his cell without any kinds of pain meds and medical treatments The defendant MR Thoms he is also a defendant in the pendents lawsuits in western district court in Forley and Countrymon cases in Five Points CF Site. Now he is working in Great Meadow CF such as the First Deputy Superintendent (The second superintendent) he remembered Abreu and he has threatened Abreu several times. He also is doing the same things that he was doing in Five Points against Abreu cover up staff misconducts and denied Abreu all classes of medical care

*(44)

100) The Defendants in Great Meadow CF Has Placed Abreu in Unlawful Restricted Diets/Loafs since November 2015 To July 2016, For Seven Months Abreu was Keeped in Restricted Diets. This Diets were Ina- -dequateds with lock of nutritions the Loafs never were Fresch it Don't was One Pound the loafs were always Hard. Vegetables iF Any were not Fresch neither The Medical nurses were Refused To monitor Abreu Refused Many time to toke Abreu Blood Pressure And weight Falsified Records Reported Faile statements in Abreu Records Completly manipulateds Abreu loss alot of height He Report alot of time to they & To all the other Defendants in Great meadow And Doccs Albony, that the Loafs Provoked Stomach poins Constipations, Heartburn Bleeding Vomits And nauseas. but in Moriy Occations they ignores Abreu of a form Deliberate And indifferent And Refused also To stop the Loafs, & Provide Abreu treatments.

101) The Loafs Sentences were on open Conspira- -Roncy ogainst Abreu between the Defendants MR Ives Miller Jackson: Pol Eastmon. DR Karondy Sgt Darcue, Nabozny: Cleveland Dempo Annucci. And Bellnier And Venettozzi. - because Abreu Arrived to Great meadow CF Sith such on a level 1 Designed by OMH. While Abreu is a MH Level 1 the Defendants Connot To Impose the Loafs ogainst Abreu. also there is a Privated settlement between DAI And OMH AND Doccs Called DAI V. OMH/Doccs. Case No. 1-02-cv-04662 SDNY. 2007 this Privated se- -ttlement also To Protect Prisonor(s) Designed such as level 1. So, the Defendants in Conspiracy & Reprisals sentenced Abreu To mutiply sentence of loafs in bad Faith.

102) Abreu had several interview with the Defendants Ives, Pac and Jackson asked to they why he is placed to restricted Diet if he is not supposed to be sentenced to loafs because the loafs don't apply him by DOCC Directive 4933 4932 and Private Settlement in Dale v. OHM/Docs, the Defendants admitted to Abreu that he is 100% right, that he is not supposed to be placed or/and sentenced to loafs but alleges that Great Meadow C.F regularly they don't care what the courts or judges say that they always doing whatever they want that they regularly don't follow it own policies, directives and regulations and laws. Abreu then wrote multiply grievances and letters of complaints to DOCS in Albany to Defendants Annucci Bollier, Heywood, Bellamy, Venettozzi, Brown, Koenigsmann, McKoy, Hollmen, Effman, and Hilton, However this Defendants regularly ignored Abreu, ignored his complaints, also refused to resolve the problems acted on a firm deliberate and indifferent trying to cover up Great Meadow C.F/Defendants against Abreu. This Defendants also learned of multiple violations of Abreu Constitutional Rights and civil Rights but they in Retaliations in Discrimination and intentionally, in bad faith approved also the loafs, for harm Abreu physical and Psychologically placed Abreu health & safety in an imminent danger.

103) Abreu also appealed all and each of the sentences of loafs Abreu wrote multiply letter of complaints also to the Defendants Miller Harris Eastman Melecio Peacock Harris Korondy Nadeau DePolo Collins and Cleveland about the loafs but they also affirmed the sentences of loafs they know that the loafs was inappropriate no adequate no nutritive, & was/were putting sick, and lossed weight

* 46)

104) Abreu also spoked many time with such defendants above in them rounds in the SHU and reported to them about the books however in retaliations and in bad faith for try to avoid a lawsuit they ordered to OMH staff / defendants Mr Ives Ms Pac and Mr Jackson to change Abreu mental health from level 1 to levels 2 and 3. So in that way they can to avoid such claims and place to Abreu under multiple sentences or loars in bad faith so in that way he can be horried and suffer in form of tortures

105) Great Meadow CF administration and OMH administration to meet each other every 15 to 30 days for to talk about SHU prisoners they prisoners ICP prisoners ect. In the meetings there are the medical and mental health doctors social workers nurses, superintendents deputies security staff ect. So they planned all this against Mr Abreu. Dr Pac told Abreu many time that they has reported to that them about Abreu physical and mental health about the needs of his medical and mental health medications about the cell shield the books lack of cell cleaning, staff and nurses misconducts against him about the false tickets about Abreu horsch conditions of confinements ect. but she alleged that they always told to they that they don't care about Mr Abreu that he need to suffer that he need to be tortured & punished, that they don't care if he die or not die, that they has the hope that he kill him ownself, hanged up, she say Abreu that she surprised of the hate that they has against Abreu and the circle of conspironcy that they has against Abreu.

$\mu(47)$

106) IN FACT, ABREU MH Level WAS CHANGED
TO LEVEL 3 BETWEEN JANUARY TO FEBRUARY
2016. IN THAT TIME THE DEFENDANTS MILLER
EDSTTION, THOMS, ANNUCCI BELLNIER AND VENETTOZI
ORDERED AND APPROVED TO THE HEARING
OFFICERS ONLY SENTENCE TO ABREU TO MULTIPLY
SENTENCES OF LOAFS (RESTRICTED DIETS) AND
GAVE GREEN LIGHT TO THE NURSES AND GUARDS
AND SUPERVISORS TO WRITE MULTIPLY FALSES
TICKETS AGAINST ABREU, SO HE WILL BE SEN-
-TENCED TO LOAFS FOR A LONG PERIOD OF TIME
SO, ABREU WAS SENTENCED TO MULTIPLY SENTENCE
OF LOAFS FOR SIX TO SEVEN MONTHS STRAIGHT.
FOR EACH TICKET REPORTS, AND ORDERED TO
THE MEDICAL NURSES DON'T GIVE ABREU NOTHING
DON'T STOP THE LOAFS NO MATTER HOW SICK
OR FEELING OF SICK HE REPORT NO MATTER HOW
MUCH OR MANY POUNDS HE LOOFS, NO MATTER IF
HE EAT OR NOT EAT THE LOOF, NO MATTER HIS
SYMPTOMS, SO All WAS PLANNED BY DEFENDONTS.

107) ABREU WROTE MULTIPLY LETTERS OF COMPLAINTS
ALSO, TO THE DEFENDONTS OF OMH AND OMIT COMMI-
-SSIONER SULLIVON CENTRAL NEW YORK PSYCHIATRIC
CENTER MCCULLOCH EXECUTIVE DIRECTOR, TO
RISK MONOGEMONTS STORFE MENNING; BERNSTEIN:
GRONTT, WHO ARE IN CHARGE OF THE SATELLITE
UNIT OF MENTAL HEALTH INSIDE/WITHIN OF
THE DOCCS CORRECTIONAL FACILITIES, THE CNYPC
AND OMH ARE THE MAIN OFFICE AND CENTRAL
OFFICE OF All THE SATELLITE UNIT OF OMH
STATE WIDE INSIDE OF DOCCS PRISONS SO
ABREU AND OTHER WATCH DOG AGENCIES AND
LEGAL-ORGONIZATIONS AND LAWYERS, ALSO REPORTER
TO THEY (THE OMH/CNYPC & DOCCS DEFENDONTS) THE
MISCONDUCTS, ABUSES AND HORSCH CONDITIONS OF
CONFINEMENTS THAT ABREU WAS SUFFERING IN THE
HANDS OF GREAT MEADOW CF ADMINISTRATION/STAFF

108) IN JANUARY / 2016 DEFENDANT LIPKA WAS DENIED SICK CALL SERVICE ABREU OR NOT RESOLVED HIS MEDICAL COMPLAINTS OR / AND NOT PROVIDED ABREU ANY OTC MEDS SUCH AS TYLENOL ASPIRINS IBUPROFEN OR MEDICIN D. ANTI ACIDS TREATMENTS FOR HEMORROIDOGS ECT OTC MEDS DON'T NEED ANY DOCTOR APPROVE, OR PRESCRIPTIONS SO WHEN NURSES DENIAL OTC MEDS THIS IT IN HER OR HIS OR THEIR OWN CHOICES AND MISCONDUCTS AND IN THEM OWN DELIBERATE INDIFFERENCES ABREU WROTE MULTIPLY GRIEVANCE COMPLAINTS AGAINST RN LIPKA AND WROTE ALSO MULTIPLY LETTER OF COMPLAINTS AGAINST RN LIPKA AND OTHER NURSES (DEFENDANTS) FOR FEBRUARY / 2016 RN LIPKA STARTED GAVE ABREU ONLY ONE PACKET (2 TABLES) OF IBUPROFEN OR TYLENOL THAT IT SHE DIRECTED J ORDERED TO THE OTHERS NURSES TO STOP TO PROVIDED OR GIVING ABREU OR DELIVERED ABREU 3 OR 4 PACKETS OF TYLENOL IBUPROFEN MED D OR ANTI ACIDS, ECT BECAUSE THIS LOOK TO SHE 'BAD OR INDIFFERENT TO ABREU MEDICAL COMPLAINTS ABOUT HIS CHRONIC PAINS.

109) THE OTHER NURSES WERE CARING AND SAYING ABREU THAT RN LIPKA, SHE DON'T WANT TO THEY GAVE ABREU MORE OF ONE PACKETS OF OTC MEDS, ABREU WROTE MULTIPLY GRIEVANCES J COMPLAINTS AGAINST RN LIPKA THEN RN LIPKA IN RETALIATIONS SHE STARTED ALSO TO WROTE MULTIPLY TICKET J REPORTS AGAINST ABREU ALOT WITH THE SHE GUARDS SUPPORTED J COVERED UP BY DEFENDANTS BOSCUE LOWRY CLEVELAND, WILLIAMS, NABOZNY DE PAOLO PEACOCK THOMS EASTMAN MILLER HARRIS KORONDY COLLINS KOENIGSMAN ANNUCCI MELECIO BELLNIER BELLAMY SGT BEEBE BIRRELL, J HEARING OFFICERS, EVEN VIDEO TAPES SHOWED THAT ABREU NOT WAS GUILTY, THEY FOUND ABREU GUILTY OF ALL.

# 49)

110.) ABREU CONTINUE REPORTED LIPKA MISCOND-
- DUCTS AND RETALIATIONS Ogainst HIM, THEN
THE MEDICAL NURSES SUCH AS THE DEFENDANTS
HAVENS; ROGUE; LA FREICH; VON ORDER; WATKINS;
BOICE; BRUNDLE STARTED LITTLE TO LITTLE —
FOR THE MONTHS OF MARCH/APRIL 2016 TO
DENIED ABREU All Classes OF OTC MEDS.
THEY WERE CONTINUE COMING FRONT ABREU Cell
(Some TIME THEY CAME & SOME TIME THEY DON'T
CAME FRONT ABREU Cell) but DON'T WERE bRING
ANY OTC MEDS TO ABREU IN all, ONLY RN
LIPKA was bRINGING OTC MEDS TO ABREU WHEN
SHE WANT TO DO SO. THE REASONS was a PLAN
AND CONSPIRANCY betWeen THE NURSES THE NURSE
ADMINISTRATOR HORRI, DR KORANDI AND DR
POOLONS. FOR THAT ALL Look THAT RN LIPKA was
PROVIDED ABREU MEDICAL CARE SO TO COVER UP
HER MISCONDUCTS Ogainst ABREU TO THE Some TIME
SO all was A TRICK, FOR THAT THE griévances
AND COMPlaints THAT ABREU was filing Ogainst
RN LIPKA OR/AND THE OTHER MEDICAL STAFF
OPPEAR Like WiThOUT MERITS OR UNFUNDED Claims.
THE Some THINGS WITH THE Weight AND BLOOD PRE-
-SSURE DURING THE hours SENTENCES, RN LIPKA was
THE UNIQUE DOING iT THE OTHER NURSES WERE REFUSE
TO DO SO AND THE Some WITH THE SICK Call SERViCES.

111) in THE Began/begiNNiNG OF May/2016 (ABREU
BELIEVE betWeen May/10-16/2016)RN LIPKA CAME
FRONT ABREU Cell TO TAKE BLOOD PREssure ATD/OR
Weight because ABREU was PlACED iN hours SENTENCE. THE
COs SHORT, WATON AND DICKINSON WERE ESCORTED
TO She. ONCE TIME ABREU was OUT OF his Cell RN LIPKA
STARTED TO THREATENED ABREU, yelling & screaming abREU
Saying TO HIM, YOU WROTE ME OTHER griévance COMPlaint.
NOW, YOU DON'T will go TO RECEIVE NO OTC MEDS iN all, NM
NURSES Will go COME FRONT YOUR Cell NO MORE DURING THE
NOW YOU DON'T Will go get SHiT iN ALL NO MORE, DO YOU!

HISD/

112) The defendant Lipka also added, oh and listen me I will go to make sure that you never get no more pain meds in all, stop of putting & filed sick call slips you don't will get your meds back, that you was received in other prisons (SHUs), you don't will go get here nothing in all. The C.O.s short, Weston and Dickinson told to RN Lipka to stop and be quiet. So, she stop Abreu was placed back to his cell and they left the area, she denied sick call Abreu too.

113) After that threats and incident, the nurses/defendants Rogue, Laurich, Brunelle, Van Order, Watkin, Havens, and Boice denied Abreu all classes of sick call service, all classes of OTC meds, and never again took Abreu weight or blood pressure. They are denied Abreu openly all classes of sick call services since the month of May/2016 to the present July/2016 Abreu don't have in this time any kind of access to medical care. Abreu have reported in his sick call slip/request asthma problems, chest pains, respiratory problems, chronic back pains, hand (right hand & right arm pains), tooths pains throat & ear pains due to infections, pain in his neck due to the padlock of the special suit & cell to tiny/small, the need of his back support hand support, orthopedic boots, his eye glasses/dark/tinted lents, need for physical therapy, dental cleaning every 90 days due to mouth gum disease, the need of his T.B. meds, strong headaches (migraines), hemorrhoidal bleeding/pains anus, rectal skin drying, need lotions or creams need a of arm injury but nurses has ignored Abreu, the doctors refused see him, and nurses are not reported his complaints.

#(511

114) Abreu believe That the Defenbonts
nurses Are Throw away all his sick coll
slips/ Request or Port of They AnD No
Reported many of Abreu Complaints in
The sick call slips, Rn Lipka she stopped
also To bring or Provide Abreu Any classes
of otc meds, also in Retaliations, for
Abreu grievances AnD complaints against she

115) The Defenbont DR Paolono, AnD DR
Karondi Has Longer Months Refused To
see Abreu since The Month of March or
April 2016 To The Present July 2016 They
Have Refused To see & Exam Abreu. all &
each time Abreu Has saw To DR Paolono
He Always To Disrespect Abreu, called Abreu
a Pervent Every Time He saw Abreu wearing
The special Control suit, Refused To Exam To
Mr Abreu Refused To obbress & Resolve Any
Medical Complaints Refused To obbress abreu
medical needs Refused To Prescribe Abreu
Pain meds and others Treatments for Abreu
J.B / tuberculosi And Hemorroidal / Bleeding
He never Has Examined abreu Rectal / Rectum
stool, Abreu skins, never Has Take Any test
of Astama Never Has touched Abreu body
never Has Examined Abreu Right Hand or
Arm, back neck or / AnD left Ankle / foot
neither He only Keeping saying Abreu your
Medical Records continue under Review and
other Day, you never will go get back From me
your Pain meds. orthopedic boots Hand brace
or back support. He use Dirty Words & Discrimi-
natory words against Abreu He Don't allow
Abreu To Talk, And only He saw Abreu For Few
Minuts And send Abreu back To The stu of other
Day He alleged that Docc Albany & facility obministra-
- tration ordered Him Don't give Abreu nothing in all.

#(52)

116.) ABREU, LIPITOL AND CLORITIN MEDS. WERE
THE ONLY MEDS. THAT WERE AGAIN RE-PRES-
CRIBED BACK IN THE MONTH OF MARCH OR APRIL
2016 AFTER ABREU WROTE MULTIPLY LETTERS
OF COMPLAINTS AND GRIEVANCES. AND BETWEEN
MARCH OR APRIL 2016 ABREU WAS ALLOWED
TO SEE THE DR ARLISS IN A MEDICAL TRIP
TO SULLIVAN CF BECAUSE DR ARLISS WAS
WHO CONDUCTED ABREU HAND SURGERY IN
THE MONTH OF JULY / 2015. MR ARLISS TOLD
ABREU THAT THE HAND DON'T HAVE HEALING
YET THAT STILL IT LOOK PINK COLOR THAT
HE NEED PHISICAL THERAPY A HAND BRACE
AND PAIN MEDS MR ABREU EXPLAINED ALL
THE LIMITATIONS THAT HE HAS WITH HIS HAND THE
PAINS THE PROBLEMS FOR WRITE FOR TO DO
DIFFERENT ACTIVITIES THE PROBLEMS IN HOLDING
A WRITE PEN WITH HIS RIGHT HAND ABREU TOLD
& EXPLAINED TO DR ARLISS THAT THE ONLY WAY
ABREU CAN WRITE IS RIPPED A T-SHIRT LIKE
A BANDAGE AND APPLIED IT VERY TIGHTED TO HIS
HAND, AND PLACED THE PEN IN A DIFFERENT
POSITIONS AFTER THAT HE IS COMPLETLY UNABLE
CAN TO WRITE IN THE NORMAL WAY.

117.) HOWEVER EVEN AND THE DR ARLISS PRESCRIBED
AND RECOMMEND PAIN MEDS A HAND BRACE AND
PHISICAL THERAPY THE DR POOLONG DR KORONOJ,
SUPT MILLER MR THOMS, MS PEACOCK THE
DEFENDANTS IN DOCCS ALBANY CENTRAL OFFICE
DR KOENIGSMANN THEY REFUSED TO FOLLOW
THE DR ARLISS (HAND SPECIALIST / ORTOPEDIST)
ORDERS PRESCRIPTIONS AND RECOMMENDATIONS
THE DR POOLONG TOLD ABREU THAT HE CALLED BACK
TO DR ARLISS AND MAKES SURE THAT HE
CHANGES THE PRESCRIPTIONS AND RECOMMENDATIONS
BECAUSE HE WILL MAKE SURE ABREU DON'T GET NOTHING
ALSO ABREU WAS DENIED COPIES OF THE MEDICAL RECORDS.

118) When Abreu was Sexually & Physically assaulted in the month of october/2015 The Defendants Boice von order Havens and Watkins And Rogue refused also intentionally Report Abreu complaints pains assaults And injuries of the sexual And physical assaults even Abreu Filed Sick call Daily in the following days after the assaults And even Abreu showing to they the injuries over all his body and face and the facility administration refuses to take photos / pictures of Abreu serious injuries trying to cover up the assaults and nurses cover up and misconducts and nurses don't reported in Abreu medical records the injuries or what he also reported to they in the sick call slips & verbally all on open conspiracy retaliations and open discriminations against Abreu

119) The Defendants Sgt Beebe Kuiklan Bellomy Hale, Miller, Melecio, Thoms Eastman, Annucci, Hilton And Mckoy And Heywood Has also on open conspiracy with Abreu grievance complaints and grievance appeals They has placed Abreu in limited filing of grievances and appeals. Regularly they only process one or two grievances in the weeks the rest they missing it or throaw way it or not process it, they pick up what grievance complaints they will go to accept or file or process and which grievance or appeals they will to process. And not to process, they every each weeks missing not process not file. neither many of Abreu grievances & appeals that he sent to the IGP office along with copies to Docc central office (the Defendants above) And copies to Supt Miller Melecio. Eastman (Great Meadow Defendants, but they sent many of it copies back to Abreu

#54)

120) The Defendants Miller, Beebe, Kuinlan,
McLeod, Election, Thoms, Eastron, Collins,
Koonigsmann, Peacock, Holliman, Bellamy, Morris,
Hale, Heywood, Chief of OSI, Hilton, Montor
Annucci, Bruen, McKoy, Jackson, Docs/OMH/NYS,
Has showed an open deliberate indifference
to Abreu grievances and complaints and appeals
they through, of it grievances/complaints, and
appeals, has learned of all and each
violations that Abreu has suffered at Great
Meadow CF/Situ, has learned of the constitu-
-tional rights violations of the civil rights
human rights and of the violations of it
own Docs/OMH policies rules regulations
directives manuals and state and federal
laws. So they don't have any excuses they
have include returned back to Abreu all
appeals that Abreu has senting to they
appealed to the next level eg. superintendent
and CORC under the state regulations
but they alleged that they only follow
Docs directive # 4040. & Correction Law §139
Not the grievance regulations under title
7 NYCRR and title 9 NYCRR and that
Docs directive # 4040 don't allow Abreu
to appeal to the next level in his own &
it don't allowed Abreu to send copies
of his grievances and appeals to the Docs
central office directly to they. However even
Abreu senting it directly to the IGRC/IGR
clerks, IGP supervisor, IGRC/IGP sgt Beebe
they don't process it, nor the supt Miller neither

121) Additionally the IGP supervisor ms.
Kuinland she has refused to make rounds
in the situ, refused to put or place a secured
locked box for the grievances complaints in the
situ. And she don't respond neither to letters

122) MR Abreu Letters And grievances Are Regularly missing The Defendants Regu-larly alleged And I informed That They Don't Have Received Abreu grievances or letters The Courts And Judges Wolford alleged That she or her Clerk Don't Have Received several letters, of MR Abreu. So This is VERY (CLEAR), The SHU Supervisors, guards & staff, Are impended And Playing games with Abreu outgoing correspondences/Mails And inside Mails so a locked secured Mail Box is completely necessaries in Great Meadow CF all And each of Other Docs Prisons (State Wides) such such Five Points CF, Clinton CF SHU, Wende CF SHU, Green Heaven CF SHU, Sing-Sing CF, Upstate CF SHU, Sullivan CF SHU, all The S-Block, And Southport CF D-Block, Elmira CF SHU, Eastern CF SHU, Attica CF SHU, Auburn CF SHU, Has a Mail Box & grievance Box secured with a lock who only The corres-pondence unit grievance supervisor, And SHU supervisor Has The keys of it Boxes, but great Meadow CF SHU Don't Has Any secured Mail or/and grievance Boxes locked with a lock or Padlock. Inmates And Abreu Are forced to put his or their/them Mails/Letters/Correspondences directly on The cell Bars Where The C.O's Pick up it in The Morning. So They Has directly Contact With Our Mails Without Any supervisions, And without any punish to Them Misconducts

123) Many Prisoners in great Meadow CF SHU for years Has Reported The missing of Them Letters & grievances, but The Defendants Has coverup all This, And ignored This claims & complaints, So This is VARY Easy for The SHU C.O's/staff To Throw & missing Mai

124) Abreu had a video conferences with
the Hon. Elizabeth A Woiford in the month
of December 2015 and January 2016 along
with the N.Y.S. Attorney General assistant
and the assigned Pro Bono Counsel for
the cases Abreu v. Farley et al 11-CV-
6251. Abreu explained to the court the
problems in he received legal supplies legal
postages and mails also abreu explained
the problems he having with the defendants
and the problems in having access to his
legal materials, where the defendants has
denied Abreu his 27 bags of legal
materials when when cc sttu allowed to
abreu receive and having in his cell 22
bags of legal materials and sullivan cc
allowed five bags of legal materials
abreu also reported to the court(s) that
others sttu prisoners has listen Abreu
stopped many time to the defendants in them
riends in great meadow cc site and expla-
ined the misconducts of stork/guards about
legal supplies carbon papers & low library
officers misconducts also abreu asked to they
for access to his legal materials but that the
defendants ignored abreu complaints/request

125) Since December 2015/January 2016 to
the present July 2016, nothing has changed
the defendants continue with them open miscon-
-ducts open retaliations open discrimina-
-tions open abuses open white supremacy
issues open deliberate indifference to
abreu rights laws and constitutional rights
open abuses of power and authorities open
corruptions open conspiracy, and openly
trying to horm abreu with unusuals and
cruel punishments, and other open many misconducts/abuses

126) The Defendants also refused to
wash the special control suit every time
Abreu walk to the shower the suit it is
in the floor it never has be washed &
where it is placed, is where prisoners
are strip searched inside of the strip room.
When they come to the shower so every one
stood there so the suit it is keep on
the floor in that area. After abreu is
forced to wear it suit all it is filthy
and anti unhygienic acts the Defendants they
doing all this intentionally for harm and
humiliate Abreu. Abreu has now rash
and alot of itches and problems in
his skin wearing it filthy suits required
unwashed and smelled like shirts they never
has sent it suit to the laundry. To the
present of it lawsuit abreu continue be
forced to wear it suits continue unable can
to clean his cell toilet sink floor ventilator
(the ventilator it don't work in all). The
cell shields / plexiglasses continue front Abreu
cell no hot water no bucket and also
deprived of headphones & the cell is too hot.
" Abreu, security safety wellbeing, life care
health, and welfare are in an imminent and
serious danger & deprived of all access to health care "

127) The Defendants Bascue, Delniger, venettozi-
Annucci, Bellony Hale, Heywood, Harris,
Ives, Pac, Jackson, Paolono, Karandy, Teleco
Thoms, Bruen, Nadozny, Depaco, Gonyea, Water,
Melecio, Easton, Clevelons, Koenigsmann, Beebe,
Collins, Williams, Birrell, Sconlon, Vladyka,
Lowry, Byars, Leonard, Kellman, Peacock, Boker,
Mckoy, Lipka, Royce, Lafrench, Pink, Leclaire, Von order,
Watkins, Sullivan, Brunelle, Hollmen, Hilton & chief of all,
has all & each of they knowledges about all this violatio
abuses, Tortures, Discriminations, reprisals & harassments against

# 58)

128) The Defendants Miller - Eastron, Annucci, Donnier, Mckoy, Mecolio, Thoms, Williams, Sconlon, Vladyka, Lowri, Dyers, Kellron, Collins, Cleveland, Depaco, Lyons, Maboeni, Bascue, peacock, Venettzi, Hilton, Delconer, Hole, Heywood, Brian, Beebe, and Doccs - Danied Abreu his pass-over meals, they don't Allowed Abreu intentionally in bad faith; In Retaliations And Discriminations To Partisipate in the Jewish Pass-over Alleged That Abreu was sentences or reimited diets in May/2016, when the Pass-over started However the Doccs Directive # 4933 SHU section 30y 2 (b) clearly state The following below

" A pre hearing Restricted Diet or Restricted Diet or Disciplinary Sanction shall be suspended During The Passover holidays for an inmate who is Designated as Jewish in accordance with Directive # 4202 Religious Programs And Practices "

129) Abreu show the Directive 4932 & 4202 To all and each the Great Meadow of Defen - dants above in them SHU Rounds Abreu wrote several letters And complaints To The Defendant in Great Meadow of And To all and each of the Defendants above from Doccs central office However They Refused To Allow & let Abreu to parti - cipate in The Pass-over Refused To Resolve The Problems, ignored Abreu - Complaints And Rights Acted of a form Deliberate And indifferent To Abreu Rights Religious belief Religious Practices, & ignored The Doccs Directives Abreu first Amend Rights grievance complaints Due process & federal Laws/Regulations about Religions, such as The RFRA & RLUIPA

130) The Doccs And The Defendants in central office, And Great Meadow CF Has Changed The CAD Kosher Meals/Foods, for Regular Meals/Regular Foods That Are NOT Koshers And That Violate The Jewish Laws Jewish intentional laws about Kosher Meals/Foods. The Defendants intentionally And in bad Faith Has Changed The Kosher Meals/Foods for No Jewish Foods/Meals Only because They Are angry Mad of upset That also of Prisoners in The SHu, Has Changed Them Religion To Jewish Religion The Which They alleged That They believe That it is Only for The Foods And alleged That They Are spending Too much Money in CAD Kosher Meals. So The plan of They was Violate Prisoners Jewish Rights of Beliefs, For To Force To They To get out of CAD Kosher Meals or Kosher Meals And go back To Regular Foods So, They in Bad Faith Are Provided Abreu now bad Foods The Which clearly it is NOT Kosher Meals. They stopped all This now in The month of July/16

131) In Green Haven CF/SHu For Example They allow To Jewish Prisoners, And Those Who Are Designed such as Jewish in Them Religion To Pick up between CAD or Hot Kosher Foods/Meals, because Green Haven CF/SHu Have both Koshers meals CAD Kosher And Hot Kosher Meals. In Great Meadow CF Jewish Cases, Such as Abreu Case They Force him To Pick up Only The new Regular Foods The which They Call Hot Kosher Meals, The Which it is Very Different To The Hot Kosher Meals in Great Meadow, of Don't give Abreu Any other choice or Keep in CAD So, The Defendants Has Violated Abreu Rights

#60

132) The Defendants PAc Ives And
Jackson has an open deliberate indiffe-
-rence to Abreu sorety wellbeing core
Health welfare security They has twice
Discontinue all Psychiatric meds for stress
Distress Depression lock of sleep flash
back and lock of concentrations due and
to the Phtzical and sexual assaults and
Defendants multiply misconducts against Abreu
And the Horsch conditions cruel & unusual
Confinements And punishments in the SHU (s,
They Discontinue Abreu Psychiatric meds in
April/2016 in retaliations because they alleged
That Abreu has exposed himself to a mental
Health nurse after that Abreu filed multiply
letter of complaints inside and out of
Prison legal organizations CNYPc, DOCCS/
OMH ect, the Defendants above, Restored
abreu Psychiatric meds in May/2016 Re-
Prescribed it back, then in June/2016 they
against abreu in Retaliations again to
Discontinue all his Psychiatric meds, without
any Explanations advices notices Notifications.

133) Abreu wrote several complaints against
the Defendants above and asked why Abreu
meds. were Discontinue the Defendants PAc
Ives, And Jackson, told Abreu, That they
continue his medications in reprisals because
a mental Health nurse/Psychiatric nurse alleged
that Abreu sent to she an inappropriate letter
this nurse was the Defendant ms Leclaire, when
Abreu make complaints that this are not reason
for to Discontinue his medications then the
Defendants used to the nurse ms Pink, alleges
that the observed Abreu not take his meds spitting
it inside of a cup, and over mr Ives also wrote
a false statement alleges that Abreu dont want his meds.

H.L.)

134) This is an open conspiracy, and cover up. Against Abreu, First Alleged Lewd Conduct, second alleges a Letter to a nurse And Third alleged That the nurse observed Abreu spit it meds inside of a cup And Fourth now alleges that Abreu told to Mr Ives that he don't want his meds, Abreu explained clearly to Mr Jackson And Ms Poc that Mr Ives statements Are false, manipulate And Fabricated. He also accused Abreu or stalking to RN Leclaire. However on 10/28/2015 Mr Ives alleged that he sent Abreu to the mental observation, because Abreu reported him, That he will to violate (Rape) And assault to the general Library Librarian Ms Lorrow And Assault staff. Mr Abreu never give This state-ment to Mr Ives, He did so only for He (Mr Ives) try to cover up the reasons why he sent Abreu to the mental obs. cell, where Abreu was Physical And Sexually assaulted And Roped by guards & supervisors & for try to cover up his own misconducts against Abreu for Denial Abreu medical care Refused to report the incidents (Cover up staff misconducts) Now he use to the MH nurses for write and false statements against Abreu, And discontinue so his MH. meds.

135) The Defendant Mr Ives also don't allow to Abreu to Talk about the sexual & Phy-sical assaults that he Has suffered, He Denied Abreu all classes of Mental Health program, & Treatments and He also wrote in Abreu Mental Health Records, that Abreu told Him that He will to Expose him self to all females & males staff, For so, He can go to a Program. This is not true in all

#627

136) The Defendents MR Ives Pal Jackson Pink And leclaire Are a coor of J.M. Deliberate indifferent to Abreu Safety security Health Core wellbeing welfare And like they Has Placed to MR Abreu in an Imminent Danger MR Abreu will kill or Horm himself For the Discontinuations of his MH Meds the which he need, He connot sleep without it, He connot Consentration without it, He Also feel stress & Depressed, And distressed & suffered alot of Flashback without his Meds but the Defendents only Thinking in Retaliations And unusual And cruel punishments And Act of a form completly unprofessionals And without Any Ethics in all.

137) The Defendents Collins Ann Morr Sullivan McCullach OMH Doccs Adams Annucci Miller Koenigsmann Hilton Menning Grant And Jackson Has Further Knowledges obout MR Ives MS Pal Pink And leclaire misconduts And Retaliations And Discriminations ogoinst MR Abreu. Also RN Pink alot of time She Denied Abreu MH Meds Aleged that MR Abreu Has Refuced his Meds when This is not True in all And She Encureaged others MH nurses to do so too. RN Pink she was Also Part of the Conspiracy ogoinst Abreu on 10/28/ 2015 when He was Physical And sexualy Assouited by Defendents Bascue Lyons & Mhu COs. but She Dont Reported none of This. They (RN Pink & leclaire Regularly Has Further Knowledges of Many Inmates who Have Been Assouited in MHU obs but they Covered up on this too.

138) The Defendants Mr Iver also Has
Ordered to the mental Health social
Worker, Ms H. McCarthy That she Don't
stop From Abreu, that she Don't Talk
with Abreu Front his cell neither He
Has Ordered or Required to the SHU
Counselor Ms Winney a Similar Request
including to the DSA Peacock And the
Assistant of mental Health services Ms collins
That Defendants Denied Abreu Regularly
all Classes of Counseling services, all
Classes of mental Health services, And
others services in the SHU Ms Holly McCarthy
she walk in the SHU in OMH Rounds. in
Least 2 OR 3 Times in the week ORC Ms
Winney she walk Five (5) Times in the weeks,
in the SHU And Defendants Ms collins &
Ms. Peacock' in Least One Time in the weeks,
but they Refused to Talk with Abreu to stop
Front his cell And Denied Him all services &
Ignored Him And his Complaints Regularly. So
Abreu is Discriminated And Treated very
Differents to other Inmates in the SHU. in
Some OR Similar situations., this Defendants
also if walk Near OR Front of Abreu cell
Are only Escorted by SHU guords / Cos. who
always Harass Abreu & Threats Him & Listen &
watch the conversations but they Don't escorts to
Winney McCarthy, Peacock & collins to the cells
of others Prisoners, no matter what they Did in SHU

139) The Defendant White, She always Denied Abreu
all video Topes & audio Records That Abreu Has
asked & Required to she via the FOIL Request she
Regularly Don't Answer And Respond to Abreu
FOIL Request And she Has Learned of the violations
And Has Further Knowledges also of the violations when
Abreu explained it in the FOIL Request, including the Denial sickcall,

#645

140) If the Defendant White she learned
of a violation (Constitutional Violations
Through of a Report, Request, letter
video tapes & audio Records but she
try to cover up all this violations, by
Denied Abreu copies of the video tapes
& audio records, or she refused to
preserve it evidences and refused or
don't allowed Abreu to review it video
tapes, audio records and / or documents
Then she is part of the violations of
Abreu constitutional Rights, and she become
also Liable of all this violations. I have
write many time to Defendant White ask
to she to preserve the video tapes &
audios of the medical and mental Health
nurses Denied Abreu his medications or
refused to deliver it Abreu, or Denied
Abreu sick call services, or incidents or
verbal assaults, threats Horasiments or
sexual Horasiments by guards in the Shu.
Asked to review all Abreu grievances/appeals
& complaints, and other many Request and
she reviewed it Read it observed the incidents
but she refused to provide it Abreu, with the
only purpose of cover up staff abuses
misconducts violations and for avoid that
Abreu use it informations, evidences &
proofs in Lawsuits complaints & investigations
So, she become Liable of the violations too.

141) The Defendants Mr Bruens and Heywood
and Annucci Has ignore all Abreu complaints
against his White Has ignored Abreu appeals
of the FOIL Request not provided & those
Denied but they Has also refused to provide
Abreu response & answer to his appeals. They
are also Liables of conspirancy & violations of Abreu Rights

142) The Defendants MR Thoms And MS Peacock alleged abreu, That He Has access to Health care because all the nights The nurses To delivery to Him his meds, Lividoc & Clonidin. However This Defendants allegations Don't Have Any Merits in all, We Have Two Kind of nurses in The SHU, one Who Delivery medications in The SHU Who also Pick up The Sick call Slips, Request from The cell bars, escorted by SHU guards for Sick-call services next day in The Morning. all sick call slips Are Picked up in the nights. And we Have The Medical nurses Who conduct Sick call services in the SHU. The nurses Who Delivery meds in The SHU Regularly Don't Talk or speak With Inmates Don't stop front Inmates cells That Don't Receive meds, And They always Has bad Attitudes, And when the Inmates in The SHU Try to Talk with they they yell or scream to that Inmates along with The COs That are sick call slips if they Has Any Medical concern/problems.

143) Emergency sick call in The SHU is only considered chest Pains if this is not chest Pains, nurses Don't stop front an Inmate cells. if the medical conditions is other issues problems rather That chest Pains Then The nurses Direct to the Inmates To are sick call slip & the SHU COs/guards Direct The same too. So Abreu can see The nurses 100 Times During meds. And That Don't mean nothing in all also this nurses Read Diary/Daily Abreu sick call slips so they know The problems & then Are The same nurses Who also Denial Abreu sick call services & Don't PROVIDED Him nothing in all, so He Don't Have access To corre

144) The Defendant DR YUNA (DENTIST AND DR KORANDY (FHSD) AND THE DR KOENIGSMANN & D'SILVA KNOW PERFECTLY THAT ABREU SUFFER OF A MOUTH GUM DISEASES & INFECTIONS IN NEED OF DENTAL CLEANING EVERY 90 DAYS (3 MONTHS) THAT HE IS IN REGULAR & CONTONTS PAINS & THAT HE IS IN NEED OF STRONG PAINS MEDICATIONS FOR HIS TOOTHS BUT THEY HAS DENIED ABREU SUCH DENTAL & MEDICAL TREATMENTS AND WONT ONLY TO TAKEN OFF ALL ABREU TOOTHS, BECAUSE THEY DONT WONT TO CLEAN ABREU MOUTH / TOOTHS THEY DONT WONT TO PROVIDE ABREU WITH GOOD DENTAL TOOTHPASTES & GOOD TOOTHBRUSH. THE TOOTH BRUSH & TOOTHPASTES PROVIDED TO ABREU IN THE SHU ARE INADEQUATES & INAPPROPRIATED AND FOR THIS REASON'S ABREU IS NOW ALSO SUFFERING OF A GUM DISEASES & INFECTIONS. ALSO THE DEFENDANT MS D'SILVA DENTAL DIRECTOR IN DOCCS CENTRAL OFFICE IN ALBANY HAS IGNORED ABREU COMPLAINTS IN THIS ISSUES & MATTERS & FAILED TO RESOLVE THEY & ACTED ONO OF A FORM DELIBERATE & INDIFFERENT TO ABREU MULTIPLY LETTERS COMPLAINTS & GRIEVANCES

145) ALL THIS LACK OF THE DEFENDANTS BETWEEN WENDE SULLIVAN & GREAT-MEADOW CF ALONG WITH ALL AND LACK OF THE DEFENDANTS BETWEEN DOCCS ALBANY CENTRAL OFFICES & OMH & CNYPE HAS CLEARLY VIOLATED ABREU CONSTITUTIONAL RIGHT AND CONTINUE VIOLATED ABREU RIGHTS TO THE PRESENT WORKING IN AN OPEN CONSPIRACY & IN RETALIATIONS EACH OTHER OPENLY OGAINST MR ABREU, VIOLATED SO ABREU 1ST 4TH 8TH & 14TH AMEND RIGHTS, THE 18 USC § 241-§ 242. 18 U.S.C § 1519 · 18 USC § 12417 ; 18 USC 14141 § 18 USC § 1391(b), 18 U.S.C § 1091 , § 28 USCA § 509 B, AND "THESE CLAIMS ALL FROM WENDE Sullivan & Great-Meadow Can be Joindered Pursuant to "Fed R. Civ. P 18 § 20(a) AND UNDER THE ARTICLE III OF THE U.S. CONSTITUTION. § § 310(a)

146) The Defendant Weston Has From October 2015 to the Present July /2016 Horassed intimidated Retaliated And Discriminated to mr Abreu, Has written False tickets And Reports against mr Abreu, Has make Caqualateds Compaigns of cell searches inside of Abreu cells, mishandeled Abreu legal materials. Throwing abreu cartons- papers envolopes And writing papers throwing Abreu personal correspondencer christmas cartts from Abreu family Throwing Abreu Religious meals, viloated Abreu Religious meals Reased to feeding Abreu his Religious meals, Has called Fucking Pervant And others mony Nicknames Don't allow to the medical nurses to the counselors And social workers to Arrive front Abreu cells when he work in the stu, Has also Denied to Abreu his Rights to Recreations Showers And cell cleanings alot of time, & Denied Abreu multiply time his Rights get supplies in the stu. And Regulorly to conspire against Abreu along with other staff & Defendants mr Iver And sgt. Bsicur.

147) On June /28/2016 He conducted a cell search in Abreu cell mishanded Abreu legal papers & personal properties And took all Abreu Religion. foods And eye glasses case. On June /29/2016 He conducted another cell searches. in Abreu He took Abreu writing pens And other items & Mishanded again Abreu legal works /Documents, On June /30/2016 He conducted onother cell search white Abreu was in the shower He took Abreu cell white Ducket The which Abreu need for con clean his clothers. & clean. And again mishanded Abreu legal materials ON July /05/2016 He again conducted onother cell search white Abreu was in the shower And He also Denied Abreu his lunch meals (Denied Abreu his foods.)

148) The Defendant Weston Regularly go inside of Abreu cell every time MR Abreu Has a call-outs appointments Hearings showers interview ect out of his cell, on July /01/2016 He denied Abreu shower (Taken shower or Take his shower) on July /04/2016 C.O. Weston observed Abreu writing this lawsuit/complaint. He saw his name and the names of others staff in Great Meadow CF, and he go crazy mad angry and He started to threating Abreu, telling to Abreu this is more better if you take my name out of your lawsuit. And stop of writing against me grievances and complaints And again other staff. And MR Ives. I really like that guy, so there will be re--taliations against you, He continue threatened Abreu front his cell like for Half Hour after the Lunch time.

149) next Day on July /05/2016 while Abreu was inside of the shower in the unit the C-O Weston go inside Abreu cell looking for Abreu lawsuit (this complaint) for to take it or destroy it but Abreu Has passed his lawsuit/complaint to his neighbour in F-1 27 cell) because Abreu feeling & assumed that C.O. Weston will do so. while Abreu was in the shower in the morning the C.O. Weston He go inside Abreu cell throw all abreu legal papers in the flood, mishandled it Papers by papers. He appeared that He was looking for somethings. He took all Abreu asthma inhalers He bring to The nurse Ms. M. von order inside of Abreu cell she & c.o Weston were inside Abreu cell, due several misconducts against Abreu cell properties and legal materials and items

150) The C.O. Weston Has Advised To
The Defendant Von Order That He Saw
her name also in The Lawsuit/Complaint.
Several Inmates Witnesses in The Shu
They Saw To C.O. Weston And RN Vonorder
inside of Abreu cell. For Several minutes
- And Several Inmates in The Unit were
Thinking That They were Has Sex inside
of Abreu cell because They were Hearing
And Listen To RN. Von Urder Saying oh
my God oh, My God after when She get
out of Abreu cell She Was Saying to C.O
Weston very Loded oh Abreu Have an
Small Dick, Ha, Ha, Ha, Then C.O Weston
Added Listen He is in The Shower Right
Now - I will go To Cover up his door The
Show So He Covered up The Shower Door
with a big feed up Cord Mode of Metal
Covered up The Intired Door. Then When C.O.
Weston Escorted Abreu back To his cell, He
was Threatened Abreu And when He was
Removed Abreu Hand Cuff He used use of
Force And injured Abreu both Hands &
Wrists. He Denied Abreu Medical Care The RN
Von Order She Denied Abreu Sick Call Servies Too.

151) Abreu Subtained injuries such as bruises
Cuts And abot of Pains & Problems for
Move his Hands & Wrists. Abreu Aled Sick call
SLPS. Reported his injuries And strong Pains
but He was Denied of Sick call service by The
RN Von Order & C.O. Weston who was also escorted
To She again on 7/06/2016 C.O. Weston wrote
a False Report Trying To Cover up The Incidents. Also
Abreu Reported The Incidents To The Defendants
Bascue Miller Williams Ives Eovmon, Tolesco And
Cleveland, And Byers and Vladyka of Thoms & Pocock in
his Rounds on 7/05/2016, 7/06/2016 & 7/07/2016 they ignore also
Abreu Complaints Denied Medical Care And Refused Take Photos of injury

152) The Defendants Brown, Hamilton, Heyer, Keenan, Lucas, Meora, Hodges, Lempke, Blake, Ambrosoli, Bozer, Killenger, Kua, Bukowski, Fink, Fucina, Furlani, Godfrey, Gorny, Groben, Heory, Hill, Leuthe, Levitt, Litson, Packer, Rivera, Hoggerty, Robinson, Beebe, Weston, Hilton, Redding, Grant, Ives, Pal, Jackson, Pooleno, Kerandy, Thoms, Druen, Barbe, Naborzy, DePalo, Gonyea, Melecci, Mr Eastman, Miller, Cleveland, Norris, Koenigsman, Mr Jackson, C. Jackson, Williams, Birrell, Scanlon, Vladyka, Lowry, Byers, Leonard, Kellman, Peacock, Burnett, Kexer, G. Williams, Szablick, Connolly, Wyzykowski, Sowa, Litson, Boall, C Morris, Montes, D'Silva, McCarthy, Winney, Chief of OSI, Schumacher, Stirk, Stubwsz, Adams, Toporek, Wahr, Roman, Skubis, Mayer, Hawk, McGuire, Herozik, Roberts, White, Johnson, Jentz, Urban, Vasquez, S. Simmons, Wilson, Ash, Vollmer, Hyland, Prack, D Venettozzi, Crowley, Bellamy, Hale, Heywood, Arliss, Diaz, Eggler, Sidorowitz, Sullivan, Telesco, Boice, Evans, Freeman, Reid, Krygier, Herbinso, Magyor, Gregoire Lucas, Georz, Perrow, Heif, La Penna, Davis, Lobelz, Holden, Mckoy, Manning, Basco, K. Rosplock, Lipka, Havens, Rogue, Lafreisch, Pink, Leclaire, Brunelle, Van Order, Watkins, A. Sullivan, McCullach, Bernstein, Effman, Yonter, Fune, Hollman, Montes, Kuinlon, New York State, N.Y.S. OMH, And N.Y.S. Docci, Has clearly violated Abreu ( the plaintiff 1st 4th, 8th, And 14th Amend rights U.S. constitution, The Air Act, The Human right, The international laws, The SHU Bills, The Health Services laws, The ADA And Rehabilation Act And the Title II, The Bill 4401, N.Y. Assembly Bill A 9939, The PREA law, The Gender motivated violence act, The ICCPPR Article 7, ICESCR Article 12, the United Nations standard for the treatment of prisoners & The body of principles for the protections of all persons under any form of detention or imprisonment & the Manttela law, with them muitian acts, abuses, conspiracy reprisals & discriminations against Carlos Abreu.

CLAIMS FOR RELIEF
(RELIEF REQUESTED)

WHEREFORE, Plaintiff Requests, That
the Court grant The Following Relief:

A) Issue a Declaratory Judgment
Stating That:

1) The Defendants violated the Plaintiff
Rights under the 1st 4th 8th and
14th Amendment Right, and violated
The Due Process CRUEL and UNUSUAL
Punishment, Unusuals or unlawful
Search and PAT FRISK, Religion Rights
Double Jeopardy, The expost facto Law
of The U.S. Constitution(s), And Human Rights.

2) The Defendants violated The Plaintiff
Rights under The Federal Laws The
APA, The ADA and Rehabilitation
Act, and of The Gender Motivated
Violence Act (GMVA) and PREA Law, Bill A 9939 Assembly "N.Y."

3) The Defendants violated The Plaintiff
Rights under State and Federal
Regulations Directives and Policies and
of The DOCCS and OMH, & State bill & Bill 4401

B) Issue an Injunction ORDERing Defendants
To Remove The Plexiglasses/cell shields FROM
Abren cell Door, To Allow To Abren To clean
his cell toilet, sink, and entirely cell, To
Provide Abren a cell bucket and Hot water
and cleaning supplies, To Terminate The
Deprivations and special control suit and
Sign/Mogul exposer and Remove it from his
cell Door such as unconstitutional, unlawful
and illegal.

#72)

C) Issue an Injunction ordering the Defendants or their agents or their successors in office. Employees and all other persons acting in concern and participation with them

1) To provide Abren with his pains medications hand brace. Hand support / back brace. Orthopedic boots his eye glasses with UV strays lents - his lotions / creams for dry skins, his Fasac sprays. And all necessary surgeries in his right hand. Right arms And/or ordered all new tests and examinations Including but don't limited to MRI Scan-Scan.

2) To provide Abren with all T.B. meds. And treatments for his tuberculosis. And medicines And finish the treatments

3) Provide Abren with all necessaries Physical therapy for his right hand; lower back, neck And left foot/ankle

4) Allowed to Abren to use and have and keep his orthopedic boots in the sthu. For all callout, recreations, visits & interviews

5) To provide Abren with his psychiatric meds / medicines stop to discontinued Abren meds / medicines to provide Abren with all necessaries Mental Health care treatments & Programs, Evaluations And examinations

6) To provide Abren with access to sickcall services stop/cease of denied Abren sick call services, stop/cease the retaliations, and discriminations from medical staff nurses & doctors

D) ISSUE ON INJUNCTION ORDERING THAT
ALL TICKETS / REPORTS, HEARINGS AND
SENTENCES BE EXPUNGED FROM ABREU RECORDS

1) ORDERING THE DEFENDANTS TO STOP OR
VIOLATED ABREU RELIGION AND RELIGIOUS
BELIEF AND FOODS

2) ORDERING THE DEFENDANTS TO PROVIDE
ABREU BACK WITH A CAD KOSHER MEALS /
FOODS AND / OR THAT ABREU BE ALLOWED
TO CHOICE BETWEEN A CAD KOSHER TO
A HOT KOSHER, SUCH AS TO DO GREEN HEAVEN

3) ORDERING THE DEFENDANTS TO STOP
THE RESTRICTED DIETS / LOAFS AGAINST ABREU
AND PROVIDE ABREU PROPER, ADEQUATED AND
NUTRICTIVES DIETS.

4) ORDERING TO THE DEFENDANTS THAT WHEN
ABREU IS PLACED IN LOAFS OR DIETS THAT
ABREU / BLOOD PRESSURE WEIGHT OBSERVATIONS
TALK AND MONITORING ABREU HEALTH BE
CONDUCTED DAILY SUCH AS MONDATED & REQUIRED
THE DOCCS REGULATIONS, POLICIES MANUALS / DIRECTIVE

5) ORDERING TO THE DEFENDANTS TO RETURN
BACK TO ABREU TO MENTAL HEALTH LEVEL
1 BECAUSE THIS WAS REMOVED ONLY IN
REVALIATIONS AND IN BAD FAITH & INTENTI
-ONALLY WITH THE ONLY PURPOSE OF HARM
TORTURE AND TO PUT TO ABREU TO SUFFER
FOR LONGER MONTHS

6) ORDERING TO THE DEFENDANTS TO RETURN
BACK ALL ABREU LEGAL MATERIALS PAPERS LEGAL
BOOKS TO PROVIDE ABREU WITH ACCESS TO THE LAW
LIBRARY, COURTS, LEGAL SUPPLIES, POSTAGES & LEGAL COPIES

(#74)

E) Issue an injunction ordering the Defendants, to pay to Abren with all Damages; To personal properties, legal materials and missing & loss or destroy of personal properties And legal materials.

1) Issued an injunction ordering the Defendants to Transfer Abren 27 bags of legal properties/materials to Any Situ and prisons that Abren be transferred in the future And allow to Abren, to keep and have & receive such legal materials and papers or all his active cases necessaries to his lawsuits, appeals proceedings & actions.

2) Issued on injunction ordering also to defendants to provide Abren with counseling And Mental Health services in the Situ That Counselor Winney McCortay Collins And Peacock stop & close them dis-criminations, retaliations and treatments differents between Abren & others situ inmates.

3) Issued on injunction ordering to the Defendants to stop & close of placed Abren only in the last cell or the gallery/company of the Situ where no one to walk And where are regularly denied all services & contacts with staff in the Situ to Abren, And That Abren be placed in the front or middle or the situ galleries where He can be appropriated monitored where He can receive sick call services Have contacts with Medical & Mental Health staff & Counselors & others Situ services.

4) ISSUED ON INJUNCTION ORDERING TO THE DEFENDANTS TO PLACE & PUT VIDEO CAMERAS RECORDER & AUDIOS IN THE MHU OBSERVATION CELLS, FOR SO AVOID FUTURES PHYSICAL & SEXUAL ASSAULTS.

5) ISSUED ON INJUNCTION ORDERING TO THE DEFENDANTS TO PLACE AND PUT TO MR ABREU BETTING MAND VIDEO CAMERAS FOR ALL CALL-OUT OUT SIDE OF HIS CELL FOR ALL MOVING APPOINTMENTS & HEARINGS OUT OF THE SHU VIDEO CAMERAS (IN OTHER WORDS WHEN ABREU IS IN THE SHU. HE IS UNDER VIDEO CAMERAS + AUDIAS 24 HOURS, SEVEN (7) DAYS TO THE WEEKS, BUT WHEN HE IS ESCORTED OUT OF THE SHU, BY GUARDS NOW HE IS NO MORE UNDER THE PROTECTIONS OF THE VIDEO CAMERAS & AUDIAS.)

6) ISSUED ON INJUNCTION ORDERING TO THE DEFENDANTS TO PROVIDE ABREU PROTECTIONS SECURITY AND SAFETY & HEALTHS CARE (WELLBEING & WELFARE) IN THE SHU(S) TO STOP & CEASES THE RETALIATIONS DISCRIMINATIONS HARASSMENTS ABUSES & TORTURES AND TO PROTECT ABREU FROM PHYSICAL ASSAULTS INJURIES AND SEXUAL ASSAULTS.

7) ISSUED ON INJUNCTION ORDERING TO THE DEFENDANTS TO PROVIDE ABREU WITH ALL HIS FOIL REQUEST FOR PRESERVATIONS REVIEW & BUY RECORDS, AND STOP/CEASE OF DENIED ABREU HIS FOIL REQUEST & STOP OF NOT RESPONDED OR ANSWERED TO ABREU FOIL REQUEST & APPEALS IN FACILITY LEVELS & CENTRAL OFFICE LEVELS.

F) Issue on Injunction ordering to the defendants to place 1 per O locked secured mail box 1 grievance box in the SHU to monitor to the SHU COS 1 staff who pick up the outgoing mails 1 facility correspondences.

1) Issued on Injunctions ordering to the defendants to conduct dental cleaning in Abreu mouth every 3 months (90 days) for to fight his Gum diseases 1 infections 1 to provide Abreu with strong pains meds for to fight the pains in his tooths 1 provide Abreu with all necessary medical and dental treatments 1 cares, incluse also provided Abreu with Goods toothbrush and good toothpaster that help Abreu to fight the diseases and infections too.

2) Issued on Injunctions ordering to the defendants to file criminal charges and arrest to the staff / guards who has physically and sexually assaulted to Abreu (AND) those who has covered up those assaults to disciline to they 1 to discharge to they from the Docs / OMH

3) Issued on Injunction ordering to the defendants to change Abreu OMH therapist and psychiatrist in the SHU. And to remove from the SHU to the OMH clinics Mr Ives, Ms McCarthy and Ms Pac. And assign to OMH clinicians who follow the SHU Bills the private court settlements in People V. Fischer etal. Docket# 11 CV 2674 (SDNY) and DAI v. OMH / Docs. SDNY. The laws and the constitutional rights of prisoners in the SHU,

WHEREFORE, PLAINTIFF RESPECTFULLY
DEMAND JUDGMENTS:

A) DEMAND FOR PUNITIVE DAMAGES
The ACTIONS OF THE DEFENDANTS DESCRIBED
Obove were extreme And outrageous
AND SHOCK, THE CONSCIENCE OF a
REASONABLE PERSON, THEREFORE AN award
OF PUNITIVE DAMAGE IS appropriate TO
PUNISH THE DEFENDANT'S FOR THEIR CRUEL
AND UNCIVILIZED CONDUCT.

B) The PLAINTIFF hereby DEMAND a
TRIAL BY JURY OR A TRIAL WITH a
JUDGE OR a MAGISTRATE JUDGE

C) DECLORATORY JUDGMENT THAT THE
ACTS POLITICS AND PRACTICES OF THE
DEFENDANTS SUCH as eg 42 USC§ 1983 -
DELIBERATE INDIFFERENCE TO PLAINTIFF'S
MEDICAL AND MENTAL HEALTH NEEDS. CRUEL
AND UNUSUAL PUNISHMENT INTERFERENCE WITH
Legal MAILS; DEPRIVATION OF DUE PROCESS;
FAILURE TO INTERVENE. EQUAL PROTECTION;
FREE EXERCISE OF RELIGION. RETALIATIONS -
DISCRIMINATIONS. INTENTIONAL FAFLICTION OF
EMOTIONAL DISTRESS UNDER NEW YORK COMMON Law.
negligent FAFLICTION OF EMOTIONAL DISTRESS UNDER
New YORK COMMON Law. BATTERY UNDER new
YORK COMMON low. FALSE IMPRISONMENT UNDER
NEW YORK COMMON law. CONSPIRACY TO INTERFERE
WITH CIVIL RIGHT UNDER 42 USC § 1985. VIOLATED
THE PLAINTIFF RIGHTS UNDER the UNITED STATE
CONSTITUTION. See also Human Rights treaties 63 FR 68991 (EXECUTIVE ORDER 13107

D) awarding PLAINTIFF DAMAGES as a
RESULT OF DEFENDANTS DELIBERATE INDIFFE-
-RENCE TO PLAINTIFF'S MEDICAL AND mental

(#78)

Health needs, Cruel and unusual punishment.
interference with legal mail. Deprivation
of Due Process. Failure to intervene.
violation of the Equal Protection clause.
violation of Plaintiff's Right to Free
exercise of religion, Retaliation inten-
-tional infliction of emotional distress,
assaults sexual assaults. battery False
imprisonments false tickets/ Reports' and
conspiracy campaign of Harassments' and
discriminations interference with access
to the courts' and law Library &
legal materials/legal personal, legal
books, legal Papers. legal books)
in an amount to be determined at
trial Plus punitive Damages OR in the
alternate compensatory damages AND
punitive damages in the amount of $ 25,000
000,000, (25 Millions of Dollars) from
the defendants individually and offacide
Capacities, including to the state of new York
and this agencies docs omh cnycp for the
violations of the ADA and Rehabilitation
Act; PREA Law and the Gender Motivated
Violence Act (GMVA) & Assembly Bill "4401/Bill A9739

E) Awarding Plaintiff fees and costs, and
disbursements

F) Appointment of Probono counsel in this
Action Pursuant to 28 USC § 1915

G) Granting Plaintiff such other and
Further Relief as the court deem just &
Proper

Dated July/04/2016
Washington County New York

CARLOS ABREU

(#79)

VERIFICATION

STATE OF NEW YORK )
COUNTY OF WASHINGTON ) SS

CARLOS ABREU # 99A3027 being
DULY SWORN SAYS:

I AM THE PLAINTIFF above named
I HAVE READ THE FOREGOING COMPLAINT
AGAINST ALL THE DEFENDANTS AND KNOW
ITS CONTENTS THE SAME IS TRUE TO MY
BEST KNOWLEDGE EXCEPTS AS TO THE
MATTER THEREIN STATED TO BE ALLEGED
ON INFORMATION AND BELIEF AND AS
TO THOSE MATTERS I BELIEVE THEM AND IT
TO BE TRUE

CARLOS ABREU
PRO-SE
GREAT MEADOW / SHU

PURSUANT TO 28 USC § 1746 I DECLARE
UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.

EXECUTED: ON 7/07/2016

CARLOS ABREU
# 99A3027
PRO-SE
GREAT MEADOW CF
BOX 51
COMSTOCK N.Y. 12821

(#80)

TO: HON. ELIZABETH A WOLFORD
U.S. DISTRICT COURT Judge
WESTERN DISTRICT OF NEW YORK
100 STATE STREET
Rochester, N.Y. 14614-1309

FROM: CARLOS ABREU
# 99A3027
5th FL-29 CELL
GREAT MEADOW CF
BOX 51
COMSTOCK, N.Y. 12821-0051

SUBJECT: "AMENDED COMPLAINT"
Re: ABREU v. BROWN et al
DOCKET NO. # 14 CV-6599

DEAR HON WOLFORD:

ENCLOSED PLEASE FIND THE
AMENDED COMPLAINT, IN THE ABOVE
ACTION SUCH AS YOU HAVE ORDERED
PLEASE TO ORDER TO THE CLERK
TO FILE & PROCESS THE AMENDED
COMPLAINT TO PROVIDE ME THE
NECESSARIES U.S. MARSHAL FORMS AND
THE SUMMONS FOR THE SERVICES
OF THE SUMMONS AND COMPLAINT
IN THIS ACTION AND PLEASE TO
ASSIGN ABREU/TO ME A PRO BONE
COUNSEL WHO CON TO REPRESENT
ME IN THIS ACTION. DUE TO THE SERIOUS OF
THE VIOLATIONS, & DUE TO THE LIMITATIONS THAT I HAVE
I HAVE ALSO ~~APPROVE~~ REDUCED THE
COMPLAINT TO 80 PAGES FROM 260 PAGES
That WAS THE ORIGINAL COMPLAINT & SUPPLEMENT
(MAILED ON 7/07/2016)
C/ERFILE (28 USC § 1746) THANK YOU!
CARLOS ABREU