Judgment in a Civil Case

# United States District Court
## WESTERN DISTRICT OF NEW YORK

Carlos Abreu

v.

Kevin J. Brown et al.,

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 14-CV-6599

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this complaint is dismissed with prejudice.

Date: August 29, 2018

MARY C. LOEWENGUTH
CLERK OF COURT

By: Barbara Keenan
    Deputy Clerk